IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **STATE OF KANSAS,** *ex rel.* **KRIS W. KOBACH, Attorney General,** | )<br>)<br>) |
| Plaintiff(s), | )<br>) CASE NO.  5:25-CV-04109-DDC-GEB<br>) |
| v. | )<br>) |
| **SNAP INC.,** | )<br>) |
| Defendant(s). | ) |

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is Brian W. Barnes.

2. I practice under the following firm name or letterhead:

   Name: Cooper & Kirk, PLLC

   Address: 1523 New Hampshire Ave., N.W., Washington, D.C. 20036

   Telephone Number: (202) 220-9623

   Fax: (202) 220-9601

   Email address: bbarnes@cooperkirk.com

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| **State Bars:** | | |
| Colorado | 03/23/2011 | 43040 |
| District of Columbia | 02/03/2014 | 1018419 |
| **U.S. District Court for:** | | |
| Colorado | 11/13/2013 | N/A |
| District of Columbia | 11/04/2024 | 1018419 |
| Western District of Michigan | 08/10/2023 | N/A |
| **U.S. Court of Appeals for:** | | |
| First Circuit | 10/17/2019 | 1190222 |
| Second Circuit | 11/16/2018 | N/A |
| Third Circuit | 10/28/2019 | N/A |
| Fourth Circuit | 09/05/2024 | N/A |
| Fifth Circuit | 05/31/2017 | N/A |
| Sixth Circuit | 11/29/2016 | N/A |
| Seventh Circuit | 04/27/2017 | N/A |
| Eighth Circuit | 03/29/2017 | 17-0145 |
| Ninth Circuit | 08/28/2017 | N/A |
| Tenth Circuit | 02/29/2016 | N/A |
| Eleventh Circuit | 07/03/2018 | N/A |
| D.C. Circuit | 06/04/2014 | 55365 |
| Federal Circuit | 08/04/2016 | N/A |
| **Other Federal Courts:** | | |
| U.S. Court of Federal Claims | 07/25/2014 | N/A |
| U.S. Supreme Court | 11/21/2022 | N/A |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5.  I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6.  I am in good standing in all bars of which I am a member.

7.  No disciplinary or grievance proceedings have been previously filed against me.

8.  No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9.  I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

Dated: November 25, 2025

Respectfully Submitted,

/s/ Brian W. Barnes

Brian W. Barnes

District of Columbia
Signed and sworn to (or affirmed) before me on 11/25/25 by Brian W. Barnes
   Date          Name(s) of individual(s) making Statement

_____
Signature of Notarial Officer

NOTARY PUBLIC
Title of Office

My commission expires: June 14, 2027

[Notary Seal: JOHN C. BROWN, NOTARY PUBLIC, MY COMMISSION EXPIRES 5·14·2027, DISTRICT OF COLUMBIA]