# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **STATE OF KANSAS,** *ex rel.* **KRIS W. KOBACH, Attorney General,** | )<br>)<br>) |
| **Plaintiff(s),** | )<br>) CASE NO.  5:25-CV-04109-DDC-GEB<br>) |
| v. | )<br>) |
| **SNAP INC.,** | )<br>)<br>) |
| **Defendant(s).** | ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I hereby move that Megan M. Wold be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that, in compliance with D. Kan. Rule 83.5.4(b), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Dated this 25th day of November, 2025.

/s/ *Paul Shipp*
Paul Shipp
Assistant Attorney General

Office of the Attorney General Public
Protection Division
120 SW 10th Ave.,
2nd Floor
Topeka, Kansas 66612-1597
Tel: 785-296-3751
Fax: 785-291-3699
paul.shipp@ag.ks.gov

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of Kansas by using the appellate CM/ECF system on November 25, 2025. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

Dated: November 25, 2025                    /s/ *Paul Shipp*
                                            Paul Shipp