# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **STATE OF KANSAS,** *ex rel.* **KRIS W. KOBACH, Attorney General,** | ) ) ) |
| Plaintiff(s), | ) ) CASE NO.  5:25-CV-04109-DDC-GEB ) |
| v. | ) ) |
| **SNAP INC.,** | ) ) |
| Defendant(s). | ) |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is Jack Tucker.

2. I practice under the following firm name or letterhead:

    Name: Cooper & Kirk, PLLC

    Address: 1523 New Hampshire Ave., N.W., Washington, D.C. 20036

    Telephone Number: (202) 220-9638

    Fax: (202) 220-9601

    Email address: jtucker@cooperkirk.com

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| **State Bars:** | | |
| Alabama | 09/23/2022 | 1052Q11F |
| **U.S. District Court for:** | | |
| Northern District of Alabama | 07/16/2025 | N/A |
| **U.S. Court of Appeals for:** | | |
| Seventh Circuit | 09/19/2025 | N/A |
| Eleventh Circuit | 08/16/2023 | N/A |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

Dated: November 26, 2025							Respectfully Submitted,

*[signature]*

Jack Tucker

*[Notary seal: JOHN C. BROWN, NOTARY PUBLIC, MY COMMISSION EXPIRES 6.14.2027, DISTRICT OF COLUMBIA]*

District of Columbia
Signed and sworn to (or affirmed) before me
on __11/26/25__ by __JACK TUCKER__
     Date              Name(s) of individual(s) making Statement

*[signature]*
Signature of Notarial Officer

__NOTARY PUBLIC__
Title of Office

My commission expires: June 14, 2027