# EXHIBIT A

Docusign Envelope ID: 21D45985-F963-4674-9AE7-3471B983E9F
Case 5:25-cv-04109-DDC-GEB    Document 11-1    Filed 12/02/25    Page 2 of 7
Case 3:25-cv-00676-MW-HTC    Document 23-1    Filed 06/13/25    Page 1 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS, *Plaintiff*, <br><br> v. <br><br> SNAP INC., <br> *Defendant*. | Case No. 3:25-cv-00676-MW-HTC |

## DECLARATION OF MADI HOWELLS

I, Madi Howells, hereby declare and state:

1. I am a Senior Client Partner at Snap Inc. ("Snap"). I have been in this position full-time since November 2019. In my role, I partner with organizations that operate large-scale advertising campaigns on Snap's platform. I work with these organizations to help them both design their advertising campaigns and optimize ongoing campaigns to most effectively reach their desired audiences.

2. I am the Client Partner for the U.S. Food and Drug Administration ("FDA"). I have acted as the Client Partner for the FDA's Center for Tobacco Products since March 2022. This declaration contains my direct knowledge of Snap's work with the FDA from the time I have served as Client Partner, as well as information about Snap's previous work for the FDA under my predecessor.

Docusign Envelope ID: 21D45985-F963-4634-9AE7-3477B983E9F
Case 5:25-cv-04109-DDC-GEB   Document 11-1   Filed 12/02/25   Page 3 of 7
Case 3:25-cv-00676-MW-HTC   Document 23-1   Filed 06/13/25   Page 2 of 6

3. The FDA's Center for Tobacco Products has purchased advertisements through Snap since September 2019. These advertisements are a key part of the Center for Tobacco Products' "Real Cost" initiative, which seeks to reach U.S. teenagers with public health messages about the risks of tobacco use, including cigarettes and electronic nicotine devices ("vaping").

4. An advantage of Snap's advertising platform for clients like the FDA is that they can choose to target their campaigns to users by age, including targeting teenage users aged 13 to 17. Snap has a broad reach among this population. Snap has millions of users aged 13 to 17 in the United States. In 2024, the FDA targeted 100% of its multi-million Snap advertising campaign at Snap users aged 13 to 17. The FDA invited Snap to speak at its "Media Day Panel" in May 2024, where Snap shared insights with the FDA team on how to effectively communicate with teens and effectuate positive offline behavior change.

5. The FDA's Real Cost campaigns utilize a range of Snap advertising options to reach teenage users. For instance, the FDA purchases advertising to show videos (called "stories" on Snapchat) about the risks of vaping and cigarette use to teenage users. The FDA contracts with Snap to display these videos as both "Snap Ads" and "Commercials." Snap Ads show the video stories to users who are clicking through content on the platform and the user can skip them if desired. Commercials are not skippable, in contrast, and require the user to view the video story in its

Docusign Envelope ID: 21D45985-F963-4634-9AE7-3471B993E9F
Case 5:25-cv-04109-DDC-GEB  Document 11-1  Filed 12/02/25  Page 4 of 7
Case 3:25-cv-00676-MW-HTC  Document 23-1  Filed 06/13/25  Page 3 of 6

entirety before accessing other Snapchat content. Exhibit A contains screenshots of some of the FDA's Real Cost video stories advertised to teen users on Snapchat.[1] These video stories focus on the risks and consequences of cigarettes and vaping, including creating social distance with family members and causing anger problems.

6. Additionally, the FDA has created multiple "Lenses" for the Real Cost campaign. Lenses are a Snapchat feature that allows users to add interactive animations to their own photos and videos. One Real Cost Lens, shown in Exhibit B, instructs the user to open their mouth, and then shows the user engulfed in smoke and with a dead flower crown on their head. Next, a message about the risks of vaping appears on the screen. The FDA purchases Snap advertising to promote the Lenses to teen users.

7. The FDA must give final approval for any video or Lens before it is advertised on Snap's platform.

8. The FDA's Center for Tobacco Products contracts with a marketing and advertising agency that specializes in internet-based marketing to coordinate its online Real Cost campaigns (the "Marketing Agency"). During FDA campaigns, I meet bi-weekly with the Marketing Agency to discuss the campaign's performance and the pacing of the advertising spend. We review the performance of individual

---

[1] The FDA's Real Cost Snap video stories and lenses that are screenshotted in the Exhibits are available at https://perma.cc/BJA2-L6HS.

3

Docusign Envelope ID: 21D45985-F963-4674-9AE7-3471B983E9F
Case 5:25-cv-04109-DDC-GEB    Document 11-1    Filed 12/02/25    Page 5 of 7
Case 3:25-cv-00676-MW-HTC    Document 23-1    Filed 06/13/25    Page 4 of 6

components of those campaigns, such as teen user engagement with each FDA Lens. I receive feedback from the Marketing Agency and the FDA on how to better reach the FDA's goals, while offering suggestions to optimize the advertising campaigns to meet those goals.

9. The FDA's Center for Tobacco Products typically runs multiple Real Cost campaigns on Snapchat each year. In 2025, the FDA has three approved campaigns for Snap.

10. FDA's 2025 campaigns on Snapchat went through a multistep process before they were approved. **First**, in mid-2024, the FDA and the Marketing Agency sent Snap "campaign briefs" that describe the focus of the three Real Cost campaigns for 2025. The campaigns include anti-vaping and anti-cigarette messages. These campaign briefs asked Snap to submit proposals for how Snap could work with the FDA's Center for Tobacco Products to help each campaign's message reach its targeted teenage user audience. Sample campaign briefs for the FDA's campaigns are attached as Exhibits C, D, and E.

11. The exclusive focus for all three of FDA's campaigns is Snapchat users aged 13 to 17. Snap relies on its own proprietary technology and processes, including algorithms, to ensure that campaigns are targeted to this user age group in line with the FDA's guidance. FDA's campaigns have been featured on Snap's Spotlight and Discover features.

4

Docusign Envelope ID: 21D45985-F963-4674-9AE7-3471B993E9F
Case 5:25-cv-04109-DDC-GEB   Document 11-1   Filed 12/02/25   Page 6 of 7
Case 3:25-cv-00676-MW-HTC   Document 23-1   Filed 06/13/25   Page 5 of 6

12. **Second**, I prepared proposals in response to each of the campaign briefs. These proposals explained how Snap could help the FDA's Center for Tobacco Products' campaign reach and positively influence its intended audience. In particular, the proposals included recommended distribution of campaign advertising between Snap Ads, Commercials, and Lenses. I submitted these responses to the FDA and the Marketing Agency around September 2024.

13. **Third**, the FDA approved all three 2025 Snap advertising campaigns. Two of the FDA's 2025 campaigns, involving vaping, were targeted to Florida users. One of the campaigns, involving cigarettes, was not specifically targeted to Florida users, but it is possible for Florida users to view the content including through direct messages from other users.

14. **Fourth**, as the culmination of the collaborative process described above, the FDA purchased Snap advertising for one of its anti-vaping campaigns in January 2025. The Marketing Agency, as the FDA's agent, placed that campaign order through the FDA's account on Snap's self-service advertising platform. When the Marketing Agency acts on behalf of FDA and places orders on Snap's advertising platform, it binds the FDA to Snap's Business Services Terms. A copy of those Terms is attached as Exhibit F. The ads that FDA purchased in January 2025 were part of the anti-vaping campaign and targeted exclusively to Snap users age 13 to 17.

Docusign Envelope ID: 21D45985-F9C3-4674-9AE7-3477B965E9F

Case 5:25-cv-04109-DDC-GEB   Document 11-1   Filed 12/02/25   Page 7 of 7
Case 3:25-cv-00676-MW-HTC   Document 23-1   Filed 06/13/25   Page 6 of 6

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 11, 2025.



Signed by:

Madi Howells

0DA32A489890445...