# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>    Plaintiff,<br><br>    v.<br><br>SNAP INC.,<br><br>    Defendant. | Case No. 5:25-cv-04109-DDC-GEB |

## DEFENDANT'S SUBMISSION OF ALL STATE COURT RECORDS AND PROCEEDINGS PURSUANT TO LOCAL RULE 81.2

Defendant Snap Inc. ("Snap"), pursuant to Local Rule 81.2, hereby files certified copies of the records and proceedings had in the District Court of Washington County, Kansas, Case No. WS-2025-CV-000015, attached as Exhibit 1.[1]

DATED: December 2, 2025                Respectfully Submitted,

By: /s/ *Brian C. Fries*
    Brian C. Fries (KS #15889)
    Carrie E. Josserand (KS #18893)
    Timothy J. Hadacheck
    (*pro hac vice forthcoming*)
    LATHROP GPM LLP
    2345 Grand Boulevard, Suite 2200
    Kansas City, MO 64108-2618
    Tel: (816) 292-2000
    brian.fries@lathropgpm.com
    carrie.josserand@lathropgpm.com
    timothy.hadacheck@lathropgpm.com

---

[1] In making this submission, Snap does not waive any right, defense, affirmative defense, or objection, including any challenges to venue and/or the exercise of personal jurisdiction.

81483548.v1

-2-

        Edward D. Greim (KS #21077)
        Paul E. Brothers (KS #26863)
        Matthew R. Mueller (KS #28499)
        Katherine E. Mitra (KS #79151)
        GRAVES GARRETT GREIM LLP
        1100 Main Street, Suite 2700
        Kansas City, Mo 64105
        Tel: (816) 256-3181
        edgreim@gravesgarrett.com
        pbrothers@gravesgarrett.com
        mmueller@gravesgarrett.com
        kmitra@gravesgarrett.com

        Jeannie S. Rhee (*pro hac vice forthcoming*)
        L. Rush Atkinson (*pro hac vice forthcoming*)
        Kyle Smith (*pro hac vice forthcoming*)
        Elizabeth N. Brandt (*pro hac vice forthcoming*)
        DUNN ISAACSON RHEE LLP
        401 Ninth Street, NW
        Washington, D.C. 20004-2637
        Tel: (202) 240-2900
        jrhee@dirllp.com
        ratkinson@dirllp.com
        ksmith@dirllp.com
        ebrandt@dirllp.com

        Christine M. Ray (*pro hac vice forthcoming*)
        DUNN ISAACSON RHEE LLP
        11 Park Place
        New York, NY 10007
        cray@dirllp.com

*Attorneys for Defendant Snap Inc.*

81483548.v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 2, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                    /s/ *Brian C. Fries*
                                    Brian C. Fries
                                    An Attorney for Defendant

81483548.v1