**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>        Plaintiff,<br><br>        v.<br><br>SNAP INC.,<br><br>        Defendant. | Case No. 5:25-cv-04109-DDC-GEB |

**DEFENDANT SNAP INC.'S
DISCLOSURE OF CORPORATE INTERESTS**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Snap Inc. ("Snap"), makes the following disclosure[1] of corporate interests:

In November 2017, Tencent Holdings Limited ("Tencent") informed Snap that it purchased 10% or more of Snap's capital stock. Snap is a publicly traded corporation and has no parent corporation.

DATED: December 8, 2025         Respectfully Submitted,

                                By: /s/ *Brian C. Fries*
                                    Brian C. Fries (KS #15889)
                                    Carrie E. Josserand (KS #18893)
                                    Timothy J. Hadachek (KS #79038)
                                    LATHROP GPM LLP
                                    2345 Grand Boulevard, Suite 2200
                                    Kansas City, MO 64108-2618
                                    Tel: (816) 292-2000
                                    brian.fries@lathropgpm.com
                                    carrie.josserand@lathropgpm.com
                                    timothy.hadachek@lathropgpm.com

---

[1] In making this disclosure, Snap does not waive any right, defense, affirmative defense, or objection, including any challenges to venue and/or the exercise of personal jurisdiction.

81436654.v2

        Edward D. Greim (KS #21077)
        Paul E. Brothers (KS #26863)
        Matthew R. Mueller (KS #28499)
        Katherine E. Mitra (KS #79151)
        GRAVES GARRETT GREIM LLP
        1100 Main Street, Suite 2700
        Kansas City, Mo64105
        Tel: (816) 256-3181
        edgreim@gravesgarrett.com
        pbrothers@gravesgarrett.com
        mmueller@gravesgarrett.com
        kmitra@gravesgarrett.com

        Jeannie S. Rhee (*pro hac vice forthcoming*)
        L. Rush Atkinson (*pro hac vice forthcoming*)
        Kyle Smith (*pro hac vice forthcoming*)
        Elizabeth N. Brandt (*pro hac vice forthcoming*)
        DUNN ISAACSON RHEE LLP
        401 Ninth Street, NW
        Washington, D.C. 20004-2637
        Tel: (202) 240-2900
        jrhee@dirllp.com
        ratkinson@dirllp.com
        ksmith@dirllp.com
        ebrandt@dirllp.com

        Christine M. Ray (*pro hac vice forthcoming*)
        DUNN ISAACSON RHEE LLP
        11 Park Place
        New York, NY 10007
        cray@dirllp.com

*Attorneys for Defendant Snap Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ *Brian C. Fries*
        Brian C. Fries
        An Attorney for Defendant

81436654.v2