# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>    Plaintiff,<br><br>    v.<br><br>SNAP INC.,<br><br>    Defendant. | Case No. 5:25-cv-04109-DDC-GEB |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Elizabeth N. Brandt be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion.  I have verified that the information contained in the affidavit is true and accurate.

81484069v1

DATED: December 19, 2025    Respectfully Submitted,

            By: /s/ *Brian C. Fries*
              Brian C. Fries (KS #15889)
              Carrie E. Josserand (KS #18893)
              Timothy J. Hadachek (KS #79038)
              LATHROP GPM LLP
              2345 Grand Boulevard, Suite 2200
              Kansas City, MO 64108-2618
              Tel: (816) 292-2000
              brian.fries@lathropgpm.com
              carrie.josserand@lathropgpm.com
              timothy.hadachek@lathropgpm.com

              Edward D. Greim (KS #21077)
              Paul E. Brothers (KS #26863)
              Matthew R. Mueller (KS #28499)
              Katherine E. Mitra (KS #79151)
              GRAVES GARRETT GREIM LLP
              1100 Main Street, Suite 2700
              Kansas City, Mo64105
              Tel: (816) 256-3181
              edgreim@gravesgarrett.com
              pbrothers@gravesgarrett.com
              mmueller@gravesgarrett.com
              kmitra@gravesgarrett.com

              Jeannie S. Rhee (*pro hac vice forthcoming*)
              L. Rush Atkinson (*pro hac vice forthcoming*)
              Kyle Smith (*pro hac vice forthcoming*)
              Elizabeth N. Brandt (*pro hac vice forthcoming*)
              DUNN ISAACSON RHEE LLP
              401 Ninth Street, NW
              Washington, D.C. 20004-2637
              Tel: (202) 240-2900
              jrhee@dirllp.com
              ratkinson@dirllp.com
              ksmith@dirllp.com
              ebrandt@dirllp.com

        Christine M. Ray (*pro hac vice forthcoming*)
        DUNN ISAACSON RHEE LLP
        11 Park Place
        New York, NY 10007
        cray@dirllp.com

    *Attorneys for Defendant Snap Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 19, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ *Brian C. Fries*
        Brian C. Fries
        An Attorney for Defendant