IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General, <br><br> Plaintiff, <br><br> v. <br><br> SNAP INC., <br><br> Defendant. | Case No. 5:25-cv-04109-DDC-GEB |

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Elizabeth N. Brandt.

2. I practice under the following firm name or letterhead:

    Name:    Dunn Isaacson Rhee LLP

    Address:    401 Ninth Street, NW
    Washington, DC 20004-2637

    Telephone Number: (202) 240-2900

    Email address: ebrandt@dirllp.com

81484267.v1

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York | 2/25/2019 | 5681366 |
| District of Columbia | 10/11/2023 | 90015776 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

81484267.v1

_____
Elizabeth N. Brandt

District of Columbia: SS

Subscribed and sworn to before me this 18th day of DECEMBER, 2025.

_____
Notary Public

My Commission Expires:

4/14/2028

Sarah H. Lee
Notary Public, District of Columbia
My Commission Expires 4/14/2028



81484267.v1