**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>     Plaintiff,<br><br>     v.<br><br>SNAP INC.,<br><br>     Defendant. | Case No. 5:25-cv-04109-DDC-GEB |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I move that Jeannie S. Rhee be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

81484093v1

DATED: December 19, 2025                 Respectfully Submitted,

                               By: /s/ *Brian C. Fries*
                                   Brian C. Fries (KS #15889)
                                   Carrie E. Josserand (KS #18893)
                                   Timothy J. Hadachek (KS #79038)
                                   LATHROP GPM LLP
                                   2345 Grand Boulevard, Suite 2200
                                   Kansas City, MO 64108-2618
                                   Tel: (816) 292-2000
                                   brian.fries@lathropgpm.com
                                   carrie.josserand@lathropgpm.com
                                   timothy.hadachek@lathropgpm.com

                                   Edward D. Greim (KS #21077)
                                   Paul E. Brothers (KS #26863)
                                   Matthew R. Mueller (KS #28499)
                                   Katherine E. Mitra (KS #79151)
                                   GRAVES GARRETT GREIM LLP
                                   1100 Main Street, Suite 2700
                                   Kansas City, Mo64105
                                   Tel: (816) 256-3181
                                   edgreim@gravesgarrett.com
                                   pbrothers@gravesgarrett.com
                                   mmueller@gravesgarrett.com
                                   kmitra@gravesgarrett.com

                                   Jeannie S. Rhee (*pro hac vice forthcoming*)
                                   L. Rush Atkinson (*pro hac vice forthcoming*)
                                   Kyle Smith (*pro hac vice forthcoming*)
                                   Elizabeth N. Brandt (*pro hac vice forthcoming*)
                                   DUNN ISAACSON RHEE LLP
                                   401 Ninth Street, NW
                                   Washington, D.C. 20004-2637
                                   Tel: (202) 240-2900
                                   jrhee@dirllp.com
                                   ratkinson@dirllp.com
                                   ksmith@dirllp.com
                                   ebrandt@dirllp.com

81484093v1

        Christine M. Ray (*pro hac vice forthcoming*)
        DUNN ISAACSON RHEE LLP
        11 Park Place
        New York, NY 10007
        cray@dirllp.com

*Attorneys for Defendant Snap Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ *Brian C. Fries*
        Brian C. Fries
        An Attorney for Defendant

81484093v1