### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>    Plaintiff,<br><br>    v.<br><br>SNAP INC.,<br><br>    Defendant. | Case No. 5:25-cv-04109-DDC-GEB |

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that L. Rush Atkinson be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

DATED: December 18, 2025    Respectfully Submitted,

By: /s/ *Brian C. Fries*
    Brian C. Fries (KS #15889)
    Carrie E. Josserand (KS #18893)
    Timothy J. Hadachek (KS #79038)
    LATHROP GPM LLP
    2345 Grand Boulevard, Suite 2200
    Kansas City, MO 64108-2618
    Tel: (816) 292-2000
    brian.fries@lathropgpm.com
    carrie.josserand@lathropgpm.com
    timothy.hadachek@lathropgpm.com

    Edward D. Greim (KS #21077)
    Paul E. Brothers (KS #26863)
    Matthew R. Mueller (KS #28499)
    Katherine E. Mitra (KS #79151)
    GRAVES GARRETT GREIM LLP
    1100 Main Street, Suite 2700
    Kansas City, Mo 64105
    Tel: (816) 256-3181
    edgreim@gravesgarrett.com
    pbrothers@gravesgarrett.com
    mmueller@gravesgarrett.com
    kmitra@gravesgarrett.com

    Jeannie S. Rhee (*pro hac vice forthcoming*)
    L. Rush Atkinson (*pro hac vice forthcoming*)
    Kyle Smith (*pro hac vice forthcoming*)
    Elizabeth N. Brandt (*pro hac vice forthcoming*)
    DUNN ISAACSON RHEE LLP
    401 Ninth Street, NW
    Washington, D.C. 20004-2637
    Tel: (202) 240-2900
    jrhee@dirllp.com
    ratkinson@dirllp.com
    ksmith@dirllp.com
    ebrandt@dirllp.com

Christine M. Ray (*pro hac vice forthcoming*)
DUNN ISAACSON RHEE LLP
11 Park Place
New York, NY 10007
cray@dirllp.com

*Attorneys for Defendant Snap Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Brian C. Fries*
Brian C. Fries
An Attorney for Defendant