**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>  Plaintiff,<br><br>  v.<br><br>SNAP INC.,<br><br>  Defendant. | Case No. 5:25-cv-04109-DDC-GEB |

## ENTRY OF APPEARANCE

COMES NOW, Timothy J. Hadachek, an associate with Lathrop GPM LLP, and enters his appearance as co-counsel for Defendant Snap Inc.

///

1

DATED: December 23, 2025                         Respectfully Submitted,

By: /s/ *Timothy J. Hadachek*
　　Brian C. Fries (KS #15889)
　　Carrie E. Josserand (KS #18893)
　　Timothy J. Hadachek (KSD #79038)
　　LATHROP GPM LLP
　　2345 Grand Boulevard, Suite 2200
　　Kansas City, MO 64108-2618
　　Tel: (816) 292-2000
　　brian.fries@lathropgpm.com
　　carrie.josserand@lathropgpm.com
　　timothy.hadachek@lathropgpm.com

　　Edward D. Greim (KS #21077)
　　Paul E. Brothers (KS #26863)
　　Matthew R. Mueller (KS #28499)
　　Katherine E. Mitra (KS #79151)
　　GRAVES GARRETT GREIM LLP
　　1100 Main Street, Suite 2700
　　Kansas City, Mo 64105
　　Tel: (816) 256-3181
　　edgreim@gravesgarrett.com
　　pbrothers@gravesgarrett.com
　　mmueller@gravesgarrett.com
　　kmitra@gravesgarrett.com

　　Jeannie S. Rhee (*admitted pro hac vice*)
　　L. Rush Atkinson (*admitted pro hac vice*)
　　Kyle Smith (*admitted pro hac vice*)
　　Elizabeth N. Brandt (*admitted pro hac vice*)
　　DUNN ISAACSON RHEE LLP
　　401 Ninth Street, NW
　　Washington, D.C. 20004-2637
　　Tel: (202) 240-2900
　　jrhee@dirllp.com
　　ratkinson@dirllp.com
　　ksmith@dirllp.com
　　ebrandt@dirllp.com

　　Christine M. Ray (*admitted pro hac vice*)
　　DUNN ISAACSON RHEE LLP
　　11 Park Place
　　New York, NY 10007
　　Tel: (212) 470-1306
　　cray@dirllp.com
　　*Attorneys for Defendant Snap Inc.*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      /s/ *Timothy J. Hadachek*
      Timothy J. Hadachek
      An Attorney for Defendant

81682994v1