## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>    Plaintiff,<br><br>    v.<br><br>SNAP INC.,<br><br>    Defendant. | Case No. 5:25-cv-04109-DDC-GEB |

### NOTICE OF PROVISIONAL FILING UNDER SEAL/REDACTION

Defendant Snap Inc. ("Snap"), pursuant to D. Kan. Rule 5.4.2, hereby provides notice that Snap has provisionally filed the following documents under seal or with redactions:

| **Document Number** | **Title/Description** | **Proposal** |
|---|---|---|
| [Doc. 25-01] | Goldberg Decl. Ex. E | The FDA has designated this document as confidential. Snap proposes that this exhibit be filed under seal. |
| [Doc. 25-02] | Goldberg Decl. Ex. F | The FDA has designated this document as confidential. Snap proposes that this exhibit be filed under seal. |
| [Doc. 25-03] | Goldberg Decl. Ex. G | The FDA has designated this document as confidential. Snap proposes that this exhibit be filed under seal. |
| [Doc. 23 at p. 13] | Defendant Snap Inc.'s Opposition to the State's Motion to Remand / Quotations from Goldberg Decl. Ex. F | Snap proposes that its Opposition be filed with redactions of material quoted from an exhibit Snap proposes be filed under seal. The FDA has designated the contents of this document as confidential. |

| [Doc. 24-01 at pp. 3 and 6] | Beauchere Decl. Ex. A | Snap proposes that this document be filed with redactions of information that Snap has deemed to be confidential. |
| [Doc. 24-02 at pp. 3, 4 and 7] | Beauchere Decl. Ex. B | Snap proposes that this document be filed with redactions of information that Snap has deemed to be confidential. |

Snap intends to maintain the confidentiality of these documents and/or the confidential portions of them as described above, and will file a timely Motion to Seal and Redact pursuant to D. Kan. Rule 5.4.2 (c).

DATED: December 23, 2025                 Respectfully Submitted,

By: /s/ *Timothy J. Hadachek*
Brian C. Fries (KS #15889)
Carrie E. Josserand (KS #18893)
Timothy J. Hadachek (KSD #79038)
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108-2618
Tel: (816) 292-2000
brian.fries@lathropgpm.com
carrie.josserand@lathropgpm.com
timothy.hadachek@lathropgpm.com

Edward D. Greim (KS #21077)
Paul E. Brothers (KS #26863)
Matthew R. Mueller (KS #28499)
Katherine E. Mitra (KS #79151)
GRAVES GARRETT GREIM LLP
1100 Main Street, Suite 2700
Kansas City, Mo64105
Tel: (816) 256-3181
edgreim@gravesgarrett.com
pbrothers@gravesgarrett.com
mmueller@gravesgarrett.com
kmitra@gravesgarrett.com

Jeannie S. Rhee (*admitted pro hac vice*)
L. Rush Atkinson (*admitted pro hac vice*)
Kyle Smith (*admitted pro hac vice*)
Elizabeth N. Brandt (*admitted pro hac vice*)
DUNN ISAACSON RHEE LLP
401 Ninth Street, NW
Washington, D.C. 20004-2637
Tel: (202) 240-2900
jrhee@dirllp.com
ratkinson@dirllp.com
ksmith@dirllp.com
ebrandt@dirllp.com

Christine M. Ray (*admitted pro hac vice*)
DUNN ISAACSON RHEE LLP
11 Park Place
New York, NY 10007
Tel: (212) 470-1306
cray@dirllp.com

*Attorneys for Defendant Snap Inc.*

-4-

## CERTIFICATE OF SERVICE

      I hereby certify that on December 23, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      /s/ *Timothy J. Hadachek*
      Timothy J. Hadachek
      An Attorney for Defendant