IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>    Plaintiff,<br><br>    v.<br><br>SNAP INC.,<br><br>    Defendant. | Case No. 5:25-cv-04109-DDC-GEB |

## DECLARATION OF JACQUELINE F. BEAUCHERE

I, Jacqueline F. Beauchere, hereby declare and state:

1. I am Global Head of Platform Safety at Snap Inc. ("Snap"). I have been in this full-time position since September 2021. In my role, I focus on engaging with external audiences and stakeholders and creating signature programs to enhance Snap's overall approach to safety and help raise awareness about online risks. I also use information gathered through my work to advise on internal policies, product tools, and features.

2. Prior to joining Snap, I worked in online safety at Microsoft for more than 20 years, where I served as that company's and the industry's first Chief Online Safety Officer. In this role, I was responsible for promoting safety and performed duties similar to my duties at Snap, including engaging with external audiences; creating new programs and initiatives; and advising on and influencing product tools and features.

Know2Protect and Pledge2Protect Programs

3. As part of my role at Snap, I work with the U.S. Department of Homeland Security ("DHS") and its component agencies on the Know2Protect and Pledge2Protect

programs. This declaration reflects my direct knowledge about Snap's collaboration with DHS on the Know2Protect and Pledge2Protect programs, which I am directly responsible for leading on behalf of Snap, my discussions with knowledgeable colleagues at Snap, and my review of company files.

4. Know2Protect is the first federal campaign dedicated to educating teenagers, parents, and caregivers about online safety risks and preventing online child sexual exploitation and abuse ("CSEA"). Launched some 18 months later, Pledge2Protect is the official call-to-action for Know2Protect, which encourages people, including minors, to take action and educate themselves concerning online CSEA and preventative measures.

5. Snap's collaboration with DHS on the Know2Protect and Pledge2Protect programs has been governed by two signed Memorandums of Understanding ("MOUs") between Snap and DHS's Cyber Crimes Center and Child Exploitation Investigations Unit. DHS entered into the first MOU with Snap in 2024. Following the initial success of DHS's efforts to engage teen audiences through Snapchat, DHS entered into the second MOU with Snap, which includes the Pledge2Protect effort and runs through December 2025. The MOU for 2024 is attached as Exhibit A, and the MOU for 2025 is attached as Exhibit B. Snap anticipates that its work with DHS on these programs will continue into 2026.

6. The MOUs set out the framework for the collaboration between DHS and Snap on Know2Protect and Pledge2Protect. The MOUs describe the three primary types of activities that Snap would be responsible for undertaking as a "'foundational collaborator' from the technology sector": research, assistance with building and deploying Snapchat "Lenses," and campaign advertising grants.

7. ***First***, Snap agreed to conduct bespoke research to help DHS understand Generation Z teens' and young adults' awareness of and experience with a variety of online child sexual exploitation and abuse risks across internet platforms and services. This research collected information about both teenagers aged 13 to 17 and young adults aged 18 to 24. Snap delivered this research to DHS in 2024 and 2025 in three separate tranches to help inform the development of the Know2Protect and Pledge2Protect programs.

8. ***Second***, Snap agreed to collaborate with DHS to produce a custom "Lens" for both of the Know2Protect and Pledge2Protect programs. A Lens is a Snapchat feature that allows users to add interactive animations to photos and videos. The Know2Protect Lens is an interactive, true/false quiz that allows users to select their answer with simple head movements, rather than requiring tapping. A teen user taking the quiz on the Know2Protect Lens will see a question concerning online CSEA risks and then choose their answer by moving their head towards the "true" or "false" answer they want to submit. Then, the Lens shows the correct answer—an important public safety message—and plays a short animation informing the user whether their answer was correct. Exhibit C contains screenshots showing a teen user answering one of the Know2Protect Lens quiz questions.

9. The Pledge2Protect Lens outfits users' personalized avatars (which are unique to Snapchat and known as "Bitmojis") in a custom t-shirt that reads "Take the Pledge2Protect" and includes the Pledge2Protect campaign logo and the web address for the Know2Protect website. Users who take the pledge are encouraged to use the Lens to share their dressed Bitmoji with friends and family. A QR code specific to the Snapchat platform, which brings users directly to the Lens, is displayed on the Know2Protect website. Exhibit D contains screenshots showing users' Bitmojis dressed using the Pledge2Protect Lens, as well as the Snapchat QR code.

10. To produce the Know2Protect and Pledge2Protect Lenses, Snap worked with DHS and DHS's advertising contractor. Snap connected DHS and its advertising contractor to one of Snap's Lens production partners to build the Know2Protect Lens. DHS determined the questions and answers to be included in the true/false quiz and submitted those to Snap. Snap requested that DHS complete a creative brief with its goals and objectives, the messaging it wanted to highlight, and branding specifications; this information guided overall Lens design.

11. Due to the success of the Know2Protect Lens, DHS reached out to Snap to seek its assistance in building the Pledge2Protect Lens. After aligning on the Pledge2Protect Lens concept, an internal team at Snap built the Lens, satisfying DHS's desire to incorporate Snapchat's unique Bitmoji feature and using the t-shirt design provided by DHS.

12. During these processes, Snap met with DHS as needed to discuss Lens development and to design the advertisements. These meetings typically occurred about once a month or once every other month. Snap's Lens production partner and DHS's advertising contractor communicated more frequently during the process of designing and developing the Know2Protect Lens to ensure that revisions and feedback cycles were in line with DHS's vision.

13. The Know2Protect Lens launched in October 2024 after DHS gave final approval for the product and its content. DHS's press release about the Lens highlighted that it specifically chose to work with Snap in order to reach teenagers—the target audience of its campaign—because the app "resonates strongly with teens."[1] Similarly, the Pledge2Protect Lens launched in August 2025 after DHS gave final approval for the product and its content.

14. **Third,** Snap provided DHS with free in-app advertising that DHS used to promote Know2Protect and Pledge2Protect content. DHS uses those advertising grants to promote the

---

[1] DHS, *DHS Know2Protect and Snap Inc. Launch Innovative Virtual Resource to Educate Teens About Online Harms* (Oct. 1, 2024), *available at* https://perma.cc/6LEW-277X.

4

Know2Protect and Pledge2Protect Lenses and its other campaign materials and resources, including photo and video advertisements. Exhibit E contains screenshots of these Know2Protect and Pledge2Protect advertisements.

15. DHS has largely used the Snap in-app advertising grants to target teen users aged 13 to 17. The overall advertising effort has resulted in a high number of "impressions" (user views) among that target audience. For example, DHS ran a Know2Protect advertising installment from April to June 2024, which resulted in more than 15 million impressions. More than 95% of those impressions came from targeted users aged 13 to 17.

16. To fulfill DHS's request that Know2Protect and Pledge2Protect content be served to teen users, including users aged 13 to 17, Snap relies on proprietary Snap algorithms, among other strategies. DHS has specifically turned to Snap for its Know2Protect campaign efforts because it can "leverag[e] Snapchat's interactive features."[2]

17. When setting up its campaigns, DHS selects its desired placement of its advertisements by picking and choosing specific locations where the advertisements will run. For its Know2Protect and Pledge2Protect advertisements targeted at minor-aged teens, DHS has selected the "Automatic Placement" option. "Automatic Placement" utilizes all of Snapchat's available surfaces and features as available, including advertising placements in Stories, Spotlight, and the Discover Feed.

18. The Know2Protect program has been very successful in achieving DHS's goals of raising awareness about CSEA. After using advertising grants on Snapchat during 2024, DHS saw nearly 20,000 additional website sessions generated for its Kids and Teens web page, leading to 314 potentially life-saving CyberTipline reports to the National Center for Missing and Exploited Children. And as determined by the research Snap conducted for DHS as part of

---

[2] *Id.*

Pledge2Protect, among those respondents who reported familiarity with the Know2Protect campaign, nearly nine in 10 (89%) said the campaign caused them to seek out more information about online safety.[3]

19. As DHS's campaign manager has stated, "The collaboration between Snap and the Know2Protect campaign is instrumental in helping [DHS] reach key demographics with critical awareness and prevention messaging."[4] DHS's campaign manager stated that "Together," Snap and DHS "are making sure young people have access to information that can protect them and their peers from online predators, and this is making a real difference in saving lives."[5] She has also stated that "Snap's continued support allows [DHS] to reach and empower a critical audience that [DHS] couldn't effectively reach on [its] own."

20. Snapchat is a primary driver of teen engagement in the Know2Protect and Pledge2Protect programs and is the most effective platform that DHS uses to engage directly with teens aged 13 to 17. For example, between August 1 and October 31, 2025, more than 90,000 teens took the Pledge2Protect, with more than two-thirds of those pledges coming directly from DHS's advertisements on Snapchat.

Blue Campaign

21. In addition to collaborating with Snap for the Know2Protect and Pledge2Protect programs, DHS also uses Snapchat to promote its Blue Campaign, a national public awareness campaign located within the DHS Center for Countering Human Trafficking that is aimed at educating the public about indicators of human trafficking and how to help combat it. DHS

---

[3] Jacqueline Beauchere, *Snap Marks One Year of DHS's "Know2Protect" Campaign* (Apr. 17, 2025), *available at* https://perma.cc/A8C6-CNH2.
[4] *Id.*
[5] *Id.*

designs and controls all of the content for the Blue Campaign advertisements that run on Snapchat.

22. Between 2024 and 2025, the Blue Campaign used Snapchat for advertising installments targeted at users aged 13 to 17, which resulted in a high number of "impressions" (user views) among that target audience. For example, DHS ran a back-to-school Blue Campaign advertising installment in September and October 2025 which resulted in more than 6 million impressions. More than 99% of those impressions came from targeted users aged 13 to 17. Exhibit F contains screenshots of these Blue Campaign advertisements.

23. To fulfill DHS's request that Blue Campaign content be served to teen users, including users aged 13 to 17, Snap relies on proprietary Snap algorithms.

24. When setting up its 2024 advertising installment, DHS selected its desired placement of its advertisements by picking and choosing specific surfaces and features where the advertisements would run. In doing so, DHS specifically chose to run certain Blue Campaign advertisements on Snapchat Stories and Spotlight. For the 2025 Blue Campaign advertising installments, DHS chose to use Automatic Placement to run its advertisements across all of Snapchat, as available, including in Stories, Spotlight, and the Discover Feed.

I declare under penalty of perjury that the foregoing Declaration of Jacqueline F. Beauchere is true and correct.

Executed on December 21, 2025.

*/s/ Jacqueline F. Beauchere*