# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,

    Plaintiff,

    v.

SNAP INC.,

    Defendant.

Case No. 5:25-cv-04109-DDC-GEB

## INDEX OF EXHIBITS TO THE DECLARATION OF JACQUELINE F. BEAUCHERE

| | | |
|---|---|---|
| Beauchere Decl. Ex. A | 2024 Memorandum of Understanding ("MOU") between Snap and the U.S. Department of Homeland Security ("DHS") | Provisionally Filed Under Seal |
| Beauchere Decl. Ex. B | 2025 Memorandum of Understanding ("MOU") between Snap and DHS | Provisionally Filed Under Seal |
| Beauchere Decl. Ex. C | Screenshots of user answering Know2Protect Lens quiz questions | |
| Beauchere Decl. Ex. D | Screenshots showing user's Bitmojis dressed using Pledge2Protect Lens | |
| Beauchere Decl. Ex. E | Screenshots of Know2Protect and Pledge2Protect advertisements | |
| Beauchere Decl. Ex. F | Screenshots of Blue Campaign advertisements | |

DATED: December 23, 2025                    Respectfully Submitted,

                                                   By: /s/ *Timothy J. Hadachek*
                                                   Brian C. Fries (KS #15889)
                                                   Carrie E. Josserand (KS #18893)
                                                   Timothy J. Hadachek (KSD #79038)
                                                   LATHROP GPM LLP
                                                   2345 Grand Boulevard, Suite 2200
                                                   Kansas City, MO 64108-2618
                                                   Tel: (816) 292-2000
                                                   brian.fries@lathropgpm.com
                                                   carrie.josserand@lathropgpm.com
                                                   timothy.hadachek@lathropgpm.com

                                                   Edward D. Greim (KS #21077)
                                                   Paul E. Brothers (KS #26863)
                                                   Matthew R. Mueller (KS #28499)
                                                   Katherine E. Mitra (KS #79151)
                                                   GRAVES GARRETT GREIM LLP
                                                   1100 Main Street, Suite 2700
                                                   Kansas City, Mo64105
                                                   Tel: (816) 256-3181
                                                   edgreim@gravesgarrett.com
                                                   pbrothers@gravesgarrett.com
                                                   mmueller@gravesgarrett.com
                                                   kmitra@gravesgarrett.com

                                                   Jeannie S. Rhee (*admitted pro hac vice*)
                                                   L. Rush Atkinson (*admitted pro hac vice*)
                                                   Kyle Smith (*admitted pro hac vice*)
                                                   Elizabeth N. Brandt (*admitted pro hac vice*)
                                                   DUNN ISAACSON RHEE LLP
                                                   401 Ninth Street, NW
                                                   Washington, D.C. 20004-2637
                                                   Tel: (202) 240-2900
                                                   jrhee@dirllp.com
                                                   ratkinson@dirllp.com
                                                   ksmith@dirllp.com
                                                   ebrandt@dirllp.com

                                                  Christine M. Ray (*admitted pro hac vice*)
                                                   DUNN ISAACSON RHEE LLP
                                                   11 Park Place
                                                   New York, NY 10007
                                                   Tel: (212) 470-1306
                                                   cray@dirllp.com
                                                   *Attorneys for Defendant Snap Inc.*

81683272v1