# Exhibit C

**Know2Protect Lens:** *available at* https://perma.cc/VR9S-4AYM.




