# Exhibit E

**Example screenshots of advertisements:**










