# Exhibit H

**Example screenshots of advertisements:**

