IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>SNAP INC.,<br><br>　　　Defendant. | Case No. 5:25-cv-04109-DDC-GEB |

### DECLARATION OF ALEC GOLDBERG

I, Alec Goldberg, hereby declare and state:

1. I am a Client Partner at Snap Inc. ("Snap"). I have been in this position full-time since March 2025. In my role, I partner with organizations that operate large-scale advertising campaigns on Snap's platform. I work with these organizations to help them both design their advertising campaigns and optimize ongoing campaigns to most effectively reach their desired audiences.

2. I am currently the assigned Client Partner for the U.S. Food and Drug Administration ("FDA"), which would include the FDA's Center for Tobacco Products. This declaration reflects my direct knowledge of Snap's work with the FDA, as well as my review of emails and other documents in my predecessor's files.

3. The FDA's Center for Tobacco Products has purchased advertisements through Snap over the past several years. These advertisements have been a key part of the Center for Tobacco Products' "The Real Cost" and "Next Legends" initiatives. The Real Cost is a public health education and prevention initiative that seeks to reach U.S. teenagers with messaging about

the negative health effects and risks of tobacco use, including through cigarettes and electronic nicotine devices ("vaping").  Next Legends is a public health education and anti-vaping initiative that seeks to educate American Indian and Alaska Native teenagers aged 12 to 17 (who are at high risk for use of e-cigarettes) about the negative impact of vaping.

4. An advantage of Snap's advertising platform for clients like the FDA is that they can choose to target their campaigns to users by age, including targeting of teenage users aged 13 to 17.  With millions of users aged 13 to 17 in the United States, Snapchat has a broad reach among this population.  This is important for the FDA's advertising efforts, as the FDA has used Snapchat for several The Real Cost and Next Legends campaigns with advertisements targeted at teens aged 13 to 17.

5. Snap has utilized its own proprietary technology and processes, including algorithms, to ensure that campaigns have been in line with the FDA's targeting guidance.  The specific targeting of users aged 13 to 17 has resulted in a high number of "impressions" (user views) among that target audience.  In 2024 alone, the FDA ran The Real Cost campaign advertisements on Snapchat that resulted in approximately 1.6 billion impressions from targeted users aged 13 to 17.

6. The FDA also invited Snap to present at its 2024 Media Day Panel in May 2024, where Snap shared insights with the FDA on how to effectively communicate with teens and how Snap's unique platform resonates with teens.

7. The FDA's Center for Tobacco Products has contracted with a marketing and advertising agency that specializes in internet-based marketing to plan and purchase its online The Real Cost and Next Legends campaigns. The FDA's initiatives utilize a range of Snap advertising options to reach teenagers.  When setting up its campaigns for 2024, the FDA, through its agency,

selected its desired placement of its advertisements by picking and choosing specific surfaces and features where the advertisements would run. In doing so, the FDA specifically chose to run certain campaign advertisements among Snapchat Stories, on Snap's Spotlight feature, and in Snapchat's Discover Feed.

8. Exhibit A contains screenshots of some of the FDA's The Real Cost video Stories advertised to users on Snapchat.[1] These Stories focus on the risks and consequences of cigarettes and vaping, including creating social distance with family members and causing anger problems.

9. Exhibit B contains screenshots of some of the FDA's Next Legends video Stories advertised to users on Snapchat.[2] These Stories also focus on the risks and consequences of vaping, including losing control, negative self-image, and exposure to toxic chemicals.

10. Additionally, the FDA has created multiple "Lenses" for both The Real Cost and Next Legends. A Lens is a Snapchat feature that allows users to add interactive animations to photos and videos. The FDA has purchased Snap advertising to promote the Lenses to teen users.

11. Several Lenses for The Real Cost are shown in Exhibit C. As an example, one of these Lenses displays the user's eyes and mouth on a pair of lungs that is running through a green wooded area with a message about the dangers of vaping. The Lens instructs the user to raise their eyebrows, at which point the wooded area and the lungs become polluted with smoke and a message appears encouraging the user to protect their lungs.

12. To produce this Lens, Snap worked with the FDA via its marketing agency and connected them with one of Snap's Lens creative partners. This Lens was developed in 2024 over the course of more than six months, during which Snap facilitated the coding of the Lens and the

---

[1] The FDA's The Real Cost Snapchat video Stories and Lenses that are screenshotted in the Exhibits are available at https://perma.cc/YR23-L267.
[2] The Next Legends video Stories and Lenses that are screenshotted in the Exhibits are available at https://perma.cc/M6SJ-GP6P.

FDA gave extensive feedback and guidance that resulted in frequent communication between Snap and the FDA's agency, and multiple iterations of the related storyboard for the FDA's review.

13. Two Next Legends Lenses are shown in Exhibit D. One is an interactive game where a toxic chemical is placed under one of three boxes and the user is required to follow the box with the chemical as the three boxes move around. When the boxes stop moving, the user must tap the box they believe the chemical is under. If they guess correctly, a message about the risk of exposure to that chemical from vaping appears. After a few rounds of this game, another message appears, encouraging the player to "challenge a friend."

14. The FDA, with its agency, designs and controls all of the content for its advertisements run on Snapchat, and the FDA must give final approval for any video or Lens before the FDA or their agency partner advertises such video or Lens on Snap's platform.

15. During FDA campaigns, Snap has typically met bi-weekly with the FDA's agency to discuss the campaign's performance and the pacing of the advertising spend. At these meetings, Snap and the FDA's agency review the performance of individual components of those campaigns, such as user engagement with each FDA Lens. Snap receives guidance regarding the FDA's goals, while offering suggestions to optimize the advertising campaigns to meet those goals.

16. In 2025, the FDA approved three campaigns to run on Snapchat and target teens aged 13 to 17: (a) a The Real Cost campaign for cigarette usage prevention; (b) a The Real Cost campaign for vaping prevention; and (c) a Next Legends campaign for vaping prevention among the American Indian and Alaska Native teens.

17. These three campaigns went through a multistep process before they were approved to run on Snapchat. *First*, in August and September 2024, the FDA and its agency sent Snap "campaign briefs" that describe the subject matter, objectives, success metrics, and specifications

for the advertising campaigns, including the targeting of teenagers aged 13 to 17.  The briefs asked Snap to submit proposals for how Snap could work with the FDA's Center for Tobacco Products to help each campaign's message reach its targeted teenage user audience.  These campaign briefs are attached as Exhibits E, F, and G.

18. ***Second***, Snap prepared custom proposals in response to each of the campaign briefs and submitted them to the FDA's agency in September 2024.  These proposals explained how Snap could help the FDA's Center for Tobacco Products' campaign reach and positively engage its intended audience.

19. ***Third***, the FDA approved all three 2025 Snap advertising campaigns.

20. ***Fourth***, the FDA purchased Next Legends advertising to run on Snapchat in January 2025.  The FDA's agency placed these campaign buys (i.e., orders) through the FDA's account on Snap's self-service advertising platform.  When the FDA's agency acts on behalf of FDA and places buys on Snap's advertising platform, it binds the FDA to Snap's Business Services Terms, which are attached as Exhibit H.  The advertisements that the FDA purchased in January 2025 were part of the anti-vaping campaign and targeted exclusively to Snap users aged 13 to 17.

21. The FDA's agency recently contacted Snap to brief it on a The Real Cost campaign focusing on prevention of teenage vaping, with potential advertising launching in 2026.

I declare under penalty of perjury that the foregoing Declaration of Alec Goldberg is true and correct.

Executed on December 22, 2025.

_____