**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>SNAP INC.,<br><br>Defendant. | Case No. 5:25-cv-04109-DDC-GEB |

**INDEX OF EXHIBITS TO THE DECLARATION OF ALEC GOLDBERG**

| | | |
|---|---|---|
| Goldberg Decl. Ex. A | Screenshots of FDA's The Real Cost video Stories advertised to users on Snapchat | |
| Goldberg Decl. Ex. B | Screenshots of FDA's Next Legends video Stories advertised to users on Snapchat | |
| Goldberg Decl. Ex. C | Several Lenses for The Real Cost | |
| Goldberg Decl. Ex. D | Two Next Legends Lenses | |
| Goldberg Decl. Ex. E | TRC (Cigarettes) Campaign Brief" between Snap and the FDA | Provisionally Filed Under Seal |
| Goldberg Decl. Ex. F | TRC (Vaping) Campaign Brief" between Snap and the FDA | Provisionally Filed Under Seal |
| Goldberg Decl. Ex. G | "Next Legends Campaign Brief" between Snap and the Food and Drug Administration | Provisionally Filed Under Seal |
| Goldberg Decl. Ex. H | Snap's Business Services Terms | |

DATED: December 23, 2025         Respectfully Submitted,

By: /s/ *Timothy J. Hadachek*
    Brian C. Fries (KS #15889)
    Carrie E. Josserand (KS #18893)
    Timothy J. Hadachek (KSD #79038)
    LATHROP GPM LLP
    2345 Grand Boulevard, Suite 2200
    Kansas City, MO 64108-2618
    Tel: (816) 292-2000
    brian.fries@lathropgpm.com
    carrie.josserand@lathropgpm.com
    timothy.hadachek@lathropgpm.com

    Edward D. Greim (KS #21077)
    Paul E. Brothers (KS #26863)
    Matthew R. Mueller (KS #28499)
    Katherine E. Mitra (KS #79151)
    GRAVES GARRETT GREIM LLP
    1100 Main Street, Suite 2700
    Kansas City, Mo64105
    Tel: (816) 256-3181
    edgreim@gravesgarrett.com
    pbrothers@gravesgarrett.com
    mmueller@gravesgarrett.com
    kmitra@gravesgarrett.com

    Jeannie S. Rhee (*admitted pro hac vice*)
    L. Rush Atkinson (*admitted pro hac vice*)
    Kyle Smith (*admitted pro hac vice*)
    Elizabeth N. Brandt (*admitted pro hac vice*)
    DUNN ISAACSON RHEE LLP
    401 Ninth Street, NW
    Washington, D.C. 20004-2637
    Tel: (202) 240-2900
    jrhee@dirllp.com
    ratkinson@dirllp.com
    ksmith@dirllp.com
    ebrandt@dirllp.com

    Christine M. Ray (*admitted pro hac vice*)
    DUNN ISAACSON RHEE LLP
    11 Park Place
    New York, NY 10007
    Tel: (212) 470-1306
    cray@dirllp.com
    *Attorneys for Defendant Snap Inc.*

81683334v1