# Exhibit A

**Video story 1:** *available at* https://perma.cc/PX5B-D7PY

 

**Video story 2:** *available at* https://perma.cc/PX5B-D7PY

