# Exhibit B

**Video story 1:** *available at* https://perma.cc/BDB8-AYUW



**Video story 2:** *available at* https://perma.cc/BDB8-AYUW



**Video story 3:** *available at* https://perma.cc/BDB8-AYUW

