# Exhibit C

**The Real Cost Lens 1:** *available at* https://perma.cc/YR86-H98J





**The Real Cost Lens 2:** *available at* https://perma.cc/TQQ9-WTZR





**The Real Cost Lens 3:** *available at* https://perma.cc/9REQ-A2S5



**The Real Cost Lens 4:** *available at* https://perma.cc/84SU-F5MK





**The Real Cost Lens 5:** *available at* https://perma.cc/4KVE-TLB9




