# Exhibit D

**Next Legends Lens 1:** *available at* https://perma.cc/R988-X4L9

 

**Next Legends Lens 2:** *available at* https://perma.cc/HM82-2Z3X

