**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>SNAP INC.,<br><br>Defendant. | Case No. 5:25-cv-04109-DDC-GEB |

**DEFENDANT SNAP'S NOTICE REGARDING PLAINTIFF'S MOTION TO AUTHORIZE JURISDICTIONAL DISCOVERY AND STAY BRIEFING ON MOTION TO REMAND**

Defendant Snap Inc. ("Snap") provides Notice that it does not oppose a stay while the Court considers the above-referenced Motion. Snap does require time to confer internally and with Plaintiff regarding Plaintiff's discovery proposal, as Snap just received Plaintiff's request last Friday afternoon, and proposes to file its response, if any, to that request by January 20, 2025, unless otherwise directed by the Court.

January 6, 2026

Respectfully Submitted,

*/s/ Edward D. Greim*
Edward D. Greim (KS #21077)
Paul E. Brothers (KS #26863)
Matthew R. Mueller (KS #28499)
Katherine E. Mitra (KS #79151)
**GRAVES GARRETT GREIM LLP**
1100 Main Street, Suite 2700
Kansas City, MO 64105
Tel: (816) 256-3181
edgreim@gravesgarrett.com
pbrothers@gravesgarrett.com
mmueller@gravesgarrett.com

Brian C. Fries (KS #15889)
Carrie E. Josserand (KS #18893)
Timothy J. Hadacheck (KSD #79038)
**LATHROP GPM LLP**
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108-2618
Tel: (816) 292-2000
brian.fries@lathropgpm.com
carrie.josserand@lathropgpm.com
timothy.hadacheck@lathropgpm.com

Jeannie S. Rhee (admitted pro hac vice)
L. Rush Atkinson (admitted pro hac vice)
Kyle Smith (admitted pro hac vice)
Elizabeth N. Brandt (admitted pro hac vice)
**DUNN ISAACSON RHEE LLP**
401 Ninth Street, NW
Washington, D.C. 20004-2637
Tel: (202) 240-2900
jrhee@dirllp.com
ratkinson@dirllp.com
ksmith@dirllp.com
ebrandt@dirllp.com

Christine M. Ray (admitted pro hac vice)
**DUNN ISAACSON RHEE LLP**
11 Park Place
New York, NY 10007
cray@dirllp.com

**COUNSEL FOR DEFENDANT, SNAP INC.**

David H. Thompson*
Brian W. Barnes*
Megan M. Wold*
**COOPER & KIRK, PLLC**
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036 Tel: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
mwold@cooperkirk.com

*Admitted *pro hac vice*

**KRIS W. KOBACH**
**ATTORNEY GENERAL**
*/s/ Paul Shipp*
Paul Shipp, #20263
Assistant Attorney General
Office of the Attorney General
Public Protection Division
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
Tel: 785-296-3751
Fax: 785-291-3699
paul.shipp@ag.ks.gov

**COUNSEL FOR PLAINTIFF, THE STATE OF KANSAS**

## CERTIFICATE OF SERVICE

On January 6, 2026, I electronically filed this Notice through the Electronic Filing System which will be delivered to all Parties.

*/s/ Edward D. Greim*
Edward D. Greim, Counsel for Defendant