IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **STATE OF KANSAS,** *ex rel.* **KRIS W. KOBACH, Attorney General,** | ) ) ) |
| **Plaintiff(s),** | ) ) ) CASE NO.  5:25-CV-04109-DDC-GEB ) |
| v. | ) ) |
| **SNAP INC.,** | ) ) ) |
| **Defendant(s).** | ) |

### JOINT STIPULATION TO JURISDICTIONAL DISCOVERY AND MOTION TO MODIFY BRIEFING SCHEDULE

Plaintiff State of Kansas, *ex rel.* Kris W. Kobach, Attorney General of the State of Kansas, (the "Attorney General") and Defendant Snap Inc. ("Snap") (collectively the "Parties") hereby jointly stipulate to jurisdictional discovery before the Rule 26(f) conference under Federal Rule of Civil Procedure 26(d)(1), which permits such discovery "by stipulation." The Parties have also reached an agreement on the scope of jurisdictional discovery and have thus resolved all issues related to the Attorney General's motion for jurisdictional discovery.

The Parties also respectfully request that the Court modify the briefing schedule for the Attorney General's remand motion. Specifically, the Parties request that the deadline for the Attorney General's reply brief be set for 21 days after the Parties file a joint notice of the completion of jurisdictional discovery. The Parties also request that Snap be permitted to file a sur-reply within 14 days of the Attorney General's reply. Both the reply and sur-reply will be limited to 5 pages consistent with page-limitation prescribed by Local Rule 7.1(d)(3).

## CONCLUSION

The Parties respectfully request that the Court grant their joint motion to modify the briefing schedule on the Attorney General's motion to remand. The Parties' further respectfully submit that their agreement on the scope of jurisdictional discovery obviates the need for the Court to hold the discovery conference presently scheduled for January 27, 2026.

Dated: January 23, 2026

*/s/ Eddie Greim*
GRAVES GARRETT GREIM LLC
Edward D. Greim (KS #21077)
Katherine E. Mitra (KS #79151)
1100 Main Street, Suite 2700
Kansas City, MO 64105
Tel: (816) 256-3181
edgreim@gravesgarrett.com
pbrothers@gravesgarrett.com
mmueller@gravesgarrett.com
kmitra@gravesgarrett.com

LATHROP GPM LLP
Brian C. Fries (KS #15889)
Carrie E. Josserand (KS #18893)
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108-2618
Tel: (816) 292-2000
brian.fries@lathropgpm.com
carrie.josserand@lathropgpm.com

DUNN ISAACSON RHEE LLP
Jeannie S. Rhee (*admitted pro hac vice*)
L. Rush Atkinson (*admitted pro hac vice*)
Kyle Smith (*admitted pro hac vice*)
Elizabeth N. Brandt (*admitted pro hac vice*)
401 Ninth Street, NW
Washington, D.C. 20004-2637
Tel: (202) 240-2900
jrhee@dirllp.com
ratkinson@dirllp.com

Respectfully submitted,

/s/ *Paul Shipp*
Paul Shipp (KS #20263)
Assistant Attorney General
Office of the Attorney General
Public Protection Division
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
Tel: 785-296-3751
Fax: 785-291-3699
paul.shipp@ag.ks.gov

David H. Thompson*
Brian W. Barnes*
Megan M. Wold*
Jack Tucker*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
mwold@cooperkirk.com
jtucker@cooperkirk.com

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

ksmith@dirllp.com
ebrandt@dirllp.com

Christine M. Ray (*admitted pro hac vice*)
11 Park Place
New York, NY 10007
Tel: (212) 470-1306
cray@dirllp.com

*Attorneys for Defendant Snap Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of Kansas by using the District Court's CM/ECF system on January 23, 2026. Participants in the case are registered CM/ECF users, and service will be accomplished by the District Court's CM/ECF system.

Dated: January 23, 2026                                /s/ *Paul Shipp*
                                                                      Paul Shipp
                                                                      *Attorney for Plaintiff*