# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **STATE OF KANSAS,** *ex rel.* **KRIS W. KOBACH, Attorney General,** | )<br>)<br>) |
| Plaintiff(s), | )<br>) CASE NO. 5:25-CV-04109-DDC-GEB<br>) |
| v. | )<br>) |
| **SNAP INC.,** | )<br>) |
| Defendant(s). | ) |

## CERTIFICATE OF SERVICE OF PLAINTIFF'S
## FIRST SET OF REQUESTS FOR PRODUCTION

Plaintiff State of Kansas, *ex rel.* Kris W. Kobach, Attorney General of the State of Kansas (the "Attorney General"), by and through undersigned counsel, certifies under Local Rule 26.3(b) that on February 2, 2026, the Attorney General served his First Set of Requests for Production on Defendant Snap Inc. ("Snap") by emailing those discovery requests to counsel for Snap.

Dated: February 2, 2026                              Respectfully submitted,

David H. Thompson*                                   /s/ *Paul Shipp*
Brian W. Barnes*                                     Paul Shipp (KS #20263)
Megan M. Wold*                                       Assistant Attorney General
Jack Tucker*                                         Office of the Attorney General
COOPER & KIRK, PLLC                                  Public Protection Division
1523 New Hampshire Avenue, N.W.                      120 SW 10th Ave., 2nd Floor
Washington, D.C. 20036                               Topeka, Kansas 66612-1597
(202) 220-9600                                       Tel: 785-296-3751
(202) 220-9601 (fax)                                 Fax: 785-291-3699
dthompson@cooperkirk.com                             paul.shipp@ag.ks.gov
bbarnes@cooperkirk.com
mwold@cooperkirk.com
jtucker@cooperkirk.com

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of Kansas by using the CM/ECF system on February 2, 2026. Participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.


Dated: February 2, 2026                                         /s/ *Paul Shipp*
                                                                                Attorney for Plaintiff