# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SNAP INC.,<br><br>　　　　Defendant. | Case No. 5:25-cv-04109-DDC-GEB |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c) and the Court's Order following the January 27, 2026 hearing (Dkt. No. 36), Plaintiff State of Kansas, *ex rel.* Kris W. Kobach ("Kansas"), and Defendant Snap Inc. ("Snap") jointly move the Court to enter the Stipulated Protective Order, attached as Exhibit A. In support of this motion,[1] the parties state as follows:

1.　　The parties anticipate that discovery in this matter likely will involve the production of confidential, trade secret, proprietary, commercially or competitively sensitive, and other non-public information, as well as information subject to privacy or data-protection obligations, for which protection from public disclosure and from use outside this proceeding is warranted.

2.　　This matter concerns allegations regarding Snap's policies and business practices, and the features of its platform, Snapchat.[2] Discovery may therefore include confidential internal

---

[1] The filing of this joint motion does not constitute waiver of any right, defense, affirmative defense, or objection, including any challenges to venue and/or the exercise of personal jurisdiction.

[2] At this time, the parties are engaging only in limited jurisdictional discovery. *See* Dkt. Nos. 34, 36. However, the parties intend for the Stipulated Protective Order to govern if further discovery takes place during later stages of this proceeding.

1

documents and communications, non-public policies and procedures, confidential business and commercial information, information relating to agreements or relationships with third parties, and other sensitive and proprietary information treated confidentially and not publicly disclosed.

3.      Snap has a legitimate interest in maintaining the confidentiality of such materials and information.  Disclosure of such materials and information could cause competitive, commercial, or other harm to Snap or third parties, impair business relationships or negotiations, and risk misuse of sensitive information.  Entry of a protective order is necessary to safeguard the confidentiality of that information.

4.      The parties agree that these materials and this information should be treated as confidential, protected from disclosure outside this litigation, and used only for purposes of prosecuting or defending this action and any appeals.  The parties, through their respective counsel, have agreed to the terms of the Stipulated Protective Order and agree that good cause exists for entry of the order.

The parties therefore respectfully and jointly request that the Court approve and enter the Stipulated Protective Order.

Dated: February 13, 2026

/s/ *Brian C. Fries*
LATHROP GPM LLP
Brian C. Fries (KS #15889)
Carrie E. Josserand (KS #18893)
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108-2618
Tel: (816) 292-2000
brian.fries@lathropgpm.com
carrie.josserand@lathropgpm.com

GRAVES GARRETT GREIM LLC
Edward D. Greim (KS #21077)
Katherine E. Mitra (KS #79151)
1100 Main Street, Suite 2700
Kansas City, MO 64105
Tel: (816) 256-3181
edgreim@gravesgarrett.com
pbrothers@gravesgarrett.com
mmueller@gravesgarrett.com
kmitra@gravesgarrett.com

DUNN ISAACSON RHEE LLP
Jeannie S. Rhee (*admitted pro hac vice*)
L. Rush Atkinson (*admitted pro hac vice*)
Kyle Smith (*admitted pro hac vice*)
Elizabeth N. Brandt (*admitted pro hac vice*)
401 Ninth Street, NW
Washington, D.C. 20004-2637
Tel: (202) 240-2900
jrhee@dirllp.com
ratkinson@dirllp.com
ksmith@dirllp.com
ebrandt@dirllp.com

Christine M. Ray (*admitted pro hac vice*)
11 Park Place
New York, NY 10007
Tel: (212) 470-1306
cray@dirllp.com

*Attorneys for Defendant Snap Inc.*

Respectfully submitted,

/s/ *Paul Shipp*
Paul Shipp (KS #20263)
Assistant Attorney General
Office of the Attorney General Public Protection Division
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
Tel: 785-296-3751
Fax: 785-291-3699
paul.shipp@ag.ks.gov

David H. Thompson*
Brian W. Barnes*
Megan M. Wold*
Jack Tucker*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
mwold@cooperkirk.com
jtucker@cooperkirk.com

*Admitted pro hac vice

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

On February 13, 2026, I electronically filed the Joint Motion for Entry of Stipulated Protective Order through the Electronic Filing System which will be delivered to all Parties.

<u>/s/ *Brian C. Fries*</u>
Brian C. Fries
*Attorney for Defendant Snap Inc.*
