# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SNAP INC.,<br><br>　　　　Defendant. | Case No. 5:25-cv-04109-DDC-GEB |

**DECLARATION OF BONNIE BROEREN IN SUPPORT OF MOTION TO SEAL**

I, Bonnie Broeren, hereby declare and state:

1. I am a Senior Manager, Platform Policy at Snap Inc. ("Snap"). I have been in this position since July 2023. In my role, I am responsible for developing Snap's platform policies, both the public-facing Community Guidelines and the internal enforcement policies, and working with my cross-functional partners, such as trust and safety, legal, product and other teams, to operationalize those policies.

2. I understand that Snap intends to file a motion for leave to redact certain information from the State's Petition, and that this declaration is made in support of that motion.

3. Paragraph 52 of the State's Petition references Snap's internal enforcement policies. These internal enforcement policies constitute confidential, non-public, safety and moderation materials that are closely guarded as a matter of policy and practice. The specific policy cited in Paragraph 52 of the State's Petition forms part of a broader internal enforcement

1

framework that is not disclosed to the public.  Unlike Snap's publicly available Community Guidelines and Content Recommendation Guidelines, which describe high-level standards, these internal materials reveal operational enforcement logic and internal risk-balancing judgments.

4. Disclosure of this internal policy, without the surrounding framework, could lead to confusion or misinterpretation regarding Snap's policies and practices.  Snap also has a legitimate interest in maintaining the confidentiality of its internal enforcement policies to avoid undermining the effectiveness of its safety systems.  Public disclosure of non-public enforcement details may make it easier for some users to anticipate how content is reviewed or to attempt to avoid enforcement, which could diminish the utility of those policies over time.

5. The risk of malicious actors attempting to evade Snap's safety systems is real.  Snap regularly disables accounts of malicious actors for violations of Snap's policies and observes that malicious actors often evolve their techniques to evade detection and enforcement.  For that reason, Snap generally limits public disclosures to high-level policy statements and does not publish internal enforcement instructions.

I declare under penalty of perjury that the foregoing Declaration of Bonnie Broeren is true and correct

Executed on January 20, 2026.

*Bonnie Broeren*
Bonnie Broeren