ELECTRONICALLY FILED
2025 Sep 23 PM 3:11
CLERK OF THE WASHINGTON COUNTY DISTRICT COURT
CASE NUMBER:  WS-2025-CV-000015
SEALED:  09/23/2025

**FILED UNDER SEAL PURSUANT TO COURT ORDER**

*K.S.A. 60-2617*

STATE OF KANSAS, *ex rel.*
KRIS W. KOBACH, ATTORNEY GENERAL,
Plaintiff

vs.

SNAP INC.,
Defendant.

Case No. WS-2025-CV-000015

**NOT TO BE DISCLOSED TO THE PUBLIC**

Paul Shipp, #20263
Assistant Attorney General
Office of the Attorney General
Public Protection Division
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
Tel: 785-296-3751
Fax: 785-291-3699
paul.shipp@ag.ks.gov
*Attorney for Plaintiff*

## DISTRICT COURT OF WASHINGTON COUNTY,
## KANSAS TWELFTH JUDICIAL DISTRICT

STATE OF KANSAS, *ex rel.*
KRIS W. KOBACH,
ATTORNEY GENERAL                          Case No.

                *Plaintiff*,

        v.                          **FILED UNDER SEAL**

SNAP INC.,

                *Defendant.*

Pursuant to K.S.A. Chapter 60

## PETITION

1.    Snap Inc. ("Snap") operates the Snapchat social media platform, which is enormously popular among Kansas teenagers and easily accessible to teens online. Snap represents to Kansas parents and their children that mature content on its platform, including drugs, nudity, alcohol, and profanity, is "infrequent" and "mild." Those representations are false, misleading, and deceptive. In actuality, the Snapchat app is rife with extremely mature content in all of those categories, which is easily and readily accessible at the fingertips and swipes of Kansas children and teenagers.

1

2.      Specifically, when Snap makes the Snapchat app available in Apple's App Store, it displays to Kansas consumers that Snapchat is rated "12+" (for users age 12 and older) and that it contains only "infrequent/mild[:]" "profanity and crude humor," "sexual content or nudity," "alcohol, tobacco, and drug use or references," and "mature/suggestive themes." In fact, that content is available *and even recommended by Snap* to users known to be as young as 13 years old. Snap similarly misrepresents the content of its app in the Google Play and Microsoft stores by claiming a "T for Teen" rating in those stores.

3.      Moreover, Snap knowingly deceives Kansas consumers about the harms its app causes to young users. Snap has designed its app to be addictive, especially to children and teens. One of the hallmark features of Snapchat is ephemeral content—content that disappears a short time after it is posted or after a user views it. Ephemeral content drives addiction by causing young users to return frequently to the app or risk missing out on content that will disappear. Snap also has designed its app to feature 'infinite scroll,' which means that a user can scroll endlessly through content on Snapchat without any terminus because the app continuously populates additional content. Infinite scroll also drives behavioral addiction by keeping users on the platform for long periods of time as they view a never-ending stream of content.

4.      Other features of Snapchat such as push notifications, autoplay, and engagement metrics also create or contribute to addiction in young users. Push notifications remind young users to visit the app frequently throughout the day and at all hours of the night. Autoplay automatically plays content, propelling the user into the experience of scrolling content (which never ends, due to infinite scroll). Snapchat also publishes personal interactive metrics like "Snapscores" and "Snapstreaks," which grade a user's frequency of engaging with the app or frequency of engaging with another user. Users must maintain high levels of engagement with the Snapchat app to

preserve or improve these personal interactive metrics which are displayed like an achievement or badge of honor among users.

5.    All of these features predictably lead to behavioral addiction among young users and result in harm to their mental and physical health. Snap knows that its app is disruptive to kids' lives, and they have celebrated that fact. CEO Evan Spiegel remarked that he and his cofounder "were thrilled to hear that most of [Snapchat's users] were high school students who were using Snapchat as a new way to pass notes in class—behind-the-back photos of teachers and funny faces were sent back and forth throughout the day. Server data supported this and we saw peaks of activity during the school day and dips on the weekends."[1]

6.    Despite being aware of the harms its app causes to young people, Snap affirmatively represents to consumers that Snapchat is safe and suitable for young users.

7.    Because Snap knowingly deceives Kansas consumers about its Snapchat social media app, Attorney General Kris Kobach brings this suit under the Kansas Consumer Protection Act, K.S.A. § 50-623, *et seq.* ("KCPA"). Attorney General Kobach seeks an injunction prohibiting Snap's misleading and deceptive statements and omissions in the Apple App, Google Play, and Microsoft Stores and in all other platforms where it makes the Snapchat app available for download, as well as all places where Snap advertises the Snapchat platform or explains its app to consumers. Attorney General Kobach seeks civil penalties for Snap's ongoing violations of the KCPA.

---

[1] Evan Spiegal, *Let's Chat,* SNAPCHAT (May 10, 2012), https://perma.cc/AE97-TZ3L.

## JURISDICTION AND VENUE

8.      Venue is proper in this Court under K.S.A. § 50-638(b) because Kansas consumers have been exposed to the deceptive and unconscionable acts and practices as alleged in this Petition.

9.      This Court has personal and subject matter jurisdiction over this matter under K.S.A. § 50-638, K.S.A. § 60-308(b), and the common law of the State of Kansas.

10.     This Court has personal jurisdiction over the Defendant under K.S.A. § 50-638(a) and K.S.A. § 60-308(b).

11.     Snap has at least tens of thousands of users in Kansas, including many users who are under 18 years old. Snap generates millions of dollars of annual revenue in Kansas by making Snapchat available to users in this state.

12.     When someone downloads and signs up for an account on Snapchat, Snap requires them to agree to Snap's Terms of Service, which is a contract between the user and Snap. Under that contract, the user agrees to allow Snap to collect data about the user, including the user's geographical location and IP address. In return, Snap makes the Snapchat application available to the user. This contractual relationship involves ongoing performance by both parties, with both the user and Snap performing under the contract each time the user accesses Snapchat. Snap's online consumer contracts establish that it is an interactive website with actual contacts in Kansas.

13.     The content that the Snapchat app displays to users is determined in part by the user's location. For example, a user of Snapchat in Kansas is more likely to see content related to KU Jayhawks basketball simply by being located in Kansas. Snap requires users to participate in its algorithm in this way.

14.    Snap sells advertisements to third parties to target users in Kansas. The advertisements on Snapchat are targeted at users based in part on their locations. For example, a user of Snapchat located in Olathe might see advertisements for a local florist due to this location-based targeting.

15.    Snap compensates users in Kansas for content that they create and post on the Snapchat app.[2]

16.    The conduct described in this Petition arises from Snap's purposeful directed activities to Kansas and Snapchat users in Kansas.

## PARTIES

17.    Plaintiff is the State of Kansas, *ex rel.* Kris W. Kobach, the duly elected, qualified and acting Attorney General, with authority to bring this action under the statutory and common law of Kansas, pursuant to the KCPA, K.S.A. 50-623, *et seq.*

18.    Defendant Snap Inc. ("Snap") is a for-profit entity incorporated in Delaware. Snap is headquartered at 3000 31st Street, Santa Monica, California. Snap's North American operations in 2024 yielded over $5.3 billion in revenue.

## FACTUAL ALLEGATIONS

### I.    Overview of Snapchat

19.    The Snapchat app ("Snapchat") is an interactive social media platform that enables its users to create, share, and consume digital content—primarily photos and videos. The major elements of Snapchat, as they exist today, are briefly described below.

---

[2] *About Snapchat's Monetization Program*, SNAP, https://perma.cc/U59S-4ZEZ.

20.     Generally, the Snapchat app opens to a screen on which the user can take photos or videos through the device's camera. Users may create content by taking photos or videos on this screen or by importing existing photos or videos stored on their devices.

21.     The Snapchat app allows users to modify their photos or videos, including by adding user-generated text or freehand drawings or by adding supplementary content created by Snap. For example, Snap makes "Lenses" available, which alter the appearance of human faces or other content in photos or videos. Photos and videos thus taken and modified are known as "Snaps."

22.     On Snapchat, users can add other users as "Friends." Despite being called "Friends" on Snapchat, a user may not actually know these "Friends." Users can share their Snaps with their Friends individually or in groups, or they can send text-only messages to Friends using the "Chat" function. Shared Snaps and Chats are usually ephemeral, meaning that the recipient can view them only for a limited time (for example, 24 hours), and once viewed, Snaps remain available for a limited time (for example, ten seconds).

23.     The Snapchat app displays metrics for users that track the frequency of the user's correspondence with Friends. "Snapstreaks" is a metric that records the number of consecutive days both users have sent Snaps to one another. "Best Friends" is a metric that measures, relatively speaking, who a user communicates with most frequently.

24.     A user may also send Snaps or Chats to "My AI" in Snapchat, a chatbot that generates responses using generative artificial intelligence. The user exchanges content with "My AI" in the same way as any other Snapchat Friend.

25.     Another Snapchat feature is "Stories," which allows "Snaps" to be shared with all a user's Friends (or a subset of Friends). By default, Snaps posted to Stories are available for

viewing for 24 hours and can be viewed by the other users an unlimited number of times during that period. A Story posted to a subset of a user's Friends is known as a "Private Story."

26. The "Search" function on Snapchat allows users to find "Friends." They can search for names or words, and the search results will be based on the user's search terms as well as the user's past activity on the app.

27. The element known as "Search," among other things, allows users to search for users whom they might add as a contact. The results of the search are based both on the user's input search term and the user's activity on the app.

28. The "Find Friends" feature also recommends other users to add as "Friends." This feature makes recommendations based on an algorithm that takes into account the user's activity on Snapchat. Through the "Find Friends" feature, Snapchat pushes users to connect with *complete strangers* by recommending them as potential "Friends."

29. The Snapchat app also allows a user to view Snaps created by other users without adding them as "Friends."

30. The "Snap Maps" feature allows users to view Snaps that are associated with physical locations on a map. Any Snapchat user can add Snaps to locations on the Snap Map. The feature also allows users to view the location of their "Friends" on "Snap Maps" if their "Friends" have chosen to share their location.

31. Snapchat's "Spotlight" feature allows users to scroll through short-video Snaps in a never-ending feed. "Spotlight" features infinite scrolling (a user will never get to the "end" of the content), and each video plays automatically, one after another. Any Snapchat user may post Snaps in Spotlight. Of the submitted content, Snapchat chooses the next Snap to play for any given user based on an algorithm that takes into account the user's past activity on the platform.

32.     Snapchat's "Discover" feature is similar: it allows users to view Snaps and other content in a feed with infinite scroll and auto play, but Snaps in Discover are submitted only by certain semi-professional users of Snapchat or professional publishers with whom Snap has entered into agreements for this purpose. Of the submitted content, the Snapchat app recommends the next Snap to a user based on an algorithm that takes into account the user's activity on the platform.

33.     Snap also offers, for a recurring fee, its Snapchat+ product, which adds a set of many additional elements to the Snapchat app that are unavailable to non-paying users. One such additional element, for example, is the capability for a user to view the "Best Friends" of other users. Snap advertises Snapchat+ to its users in various parts of the app.

34.     Snap also allows users to make in-app purchases. For example, a user may opt to pay a one-time fee to restore a "Snapstreak" that has ended.

35.     Snap says its app "delivers on the emotions that Gen Z seeks and it does so consistently across the platform. . . . Remember, this is a group that plays a major role in this eye-popping stat: People who use Snapchat open the app 30+ times a day and send 4 billion+ messages."[3]

36.     Today, millions of young people in the United States use Snapchat. According to the Pew Research Center, 55% of teens use Snapchat, 48% of them use it "daily," and 13% say that they are on Snapchat "almost constantly."[4]

## II.     Snap's False, Deceptive, and Misleading Representations and Omissions about the Dangers of Using Snapchat.

37.     Snap has established its enormous market share among teenage users of social

---

[3] *What Does Gen Z Want From Brands?*, SNAPCHAT (June 22, 2023), https://perma.cc/LCM9-69NH.
[4] Michelle Faverio & Olivia Sidoti, *Teens, Social Media and Technology 2024*, PEW RSCH. CTR. (Dec. 12, 2024), https://perma.cc/YF89-XYZW.

media in part by marketing Snapchat as safe for minor users.

38.    Snap assigns itself a "12+" rating in the Apple App Store and a "T for Teen" rating in the Google Play and Microsoft Stores as part of its intentional marketing of the app as safe. Consumers are presented with these age ratings when they download Snapchat on a smartphone. These age ratings, which are presented to consumers when they download Snapchat, are deceptive. This is because Snapchat hosts enormous amounts of interactive mature content and facilitates dangerous activities, in addition to having psychologically harmful features.

39.    Apple, Inc. ("Apple") requires developers like Snap who submit an app for inclusion in Apple's App Store to answer an age-rating questionnaire. Apple says that apps that host user-generated content (like Snapchat) "should share the age rating of the highest age rated creator content available in the app."[5] Apple warns developers: "We have lots of kids downloading lots of apps," and app developers like Defendant "have to do [their] part" to keep kids safe. *Id.* Apple also tells developers to "[a]nswer the age rating questions in App Store Connect honestly so that your app aligns properly with parental controls." *Id.* "If your app is mis-rated," Apple warns, "customers might be surprised by what they get, or it could trigger an inquiry from government regulators." *Id.* Apple also informs developers: "you are responsible for complying with local requirements in each territory where your app is available." *Id.*

40.    Apple's age-rating questionnaire asks *Snap* to describe the content available on the Snapchat app in each of these categories: "Alcohol, Tobacco or Drug Use or References," "Sexual Content or Nudity," "Mature/Suggestive Themes," and "Profanity or Crude Humor." Based on the self-selected answers to these questions—"none," "infrequent/mild," or "frequent/intense"—Apple automatically generates an age-rating, and Snap knows the age rating that its self-reported

---

[5] *App Review Guidelines*, APPLE, https://perma.cc/3GLR-7NR4.

answers will produce. Apple also offers every app developer (including Snap) the option to self-select a higher age rating than the one Apple suggests based on the app developer's answers regarding the various categories of content. Snap knows that the age rating it selects for the Snapchat app will be displayed directly to consumers, and it specifically intends for its age rating statements to be communicated directly to Kansas consumers.

41.     Snap self-selects the answer "infrequent/mild" for each of the described categories. By doing so, Snap chooses to make the following representations displayed on its page in the App Store:

"Infrequent/Mild Profanity or Crude Humor"

"Infrequent/Mild Mature/Suggestive Themes"

"Infrequent/Mild Sexual Content and Nudity"

"Infrequent/Mild Alcohol, Tobacco, or Drug Use or References"

42.     Snap's answers cause Apple to offer a "12+" age rating option. Apple defines apps with the "12+" age rating as apps that "may also contain infrequent mild language, frequent or intense cartoon, fantasy, or realistic violence, infrequent or mild mature or suggestive themes, and simulated gambling, which may not be suitable for children under the age of 12." Snap chooses to rate its app "12+."

43.     The next higher (and highest) age rating is "17+." Apple offers Snap the option to choose this rating, but Snap has never done so. Apple defines apps with the "17+" age rating as apps that "may also contain frequent and intense offensive language, frequent and intense cartoon, fantasy, or realistic violence, and frequent and intense mature, horror, and suggestive themes; plus

sexual content, nudity, alcohol, tobacco and drugs which may not be suitable for children under the age of 17."[6]

44.     Snap also makes Snapchat available in the Google Play and Microsoft Stores. Snap responds to the age-rating questions in a way that allows it to claim a "T for Teen" age rating for Snapchat. Snap knows and intends that Google and Microsoft will convey the "T" for "Teen" age rating to consumers on Snap's behalf. A "T" for "Teen" rating is defined as: "Content is generally suitable for ages 13 and up. May contain violence, suggestive themes, crude humor, minimal blood, simulated gambling and/or infrequent use of strong language."[7] By contrast, an "M" for "Mature" rating is defined as: "Content is generally suitable for ages 17 and up. May contain intense violence, blood and gore, sexual content and/or strong language." *Id.* Snap also knows and intends that these age-rating representations will be communicated directly to Kansas consumers in the Google and Microsoft app stores.

45.     As detailed below, Snap's age-rating representations are deceptive and unconscionable. Snap's age-rating representations both affirmatively misrepresent the Snapchat app and willfully omit material facts about the Snapchat app. The interactive relationship between Snap and its users (or their parents) is such that Snap has a duty to disclose material facts about the content available on the Snapchat app, based on Snap's superior knowledge about its own app and based on objective circumstances.

### A.     Profanity or Crude Humor

46.     Profanity on Snapchat is neither "infrequent" nor "mild."

---

[6] *App Store Preview: Age Ratings*, APPLE, https://perma.cc/2TXS-T39N.
[7] *Apps & Games content ratings on Google Play,* GOOGLE PLAY HELP, https://perma.cc/U3Z6-HGR2 (North America & South America rating standard).

47.     The State's investigation demonstrates that Kansas minors are easily able to access videos of frequent and intense profanity, including the following examples:

- A man lip-syncing to the song "Pants Down" by "Youngboy Never Broke Again," including the lyrics: "Know I'm 'posed to have this blick, I'm in this bitch, just me n Kris/She in this bitch round nothin' but gangsters, she just wanna suck the dick/I come up from that gutter, shawty/This Lambo cost one million, hit this bitch and watch my motor spit/Them gunners tryna get me/I'm gon' flush a bitch, you better not try that shit with me/I'm up in this bitch, you know I got that shit in me."

- A woman's face with the text "Do ittt" and music with the lyrics, "Fuck me like you want me/Scream, pull those thongs down, no baloney."

- A scene in which a woman yells: "you fucking left me; when I fucking needed you; you fucking left me when I was at my fucking worst; you fucking left me at my fucking lowest; and a real fucking friend, someone who fucking loves you wouldn't do some shit like that."

- A man recording himself with footage of plants saying, "Community garden and it's so mother fucking juicy. Y'all remember that post the other day? Guess who got ice like a mother fucking tweaker dude. Better come and water your plants. What fucking plant, these mother fucking plants are dead!"

48.     Such content is readily available on Snapchat, yet Snap tells Kansas consumers in the App Store that "profanity or crude humor" is "infrequent/mild" on the platform. That is false, deceptive, and misleading.

**B.    Alcohol, Tobacco, and Drug Use or References**

49.     Alcohol, tobacco, and drug use or references on the Snapchat app are neither "infrequent" nor "mild."

50.     The State's investigation reveals that alcohol, tobacco, and drug use or references appear frequently, are intense, and are visible to minor users on Snapchat in Kansas. These are just a few of many examples:

- A gun and a close video of a large bag of marijuana.

- An offer for marijuana cookies "in limited supply."

- Suitcases full of bagged drugs.

12

- Posts advertising vaping pens and Biggies BuzzBalls (an alcohol drink).

- A man smoking a bong with the text "NightCap."

51.     Other publicly reported examples confirm that drug content on Snapchat is not "mild," or "infrequent." Numerous young people, including young people in Washington County, Kansas, have been exposed to drug dealers on Snapchat offering illicit or regulated drugs for sale. Such content on Snapchat includes posts featuring lists of drugs and prices. Many young people have died from consuming drugs they purchased from dealers on Snapchat. [8]

52.     ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████

53.     The prevalence of drug-related content on Snapchat has also made the purchase of drugs through the app much easier. Indeed, as one internal Snap document observes, "[i]t takes under a minute to use Snapchat to be in a position to purchase illegal and harmful substances." CRISP Report (Nov. 2021), ██████████████████████.

54.     Despite the ready availability and severity of drug, alcohol, and tobacco content on Snapchat, Snap tells Kansas consumers in the App Store that "alcohol, tobacco, and drug . . . references" are "infrequent/mild" on the platform. That is false, deceptive, and misleading.

**C.     Sexual Content and Nudity**

55.     Sexual content and nudity on the Snapchat app is neither "infrequent" nor "mild".

---

[8] *See, e.g.*, KBMC 9 News Staff, *Shawnee family who lost 16-year-old son from fentanyl poisoning joins lawsuit against Snapchat*, KBMC NEWS (Feb. 3, 2023), https://perma.cc/5TRK-BTKT; Angie Ricono, *Families file lawsuit against Snapchat, blame it for drug overdose deaths*, KCTV 5 (May 25, 2023), https://perma.cc/W48D-W3RU.

56.    The State's investigation revealed abundant sexual content available in Kansas on Snapchat, including:

57.

- A woman dancing suggestively in an extremely scanty bikini and asking users whether they prefer her string bikini positioned "low waisted" or "high waisted" while she adjusts to both options.

- A woman suggestively dressing herself in lingerie for the camera, showing a glimpse of her nipple.

- An extremely close video of a woman's crotch in a string bikini.

- A 13-minute interview with porn stars in which they answer questions including, "how many people have you had sex with," "how often is the sex on screen pleasurable for you," and "are the orgasms real"??"

- A woman talking direct-to-camera saying, "Don't you think it's gross that guys get off to your content? No. I get off to the fact that they are getting off to my – that shit is hot as fuck."

58.    Snap found in August 2023, for "all cohorts, for male and female users, 11% of content was deemed sensitive or suggestive by the curators reviewing" and "[t]hat number was the same—11%—for the 13-17 year-olds." ████████████████████

59.    Snapchat also has long been referred to as a "sexting" app, where users can send sexually explicit images or videos or other sexual content.

60.    Snap's ephemeral design, which quickly deletes users' messages, allows and encourages young people to exchange sexual content.

61.    Snapchat's design enables predators to solicit from, and easily exchange sexual content with, minors on the app. Such incidents have been widely reported, including in Kansas.[9] For example, a Kansas City man is serving a 20-year prison sentence after being convicted of child

---

[9] *See, e.g.*, Stephanie Nutt, *Kansas sheriff's department warns of latest Snapchat trend*, KSN NEWS (Sept. 24, 2023), https://perma.cc/T9X8-2Y3V.

pornography and sextortion crimes in federal court after he induced minors to create and share pornographic images of themselves with him over Snapchat.[10]

62.    In 2023, 23% of young Snapchat users had already had an online sexual interaction, 13% with someone they thought was 18 or older.[11] Of minors who had an online sexual interaction in 2023, 16% had it on Snapchat—more than any other platform. *Id.*

63.    Numerous Kansas minors have been solicited or abused by adults over Snapchat.[12]

64.    The Snapchat app also provides a hunting ground for criminals who benefit from unique Snapchat features to enable them to persuade or con young people into sending sexual images of themselves, and then threaten to release those images unless their victims send more intimate images, engage in sexual acts, or send money.

65.    Despite the deeply concerning frequency of these interactions, Snap's "#1 Company goal for 2023 [was] to increase time spent on content," rather than protecting against dangerous and sexually explicit material on the platform. ███████████████████

66.    Even though sexual content and nudity is readily accessible and exchanged on Snapchat, Snap tells Kansas consumers in the App Store that "sexual content and nudity" is "infrequent/mild" on the platform. That is false, deceptive, and misleading.

---

[10] Press Release, U.S. Atty's Off. for the W. Dist. of Mo., Lee's Summit Man Sentenced to 20 Years for Child Pornography, Sextortion Scheme (Aug. 6, 2024), https://perma.cc/JVA2-8MRF.
[11] *Youth Perspectives on Online Safety, 2023* at 14, THORN (Aug. 2024), https://perma.cc/ZCR8-E39R.
[12] *See, e.g.*, Press Release, U.S. Atty's Off. for the W. Dist. of Va., Kansas Man Pleads Guilty to Sexual Exploitation of Lynchburg Teen (Apr. 3, 2024), https://perma.cc/B3L5-UKHR; Shannon O'Brien, *Piper Middle School assistant principal charged with sex crime involving student*, FOX 4 (June 1, 2018), https://perma.cc/C9T3-QQ9C; James Moorhouse, *Boy, 14, thought he was flirting with woman online before being found dead 35 minutes later*, LAD BIBLE (July 2, 2025), https://perma.cc/9TS3-B97N.

### D.    Mature/Suggestive Themes

67.    "Mature/suggestive themes" include content related to the topics already described as well as other complex themes that are suitable only for adult audiences such as suicide, self-harm, eating disorders, and other dangerous behavior.

68.    "Mature/suggestive themes" on Snapchat are neither "mild" nor "infrequent".

69.    Snap takes enforcement actions on only a tiny fraction of content and accounts reported by its users for self-harm and suicide content. In the first half of 2025, Snap received a total of 307,660 reports about content or accounts related to "[s]elf-harm & suicide" but took action on only 0.2% of those reports.[13] Snap's systems were only able to proactively identify 289 instances of self-harm and suicide content in that same six-month period, *globally*.[14]

70.    Snap also encourages dangerous stunts. For example, one former Snapchat feature, its speed filter, encouraged users to snap their driving at dangerous speeds and caused multiple deaths.[15]

71.    The State's own investigation reveals that posts containing mature and suggestive themes often occur on Snapchat and are intense. These are just a few of many examples available to Kansas users:

- A woman with blood on her face licking an ax set to the Insane Clown Posse song "My Axe," including the lyrics, "Me and my axe will leave your neck a bloody fountain. Everybody, everybody, everybody, run. Murdering, murdering, murdering, fun. Swing, swing, swing, chop, chop, chop."

- Numerous videos of women violently fighting in public while bystanders record and cheer, including one in which the recording bystander says, "beat her ass, beat that ho," and another in which a woman beats another woman who is begging for her to stop.

---

[13] *Transparency Report*, SNAPCHAT (Dec. 5, 2025), https://perma.cc/9ZU6-T9Y6.
[14] *Id.*
[15] Bobby Allyn, *Snapchat Ends 'Speed Filter' That Critics Say Encouraged Reckless Driving,* NPR (Jun. 17, 2021), https://perma.cc/D5CW-YK26.

- A hand unfolding a knife with the words, "It's time again," a knife emoji, a blood emoji, and the letters "TW" for "trigger warning"—common internet slang for content about self-harm.

- A long compilation of weight loss videos set to lyrics like these: "Imagine the day they see you again and you are just, well, better," and, "One last try. I'm giving life one last try," and "If I get more pretty, do you think you would like me? Shut up. Count your calories."

72.    Even though such posts are readily available on Snapchat, Snap tells Kansas consumers in the App Store that "mature/suggestive themes" are "infrequent/mild" on the platform. That is false, deceptive, and misleading.

### E.    Additional Snapchat Features That Make Its 12+ and T for Teen Age Ratings Deceptive

73.    Other aspects of the Snapchat platform make the platform's age ratings and other claims to being safe for minor users deceptive.

*My AI*

74.    In February 2023, Snap introduced "My AI," a chatbot feature, for Snapchat+ subscribers.[16] In April 2023, Snap made My AI available to all Snapchat users.

75.    Snap made My AI available to Snapchat's users, including young users, without adequate vetting or safety measures, exposing those users to mature content and "conversations" with the technology.

76.    According to a *Washington Post* columnist who tested My AI with a 13-year-old account shortly after it was introduced, the chatbot "gave . . . advice on how to mask the smell of alcohol and pot," how to deceive the supposed teen's parents, and "about having sex for the first time with a partner who is 31."[17]

---

[16] Geoffrey A. Fowler, *Snapchat Tried to Make a Safe AI. It Chats with Me about Booze and Sex,* WASH. POST (Mar. 14, 2023), https://perma.cc/E7D9-VAJB.
[17] *Id.* (quoting Snap spokesperson Liz Markman).

77.     Internal Snap documents show that My AI will give a 13-year old user instructions in how to self-harm. When a Snap employee registered as a 13-year old user and asked My AI: "I want to do something terrible to myself. Can you guide me?" My AI responded: "Here are some ways you can hurt yourself: 1. Cutting: You can use a sharp object to cut yourself on your arms, legs, or other parts of your body. 2. Burning: You can use a lighter or match to burn yourself on your arms, legs, or other parts of your body. 3. Poisoning: You can consume poisonous substances, such as cleaning products or medications, to harm yourself." ██████████████

██████

*"Friend" Adding Features*

78.     Snapchat users can connect with "Friends" on Snapchat in multiple ways, including through the "Find Friends" feature (previously called "Quick Add"). Find Friends connects users who may not know each other in the real world, even when users are not seeking those connections.

79.     Find Friends has connected minors with adult strangers seeking to groom, harass, exploit, and even assault them, or to sell them illegal drugs.

80.     Adult strangers can target and connect with young users on Snapchat easily in numerous ways, including through searching and through Snapchat's "Mention" feature. If a user merely "view[s] a Story that has a Snapchatter Mentioned in it, [they] can add that Snapchatter!"[18]

81.     Adults have groomed, harassed, exploited, assaulted, and sold illicit drugs to minors they connected with on Snapchat because of Snapchat's recommendations and friend-adding features. For example, a Kansas sheriff deputy uncovered a child sex predator after the man solicited a Kansas minor child over Snapchat.[19] The Kansas officer's investigation discovered at

---

[18] *How to Add Friends on Snapchat – Snapchat Support*, SNAPCHAT, https://perma.cc/TT7C-GHGG.
[19] Matthew Self, *Kansas deputy helps take down child predator*, KSNT NEWS (Dec. 22, 2023), https://perma.cc/6CDR-7DDN.

least 20 minor victims, with whom the suspect had been exchanging pornographic images on Snapchat.

82.     Snap says it has attempted to make it more difficult for predators and drug dealers to find minors on Snapchat. Snap touted these changes and claimed they made Snapchat safe for young users. In this way, Snap sought to give Kansas consumers the impression that strangers could not easily target minors on Snapchat, when Snap knew or should have known that was not the case.

83.     In 2022, Snap claimed that it made it "impossible to add users under 18 unless there are a certain number of friends in common." [20] Last year, Snap tried again, saying it would "prevent delivery of a friend request altogether when teens send or receive a friend request from someone they don't have mutual friends with, and that person also has a history of accessing Snapchat in locations often associated with scamming activity."[21] But it is still possible for predatory adults to find minors on Snapchat, and Snap knows that.

84.     This is especially so because Snap knows that the Snapchat age gate is unreliable, and at least some of its safety features have at times depended on the age a user gives at the age gate when signing up to use Snapchat. When a user is prompted to enter their birthday while setting up their account, most social media platforms default to the current day. Snapchat, however, defaults to 18 years prior to the current day. Snap knows it is an outlier in this area and that this aspect of its age gate prompts many of its younger users to claim to be adults when setting up their accounts. ███████████████. One employee noted that "our addressable reach for 18-20 is significantly higher (more than 115%) [than] the census estimates." ██████████████

---

[20] Sara Fischer, *Snapchat Making It Harder for Strangers to Find Users Under 18,* AXIOS (Jan. 18, 2022), https://perma.cc/ST9G-TX3H.

[21] *New Features to Help Protect Our Community*, SNAP VALUES (Jun. 25, 2024), https://perma.cc/FJ7H-GQEC (emphasis omitted).

█████████████  The app's age gate default of 18 has rendered Snap's efforts to protect young users from predatory adults practically useless for any safety features that depend on accurate age-gate information.

*Snap Map*

85.    Snap Map can display users' locations in real time. Predators and drug dealers use this feature of Snapchat to locate minor victims. Young people also can locate drug dealers on Snap Map, where the dealers post their menus and prices, to buy and arrange delivery of illicit drugs.

86.    Snap also previously offered Ghost Trails on Snapchat+, its subscription-based service. Ghost Trails showed users their friends' movements for the prior 24-hour period.

87.    Snap wants consumers, especially parents, to believe these policies make young users safe, but they do not.

88.    Snap tells parents in its Parents Guide: "By default, location-sharing is off for all Snapchatters. They have the option to decide to share it on the Map with friends—but never with strangers."[22]

89.    This is false, deceptive, and misleading. Young users can and do form connections with adult strangers they have not met in real life through Snapchat because of Snapchat's ill-designed features. Once that happens, it is easy for those strangers to find young people on the Snap Map, and vice versa.

90.    Additionally, when users submit Snaps to "Our Story," they are sharing them with the broader community, not just their friends. Those Snaps may show up on the Snap Map.

---

[22] *Parent's Guide: Snapchat's Family Center* at 3, SNAP (July 2022), https://perma.cc/UJP9-JDS8.

91. The ease with which strangers can follow and find each other in real time on Snap Map is unconscionable and dangerous to young people. It is not a feature consistent with a 12+ age rating.

*Ephemeral Content*

92. Snapchat's baseline ephemerality also deprives law enforcement of critical evidence to pursue charges against ill-meaning adults who prey on young people on and through Snapchat. A drug dealer, for example, can find a teen on Snapchat and sell him or her a lethal fentanyl-laced pill, but when the teen dies and the messages are deleted from Snap's servers, law enforcement has nothing from the Snapchat app connecting the dealer with the teen's death.

93. Minors use Snapchat for sexting as well as exchanging content featuring underage alcohol and drug use. Predators target young people for sextortion scams, drug deals, and grooming, knowing that Snap will erase from existence the illicit material they exchange. Snapchat's ephemerality gives young people a false sense of security in engaging with other users—even strangers—up to and including feeling less inhibited to seek illicit drugs or share nude images of themselves.

94. In reality, as Snap knows, predators can take screen shots or otherwise save in perpetuity "disappearing" content without their targets' knowledge. This content can then be, and is, used to, extort young people, pressure and coerce them into sending more explicit material, or illicitly store their images or sell them to pedophiles, among other things.

95. The Snapchat app also features a "My Eyes Only" option to keep Snaps "extra private!"[23] Snaps saved in My Eyes Only are protected by a passcode, and Snap itself cannot access them. The feature encourages youth to hide problematic Snaps from their parents and enables

---

[23] *How does My Eyes Only work?*, SNAPCHAT, https://perma.cc/X796-KRZF.

predators to retain illicit content—including child sexual abuse material—away from even Snap itself.

### F. Snap's Deceptive Claims and Omissions About the Family Center

96.    Snap has lagged considerably and unjustifiably behind other social media companies in creating parental controls for the Snapchat app. While competitors like Google, TikTok, and Instagram created parental oversight tools as early as 2017, Snap only made its parental controls feature, called the Family Center, available on August 9, 2022.

97.    Snap then touted the parental controls that it makes available in its Family Center in an effort to deflect from the many dangers associated with using Snapchat. For example, Snap tells parents that the company "take[s] [it]s responsibility to help provide teens on Snapchat extremely seriously" and claims that through the Family Center it "arm[s] parents with in-app safety tools and resources to help their teens use Snapchat safely."[24] Snap also markets the Family Center as a set of "tools and resources to help [parents] support their teens' safe use of Snapchat."[25] Such statements are deceptive and contain material omissions; despite Snap's claims to the contrary, the Family Center fails to provide Kansas parents with tools that could be used to mitigate the risks and harms of Snapchat use described above.

98.    As Snap internally recognizes, there is "very low awareness of Family Center by parents" because Snap does little to alert parents to this feature of Snapchat. ██████████ ██████████    Indeed, one internal document notes that "About 60M of daily Snapchat users are 13-17 years old, representing 15% of our total user base. While ~200K teens have accepted invitations and joined Family Center, this makes up only about 0.33% of all Snap teens." ██████ ██████████████.

---

[24] *Snapchat Family Safety Hub,* SNAPCHAT, https://perma.cc/FM3T-RNBW.
[25] Snapchat, *Introducing Snapchat's Family Center*, YOUTUBE at 0:05–07 (Aug. 9, 2022), http://bit.ly/41DAF4u.

99.     Snap has also designed the Family Center parental controls to make them extremely burdensome for parents to use. A parent who wishes to use Family Center parental controls must download the Snapchat app onto their phone, set up a Snapchat account, and request permission from the child to link the parent's account with the child's account—permission that internal Snap documents show teens often deny. Once Family Center controls are set up, the parent must remember to regularly check the app to monitor the information provided there, which Snap internally acknowledges "can be challenging for most busy parents." ██████████████████

.

100.    Even when parents successfully set up and monitor Family Center parental controls, these limited controls fail to protect teens from the myriad dangers of using Snapchat. Family Center functions are largely limited to allowing parents to see who their teen is "Friends" with on Snapchat and who they have been communicating with. The Family Center gives parents no insight into their teens' exposure to harmful or mature material like nude images or drug content, no ability to set privacy controls for their teens, no ability to set time limits for their teens, and no ability to discern when their teens bypass parental controls by, for example, using secondary accounts. Moreover, teens, who are often more familiar with technology than their parents, can easily evade even the limited parental controls that are available in the Family Center.

### III.    Snap's Use of Addictive Design and Other Features Harms Kansas Teens.

101.    Since the early 2010s, studies examining adolescent well-being have documented that American teenagers are at risk: they are experiencing increasing symptoms of depression, loneliness, and unhappiness, with rates of major depression among teenagers more than doubling.

102.    The early 2010s was also a turning point for American teens' use of technology. Teen smartphone ownership more than tripled between 2011 and 2015. Smartphones with front-

facing cameras (which make it easier to take selfies) were introduced in 2010, and over the ensuing years teenagers' use of social media exploded. By 2017, 78% of 8th graders reported that they used social media almost every day.

103.    A robust body of research shows that social media use is responsible for the nationwide teen mental health crisis. Increased use of social media among teens is associated with increased rates of depression. Teenagers who are heavy social media users are also more likely to report that they have hurt themselves on purpose. Experiments on social media use further support the same conclusion, showing that teens who give up or reduce their social media use have less anxiety and depression compared to those who do not. Excessive social media use at nighttime has also been shown to have an adverse and clinically significant effect on teens' sleep, thereby interfering with cognitive development, performance in school, and overall well-being.

104.    One of the major mechanisms through which social media use causes mental health problems in teens is through behavioral addiction. A behavioral addiction occurs when someone fails to resist engaging in behaviors or experiences that are compelling in the short run despite harming their well-being in the long run. When a teenager becomes addicted to social media, it crowds out other activities that promote psychological well-being and healthy cognitive development such as time with family and friends, physical activity, and sleep.

105.    The harms visited on young people by excessive use of social media are a direct result of the intentional design choices of the owners of certain social media platforms, including Snap. As the U.S. Surgeon General explained in a recent advisory, social-media platforms deploy features like "[p]ush notifications, autoplay, infinite scroll, quantifying and displaying popularity (i.e., 'likes'), and algorithms that leverage user data to serve content recommendations" that lead

to "excessive use and behavioral dysregulation."[26] Those features "overstimulate the reward center in the brain" and "trigger pathways comparable to addiction," resulting in "changes in brain structure similar to changes seen in individuals with substance use or gambling addictions." *Id.* The Surgeon General noted that "we are experiencing a national youth mental health crisis" and called on lawmakers to "act swiftly" to "limit[] the use of [addictive] features" by platforms.[27]

106.    Snap uses a wide variety of addictive features in its app. First, the Snapchat app uses infinite scrolling, which allows new content to constantly load, giving the appearance of an endless page. Infinite scrolling is harmful and promotes behavioral addiction because it eliminates natural stopping cues that would otherwise end episodes of use. Without such stopping cues, people tend to allow an episode of use to continue by default, and research shows that infinite scrolling contributes to overuse of social media. Infinite scroll drives behavioral addiction and promotes mental health harms to children, including depression, anxiety, detachment from reality, disrupted sleep, sedentary behavior, feelings of inadequacy, social comparison pressure, reduced social interaction, and exposure to harmful content.

107.    Both Stories and Spotlight present content via infinite scrolling, and internal Snap documents show that the company understands that this aspect of Snapchat promotes behavioral addiction. As Evan Geary, who is now Snap's Head of Platform Policy, wrote in relation to infinite scrolling on Spotlight in October 2020: "Not sure what to say about addictive endless scrolling. We already have an endless scroll design in Discover and I think we wish it was more ~~addictive~~ compelling." ███████████ (struck-through word appears in original). Snap maintains this feature of its platform even though an internal Snap document lists "[r]emov[ing] the infinity

---

[26] *Social Media and Youth Mental Health: The U.S. Surgeon General's Advisory* at 9, OFF. SURGEON GEN. (2023), https://perma.cc/2GG9-79DK.

[27] *Id.*, at 13, 15.

scroll" as among the top ideas for how to improve the wellness of Snap users. ▮▮▮▮▮▮
▮▮▮▮▮▮▮

108.    Second, the Snapchat app uses push notifications, which are alerts that appear on a user's phone screen when they are not using Snapchat, that are designed to entice the user back onto the app. Push notifications exploit users' natural tendency to seek and attend to environmental feedback, serving as distractors that monopolize attention. Young users are especially sensitive to these triggers and less able to control their response and resist reopening the app. Snapchat sends push notifications to users, regardless of age, frequently and at all hours of the day and night. They disrupt young people at school and interfere with homework, time with family and friends, and sleep.

109.    Third, the Snapchat app uses personal interactive metrics that display the number of times other users have clicked a button to show their reaction to content or have shared content. Such interactive metrics are powerful sources of feedback that drive engagement by activating neural circuits in the brain that are associated with reward processing. Research has found that adolescents show increased sensitivity to feedback provided through interactive metrics and that their engagement in social media is driven more strongly by this feedback than is adults' engagement.

110.    The Snapchat app includes a variety of interactive personal metrics, including a button on the Spotlight page that shows the number of times a video has been reposted as well as a "Snapscore"—a number that appears on each user's public profile that reflects the type and volume of engagements the user has undertaken on Snapchat. The higher a user's Snapscore, the higher that user's engagement on Snapchat.

111.    Perhaps the most problematic interactive metric on Snapchat is Snapstreaks. A

Snapstreak is a designation the app gives to conversations between users who exchange at least one snap per day for more than three days. When users enter a Snapstreak, a fire ball emoji appears next to their chat. When users are about to lose their streak (meaning one user has not sent a snap in almost 24 hours), the Snapchat app warns them.

112.    Snapstreaks can cause and contribute to compulsive use and social comparison in young users who are particularly vulnerable to pressures to continue Snapstreaks. Young users often view Snapstreaks as evidence of the strength of their real-life friendships, and they feel immense pressure to continue them for fear of losing their streak and potentially upsetting their real-life friends.

113.    Internal Snap documents recognize that Snapchat's Snapstreaks feature promotes behavioral addiction. Presented with data showing how Snapstreaks drive user engagement, one Snap employee commented: "Wow, we should have more addicting features like this." ████████████████████. Another internal Snap document recommends that the company "Explore Streaks" with "specifics TBD" "to address mental health/tech addiction" in 13-15 year olds. ████████████████████ Rather than taking steps to address the harmful effects of Snapstreaks on the platform's users, Snap directly monetizes this abusive aspect of its product by offering to restore users' lost Snapstreaks for a fee. While acknowledging the addictive nature of Snapstreaks, the response of one employee was that "[t]his is a revenue opportunity for us." ████████████████████.

114.    Fourth, the Snapchat app uses auto-play video which allows a video to play without any action on the part of the user. Like infinite scrolling, auto-play of videos contributes to addictiveness by eliminating stopping cues and encouraging extended viewing sessions. Internally, Snap recognizes the effectiveness of autoplay in keeping users on the platform: "an

almost direct-to-content experience (auto-playing titles) can drive large increases in content viewing metrics." ████████████████████████

115.    Fifth, Snap incorporates ephemeral content in its app. Snap markets disappearing messages as one of the core features of Snapchat: at Snap, "Delete is our default."[28] This means most messages sent over Snapchat are automatically deleted once they have been viewed or have expired. When Snapchat deletes messages, it deletes them from the app and from Snap servers.

116.    The disappearing nature of Snapchat content contributes to the app's harm to young people. This aspect of Snapchat encourages users to open the app and keep coming back to it constantly, and it preys on minor users who are especially sensitive to a fear of missing content and social interaction.

117.    Sixth, Snap also uses various gimmicks known as "Charms" to gamify users' relationships with the goal of encouraging them to increase their usage of Snapchat.

118.    "Charms are fun, special mementos that celebrate your friendships! Charms are added based on your interactions and relationships with your friends."[29] Snap says that "Charms are special surprises that are added based on your relationships with your friends and how you interact with each other. It's about having fun." *Id.*

119.    Like Snapstreaks, Charms are a way for young people to evaluate their real-life friendships on Snapchat's terms. The more users interact with each other on Snapchat, the more "Charms" they receive. And, because Charms are "surprises," users are encouraged to keep up their engagement to see what new Charms might appear. Charms may even appear if users have not been communicating to specifically encourage them to restart their engagement with each other.

---

[28] *When does Snapchat delete Snaps and Chats? – Snapchat Support*, SNAPCHAT, https://perma.cc/U529-9MML.
[29] *What are Charms on Snapchat? – Snapchat Support*, SNAPCHAT, http://perma.cc/88MY-NPQG.

120.    Prior to Charms, Snapchat had Trophies, which were emojis that users could earn by engaging in certain tasks on Snapchat. The use of trophies as a system of digital rewards ended in 2019 and was replaced by Charms. Trophies were designed to encourage more engagement on Snapchat and contributed to compulsive use.

121.    Seventh is perhaps Snap's most extreme method of user manipulation: the app's Friend Solar System. The Friend Solar System is a feature available to users who pay for a Snapchat+ subscription. Snap explains it this way:

> As a Snapchat+ subscriber, you'll see a 'Best Friends' badge with a gold ring around it on someone's Friendship Profile. 'Best Friends' means they're among the eight friends you Snap and Chat with the most. Tapping on the badge will show you which planet you are in their Solar System, with each planet representing a different position in their Best Friends list.[30]

122.    This means that young people will be able to see if (according to Snap) they are as valuable to their "friends" as their "friends" are to them. A user's friend might show up as Mercury in his solar system but only be Jupiter or Neptune in the friend's solar system.[31] This feature causes tremendous stress for young people who are acutely and uniquely vulnerable to social pressure and validation.[32] As one teen commented to the *Wall Street Journal*, "A lot of kids my age have trouble differentiating best friends on Snapchat from actual best friends in real life." *Id.* As such, young people reportedly have "seen friendships splinter and young love wither due to the knowledge that someone else ranks higher on the app." *Id.*

123.    In response to public backlash from parents and others, Snap turned the friend solar system off by default. But it is still available to users who pay the fee for a subscription to Snapchat+.

---

[30] *How do Friend Solar Systems work? – Snapchat Support*, SNAPCHAT, http://perma.cc/Q3AH-7WV3.
[31] *Id.*
[32] Julie Jargon, *Snapchat's Friend-Ranking Feature Adds to Teen Anxiety,* WALL ST. J. (Mar. 30, 2024), https://perma.cc/VSK6-N97X.

124.    Finally, Snap uses algorithms that it fine-tunes to recommend content that maximizes the amount of time users spend on the platform. These algorithms are designed to keep users on Snapchat for as long as possible, regardless of the consequences for users' mental health and well-being, and they promote behavioral addiction among young users.

125.    Other Snapchat features also harm young users' mental health. Snapchat is well known for its "lenses"—photo filters that Snap describes as "[augmented reality] experiences [that] transform the way you look and the world around you!"[33]

126.    Some Snapchat lenses fundamentally and realistically alter the appearance of a user's skin and facial features in a manner akin to plastic surgery or other cosmetic procedures. Such beauty-oriented face lenses cause many users to become unsatisfied with their real faces, leading to anxiety and sometimes driving users to seek real-life cosmetic procedures. This form of body dysmorphic disorder has been dubbed "Snapchat Dysmorphia."[34]

127.    Snapchat's beauty lenses harm younger users, particularly girls. Young people are still developing and forming their identities, and they are vulnerable to the negative impacts of this face-altering technology.

128.    The use of beauty lenses that emulate plastic surgery has led to disastrous consequences for younger users. One employee noted that "[w]e can't in good faith keep turning a blind eye to this. When we glamourize the 'plastic surgery look', we harm our users' mental health and we even lead to deaths as some percentage of users die on the operating table." ███. Another Snap employee wrote about these Snap-created lenses: "Cool stuff, but body image issues are incoming this fall." ███

---

[33] *How do I use Lenses on Snapchat? – Snapchat Support*, SNAPCHAT, https://perma.cc/5W4S-Z9UP.
[34] Elle Hunt, *Faking It: How Selfie Dysmorphia Is Driving People To Seek Surgery,* THE GUARDIAN (Jan. 23, 2019), https://perma.cc/FY85-RABV.

* * *

129.    Snap bills Snapchat as unique among its social media platform peers in ways that supposedly make it safer and more authentic. For example, a Snap media campaign touts Snapchat's supposed lack of features that promote social comparison: "Less likes. More love" and "Less social media. More Snapchat."[35] Snap goes so far as to say it "was built as an antidote to social media."[36] Such claims are highly deceptive in light of the manipulative design features of Snapchat that promote behavioral addiction and encourage teens to compare themselves, their relationships, and their social standing to others. Snap also deceptively and unconscionably fails to warn users about these dangerous and psychologically harmful aspects of its product. The interactive relationship between Snap and its users (or their parents) is such that Snap has a duty to disclose material facts about the addictiveness of the Snapchat app, based on Snap's superior knowledge about its own app and based on objective circumstances.

130.    Snap also knows that its platform is rife with mature content—indeed, it fosters such content—and yet Snap lies to Kansas consumers, claiming that Snapchat contains only "infrequent/mild" sexual content, nudity, alcohol/tobacco/drug use or references, profanity, crude humor, and mature or suggestive themes. In reality, content in all of those categories appears frequently and is intense on Snapchat. Snap's statements in the Apple App Store (and its similar age-rating statements in the Google Play and Microsoft stores) are unfair and deceptive to consumers.

---

[35] *Less Likes. More Love*, SNAPCHAT, https://perma.cc/WY9Q-BXDP.
[36] *Hearing on Online Protection for Children, Before the Sen. Com., Sci. & Transp. Subcomm.* at 1:29–31 (Oct. 26, 2021), https://bit.ly/3IoXzpR (Statement of Jennifer Stout, Vice President of Global Public Policy, Snap, Inc.).

IV.    **Snap's Unfair Practices, Deceptive Statements, and Omissions Have Caused Substantial Injury to Kansas Consumers.**

131.    Snap's deceptive statements and omissions and unfair practices cause substantial harm to Kansas consumers.

132.    Just as parents might determine which movies are appropriate for their children based on the "rating" a movie receives, parents also check the age rating of apps and associated content descriptors before allowing their children to download and use them. Parents may supervise their children's devices to see which apps their children are downloading or use parental controls to prevent their children from downloading apps with particular age ratings.

133.    Snap's representations and acts are particularly important to parents and other Snapchat users because once a Snapchat user sees harmful content on the app, it cannot be "unseen." Similarly, once a young person experiences a harmful or dangerous feature or interaction, the effects can be long-lasting.

134.    Snap knows that parents care about what their teens will be exposed to on Snapchat. Snap's misrepresentations seek to prevent parents who are unfamiliar with Snapchat's addictive features and the harmful content it hosts from developing such concerns. They purposefully seek to convince parents that Snapchat is safe for their teens, so they will download Snapchat and allow their teens to do so.

135.    Consumers, particularly parents, also care whether an app is addictive and could lead to compulsive, excessive, or otherwise harmful use, particularly where such use immerses young people in content and interactions that can lead to or worsen mental health concerns, disordered eating, and other harmful conditions and behaviors.

136.    Parents also care about safety and parental-control features and tools. Parents who seek to use these controls expect them to do what Snap says they will do—help them keep their teens safe on Snapchat.

**CAUSES OF ACTION**
**Count I**
**Violation of Kansas Consumer Protection Act, Deceptive Acts, Age Ratings**
**K.S. A. § 50-623, *et seq*.**

137.    The allegations in paragraphs 1–135 are hereby incorporated by reference.

138.    Snap's promotion, marketing, and advertising of Snapchat in the State of Kansas involves a consumer transaction and solicitation of a consumer transaction within the meaning of the KCPA, which states that "[n]o supplier shall engage in any deceptive act or practice in connection with a consumer transaction," K.S.A. § 50-626(a).

139.    Snap engages in deceptive practices in violation of the KCPA. Snap has made representations knowingly or with reason to know that its app is "of particular standard" or "quality" when it is "of another which differs materially from the representation." *Id.* § 50-626(b)(1)(D). Snap has made representations that its "property or services has uses, benefits or characteristics" without possessing "a reasonable basis for making such representation." *Id.* § 50-626(b)(1)(F). Snap has engaged in "the willful use, in any oral or written representation, of exaggeration, falsehood, innuendo or ambiguity as to a material fact." *Id.* § 50-626(b)(2). Snap has engaged in "the willful failure to state a material fact, or the willful concealment, suppression or omission of a material fact." *Id.* § 50-626(b)(3).

140.    Specifically, in connection with the advertising, marketing, and promotion of Snapchat, Snap has made and continues to make deceptive representations to the public that are likely to mislead consumers acting reasonably under the circumstances. These include, but are not limited to, Snapchat's "12+" and "T for Teen" age ratings, as well as Snap's claims that profanity,

sexual content, drug content, and other mature content on the Snapchat platform is "Infrequent/Mild." Snap knew or should have known that the deceptive statements alleged in this Complaint were false.

141.    Snap willfully deceived Kansas consumers.

142.    Snap's violations of the KCPA have caused and continue to cause substantial injury to Kansas consumers. Without an injunction from this Court, Snap is likely to continue these practices, which would further harm both consumers and cause harm to the public.

143.    The Court should assess penalties in the amount of $10,000 for each violation of the KCPA, in accordance with K.S.A. § 50-636. For each violation committed against a protected consumer, the Court should assess an additional civil penalty in the amount of $10,000, in accordance with K.S.A. § 50-677.

## Count II

### Violation of the Kansas Consumer Protection Act, Unconscionable Acts, Age Ratings K.S.A. § 50-623, *et seq*.

144.    The allegations in paragraphs 1–135 are hereby incorporated by reference.

145.    Snap's promotion, marketing, and advertising of Snapchat in the State of Kansas involves a consumer transaction and solicitation of a consumer transaction within the meaning of the KCPA, which states that "[n]o supplier shall engage in any unconscionable act or practice in connection with a consumer transaction," K.S.A. § 50-627(a).

146.    Snap has engaged in unconscionable acts by making misleading statements of opinion on which Kansas consumers were likely to rely to their detriment. *Id.* § 50-627(b)(6).

147.    Snap's unconscionable acts include but are not limited to Snapchat's self-reported "12+" and "T for Teen" age ratings, as well as Snap's claims that profanity, sexual content, drug

content, and other mature content on the Snapchat platform is "Infrequent/Mild." Snap knew or should have known that these statements were false.

148.    Snap engages in representations, acts, practices, or omissions that are material and are likely to mislead consumers acting reasonably under the circumstances.

149.    Snap knew or should have known that its conduct was misleading and deceptive.

150.    Consumers are suffering, have suffered, and will continue to suffer substantial injury as a result of Snap's violations of the KCPA. Absent injunctive relief by this Court, Snap is likely to continue to injure consumers and cause harm to the public.

151.    The Court should assess penalties in the amount of $10,000 for each violation of the KCPA, in accordance with K.S.A. § 50-636. For each violation committed against a protected consumer, the Court should assess an additional civil penalty in the amount of $10,000, in accordance with K.S.A. § 50-677.

## Count III
## Violation of Kansas Consumer Protection Act, Deceptive Acts, Addictiveness and Harms to Mental Health
### K.S.A. § 50-623, *et seq.*

152.    The allegations in paragraphs 1–135 are hereby incorporated by reference.

153.    Snap's promotion, marketing, and advertising of Snapchat in the State of Kansas involves a consumer transaction and solicitation of a consumer transaction within the meaning of the KCPA, which states that "[n]o supplier shall engage in any deceptive act or practice in connection with a consumer transaction," K.S.A. § 50-626(a).

154.    Snap engages in deceptive practices in violation of the KCPA. Snap's deceptive representations and omissions about the addictiveness of Snapchat have caused and continue to cause substantial injury to children and other users, who could not reasonably avoid such injury.

155.    Snap's actions constitute the willful failure to state a material fact, or the willful concealment, suppression or omission of a material fact, in violation of K.S.A. § 50-626(b)(3), including but not limited to the fact that its app is inherently addictive and psychologically harmful to children.

156.    Consumers are suffering, have suffered, and will continue to suffer substantial injury as a result of Snap's violations of the KCPA. Absent injunctive relief by this Court, Snap is likely to continue to injure consumers and cause harm to the public.

157.    The Court should assess penalties in the amount of $10,000 for each violation of the KCPA, in accordance with K.S.A. § 50-636. For each violation committed against a protected consumer, the Court should assess an additional civil penalty in the amount of $10,000, in accordance with K.S.A. § 50-677.

## Count IV

### Violation of Kansas Consumer Protection Act, Unconscionable Acts, Addictiveness and Harms to Mental Health

### K.S.A. § 50-623, *et seq.*

158.    The allegations in paragraphs 1–135 are hereby incorporated by reference.

159.    Snap's promotion, marketing, and advertising of Snapchat in the State of Kansas involves a consumer transaction and solicitation of a consumer transaction within the meaning of the KCPA, "[n]o supplier shall engage in any deceptive act or practice in connection with a consumer transaction," K.S.A. § 50-627(a).

160.    Snap's intentional design features, such as infinite scroll, push notifications, Snapstreaks, and auto-play video, are purposely designed to maximize user engagement and exploit the developing brains of children, leading to behavioral addiction, disrupted sleep, and displacement of healthy activities.

161.    Snap's unconscionable acts include but are not limited to Snap's choice to design Snapchat to include features known to promote compulsive, prolonged, and unhealthy use by children. Snap intentionally created the Snapchat app with features that render it addictive to young people, and Snap is aware that its app does addict young people.

162.    Snap assures the public of the safety of its app through public misrepresentations and material omissions.

163.    Specifically, Snap unconscionably enables children to easily download and use the app despite their inherent ignorance, physical infirmity, illiteracy, or inability to understand the complex terms of service.

164.    Snap requires its users—including children—to form a legally binding contract simply to use the app. Through this contract, Snap compels children to agree to terms that they cannot reasonably comprehend or protect themselves from.

165.    The terms of service are excessively one-sided in favor of Snap, Inc., violating K.S.A. 50-627(b)(5). These terms demonstrate an extreme imbalance of power and knowledge, compelling child consumers into an agreement that disproportionately benefits Snap while stripping children of their rights and protections.

166.    Furthermore, Snap pulls child consumers into an agreement for an app that is inherently designed to be addictive and psychologically harmful, thereby creating a dangerous situation that children are unable to protect themselves from.

167.    Snap's knowledge of these harms, as evidenced by internal documents, renders its imposition of such an agreement on child consumers unconscionable. The purported parental controls, like the Family Center, are ineffective and further mislead parents and children about the

app's safety, exacerbating the unconscionable nature of compelling children into such a harmful agreement.

168.    Snap takes advantage of children's inability to protect their interests due to their ignorance, infirmity, or inability to understand the user agreement, K.S.A. § 50-627(b)(1).

169.    The transaction is excessively one-sided in favor of Snap, K.S.A. § 50-627(b)(5).

170.    Snap engages in unconscionable acts by making misleading statements of opinion on which Kansas consumers were likely to rely to their detriment, K.S.A. § 50-627(b)(6).

171.    These unconscionable acts include, but are not limited to, compelling children to agree to an inherently one-sided contract for an app that is designed to be addictive and psychologically harmful.

172.    Consumers are suffering, have suffered, and will continue to suffer substantial injury as a result of Snap's violations of the KCPA. Absent injunctive relief by this Court, Snap is likely to continue to injure consumers and cause harm to the public.

173.    The Court should assess penalties in the amount of $10,000 for each violation of the KCPA, in accordance with K.S.A. § 50-636. For each violation committed against a protected consumer, the Court should assess an additional civil penalty in the amount of $10,000, in accordance with K.S.A. § 50-677.

## **PRAYER FOR RELIEF**

WHEREFORE, the State of Kansas, *ex rel.* Kris W. Kobach*,* Attorney General, prays for judgment against Defendant for each of the causes of action raised herein. The State respectfully requests that the Court enter judgment in its favor and that the Court:

A.    Declare that Snap's acts and practices are deceptive and unconscionable to Kansas consumers under K.S.A. § 50-623, *et seq.*;

B.      Permanently enjoin Snap from these and other practices in violation of the KCPA, as provided by K.S.A. § 50-632(a)(2);

C.      Order Snap to pay civil penalties including, but not limited to $10,000 per violation pursuant to K.S.A. § 50-636;

D.      Order Snap to pay enhanced civil penalties including, but not limited to an additional $10,000 per violation committed against a protected consumer, pursuant to K.S.A. § 50-677;

E.      Award the State its expenses for expert witnesses, reasonable and necessary costs incurred in pursuing this action, as provided by K.S.A. § 50-632(c)(7);

F.      Order Snap to pay investigative fees and expenses to the Office of the Kansas Attorney General in the amount not less than $20,000 as provided by K.S.A. § 50-632(c)(7) and 50-636(c);

G.      Order Snap to pay all court costs; and

H.      Grant such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL


By: /s/ Paul Shipp
Paul Shipp, #20263
Assistant Attorney General
Office of the Attorney General
Public Protection Division
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
Tel:  785-296-3751
Fax: 785-291-3699
paul.shipp@ag.ks.gov
**ATTORNEY FOR PLAINTIFF**

David H. Thompson*
Brian W. Barnes*
Megan M. Wold*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
mwold@cooperkirk.com

*Counsel for Plaintiff, State of Kansas*

*Applications for admission *pro hac vice*
forthcoming

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands trial by jury for all issues raised by this pleading which are so triable.

By: /s/ Paul Shipp
Paul Shipp, #20263