# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>    Plaintiff,<br><br>    v.<br><br>SNAP INC.,<br><br>    Defendant. | Case No. 5:25-cv-04109-DDC-GEB |

## CERTIFICATE OF SERVICE

COMES NOW Defendant Snap Inc. ("Snap"), by and through their undersigned counsel, and hereby certifies that on March 6, 2026, Snap served its *Responses and Objections to Plaintiff's First Set of Requests for Production of Documents* via Electronic Mail on all counsel of record.

DATED: March 9, 2026

Respectfully Submitted,

By: /s/ *Brian C. Fries*
Brian C. Fries (KS #15889)
Carrie E. Josserand (KS #18893)
Timothy J. Hadachek (KSD #79038)
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108-2618
Tel: (816) 292-2000
brian.fries@lathropgpm.com
carrie.josserand@lathropgpm.com
timothy.hadacheck@lathropgpm.com

Edward D. Greim (KS #21077)
Paul E. Brothers (KS #26863)
Matthew R. Mueller (KS #28499)
Katherine E. Mitra (KS #79151)
GRAVES GARRETT GREIM LLP
1100 Main Street, Suite 2700
Kansas City, Mo 64105
Tel: (816) 256-3181
edgreim@gravesgarrett.com
pbrothers@gravesgarrett.com
mmueller@gravesgarrett.com
kmitra@gravesgarrett.com

82160173v1

>Jeannie S. Rhee (*admitted pro hac vice*)
>L. Rush Atkinson (*admitted pro hac vice*)
>Kyle Smith (*admitted pro hac vice*)
>Elizabeth N. Brandt (*admitted pro hac vice*)
>DUNN ISAACSON RHEE LLP
>401 Ninth Street, NW
>Washington, D.C. 20004-2637
>Tel: (202) 240-2900
>jrhee@dirllp.com
>ratkinson@dirllp.com
>ksmith@dirllp.com
>ebrandt@dirllp.com
>
>Christine M. Ray (*admitted pro hac vice*)
>DUNN ISAACSON RHEE LLP
>11 Park Place
>New York, NY 10007
>Tel: (212) 470-1306
>cray@dirllp.com
>
>*Attorneys for Defendant Snap Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>/s/ *Brian C. Fries*
>Brian C. Fries
>An Attorney for Defendant

2

82160173v1