**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **STATE OF KANSAS,** *ex rel.* **KRIS W. KOBACH, Attorney General,** | ) ) ) |
| **Plaintiff(s),** | ) ) |
| | ) **CASE NO.   5:25-CV-04109-DDC-GEB** |
| | ) |
| **v.** | ) ) |
| **SNAP INC.,** | ) ) |
| **Defendant(s).** | ) ) |

<u>**NOTICE OF PROVISIONAL FILING UNDER SEAL**</u>

Plaintiff State of Kansas, *ex rel.* Kris W. Kobach, Attorney General of the State of Kansas,

(the "Attorney General") pursuant to D. Kan. R. 5.4.2(b), hereby provides notice that he has

provisionally filed the following documents under seal. At this time, the Attorney General takes

no position on the confidentiality of these materials and has filed them provisionally under seal

because Defendant Snap Inc. ("Snap") has designated them as such under the Protective Order,

DE40.

| Document Number | Title/Description | Proposal |
|---|---|---|
| Doc. 45 | Attorney General's Reply in Support of Motion to Remand | Snap designated materials quoted or discussed in the document as Confidential/Highly Confidential – Attorney's Eyes Only under the Protective Order. |
| Doc. 45-1 | Ex. 1 to Plaintiffs' Reply ISO Mot. to Remand | Snap designated the document as Confidential under the Protective Order. |
| Doc. 45-2 | Ex. 2 to Plaintiffs' Reply ISO Mot. to Remand | Snap designated the document as Confidential under the Protective Order. |

1

| Doc. 45-3 | Ex. 3 to Plaintiffs' Reply ISO Mot. to Remand | Snap designated the document as Confidential under the Protective Order. |
|---|---|---|
| Doc. 45-4 | Ex. 4 to Plaintiffs' Reply ISO Mot. to Remand | Snap designated the document as Highly Confidential – Attorney's Eyes Only under the Protective Order. |
| Doc. 45-5 | Ex. 5 to Plaintiffs' Reply ISO Mot. to Remand | Snap designated the document as Confidential under the Protective Order. |
| Doc. 45-6 | Ex. 6 to Plaintiffs' Reply ISO Mot. to Remand | Snap designated the document as Confidential under the Protective Order. |
| Doc. 45-7 | Ex. 7 to Plaintiffs' Reply ISO Mot. to Remand | Snap designated the document as Confidential under the Protective Order. |
| Doc. 45-8 | Ex. 8 to Plaintiffs' Reply ISO Mot. to Remand | Snap designated the document as Highly Confidential – Attorney's Eyes Only under the Protective Order. |
| Doc. 45-9 | Ex. 9 to Plaintiffs' Reply ISO Mot. to Remand | Snap designated the document as Confidential under the Protective Order. |
| Doc. 45-10 | Ex. 10 to Plaintiffs' Reply ISO Mot. to Remand | Snap designated the document as Confidential under the Protective Order. |
| Doc. 45-11 | Ex. 11 to Plaintiffs' Reply ISO Mot. to Remand | Snap designated the document as Highly Confidential – Attorney's Eyes Only under the Protective Order. |
| Doc. 45-12 | Ex. 12 to Plaintiffs' Reply ISO Mot. to Remand | Snap designated the document as Confidential under the Protective Order. |
| Doc. 45-13 | Ex. 13 to Plaintiffs' Reply ISO Mot. to Remand | Snap designated the document as Highly Confidential – Attorney's Eyes Only under the Protective Order. |
| Doc. 45-14 | Ex. 14 to Plaintiffs' Reply ISO Mot. to Remand | Snap designated the document as Confidential under the Protective Order. |

| Doc. 45-15 | Ex. 15 to Plaintiffs' Reply ISO Mot. to Remand | Snap designated the document as Confidential under the Protective Order. |
|---|---|---|
| Doc. 45-16 | Ex. 16 to Plaintiffs' Reply ISO Mot. to Remand | Snap designated the document as Confidential under the Protective Order. |
| Doc. 45-17 | Ex. 17 to Plaintiffs' Reply ISO Mot. to Remand | Snap designated the document as Highly Confidential – Attorney's Eyes Only under the Protective Order. |
| Doc. 45-18 | Ex. 18 to Plaintiffs' Reply ISO Mot. to Remand | Snap designated the document as Highly Confidential – Attorney's Eyes Only under the Protective Order. |

If Snap intends to preserve the confidentiality of these materials, it must follow the procedures set forth in D. Kan. R. 5.4.2(c).

Dated: April 10, 2026                                      Respectfully submitted,

                                                          /s/ *Paul Shipp*
David H. Thompson*                                        Paul Shipp (KS #20263)
Brian W. Barnes*                                          Assistant Attorney General
Megan M. Wold*                                            Office of the Attorney General
Jack Tucker*                                              Public Protection Division
COOPER & KIRK, PLLC                                       120 SW 10th Ave., 2nd Floor
1523 New Hampshire Avenue, N.W.                           Topeka, Kansas 66612-1597
Washington, D.C. 20036                                    Tel: 785-296-3751
(202) 220-9600                                            Fax: 785-291-3699
(202) 220-9601 (fax)                                      paul.shipp@ag.ks.gov
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
mwold@cooperkirk.com
jtucker@cooperkirk.com

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

3

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of Kansas by using the appellate CM/ECF system on April 10, 2026. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.


Dated: April 10, 2026                              /s/ *Paul Shipp*
                                                            Attorney for Plaintiff