.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,

      Plaintiff,

      v.

SNAP INC.,

      Defendant.

Case No. 5:25-cv-04109-DDC-GEB

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE MOTION FOR LEAVE TO SEAL DOCUMENTS

Defendant Snap Inc. ("Snap"), by and through their undersigned counsel, hereby moves the Court to enter an Order extending the time for Snap to file a Motion to Seal in connection with Plaintiff's Reply in Support of its Motion to Remand [Doc. 45]. In support of this Motion, Snap states as follows:

1.      Plaintiff filed its Reply in Support of its Motion for Remand [Doc. 45] and exhibits in support [Docs. 45-1 through 45-18] on April 10, 2026.

2.      Each of the eighteen (18) exhibits to Plaintiff's Reply have been designated by Snap as either "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the terms of the Court's Protective Order [Doc. 40]. *See* [Docs. 45-1 through 45-18].  Plaintiff's Reply contains confidential information and quotes extensively from the confidential documents. [Doc. 45].

3.      Plaintiff filed its Reply and supporting documents provisionally under seal.  *See* Notice of Provisional Filing Under Seal [Doc. 46]. In its Notice of Provisional Filing, Plaintiff stated that it was taking no position on the confidentiality of the documents and left the process of seeking leave to file the information under seal to Snap.

82551585v2

-2-

4.       Given the breadth of the information cited, Snap requires an additional five (5) days, up to and including April 22, 2026, to prepare its Motion to Seal the information referenced by Plaintiff's filings. Specifically, Snap requires additional time to set forth the information required by D. Kan. Rule 5.4.2 to establish that its filing is appropriate and to ensure that the request to seal information be narrowly tailored to protect confidentiality interests.

5.       Snap acknowledges that this filing is made the day before the current filing deadline, and that Local Rule 6.1(a) requires that a request for extension occur at least three days before the specified time. Snap states that it does not bring this motion for purposes of delay, and that the complexities of the information contained in Plaintiff's Reply as it relates to compliance with Rule 5.4.2 were not initially apparent.  Given that the burden of confidentiality is Snap's, and that Snap needs to fully support its positions, Snap brings this request as soon as was practicable under the circumstances. Further, given the potential sensitive information marked as confidential, Snap would suffer prejudice if it were not afforded adequate time to fully analyze and assert before the Court the confidential nature of the information.

6.       This request will not impact any deadlines or otherwise delay this case, and an extension will not prejudice either party.  There have been no prior extensions of this deadline.

7.       Snap has consulted with counsel for Plaintiff who consents to this request.

WHEREFORE, Defendant Snap respectfully requests that this Court enter an Order extending the time for Snap to file a Motion to Seal up to and including April 22, 2026 and asks that the Court grant to Snap such other and further relief as the Court deems just and proper.

-2-

82551585v2

-3-

DATED: April 16, 2026                    Respectfully Submitted,


By: /s/ *Brian C. Fries*
    Brian C. Fries (KS #15889)
    Carrie E. Josserand (KS #18893)
    Timothy J. Hadachek (KSD #79038)
    LATHROP GPM LLP
    2345 Grand Boulevard, Suite 2200
    Kansas City, MO 64108-2618
    Tel: (816) 292-2000
    brian.fries@lathropgpm.com
    carrie.josserand@lathropgpm.com
    timothy.hadachek@lathropgpm.com

    Edward D. Greim (KS #21077)
    Paul E. Brothers (KS #26863)
    Matthew R. Mueller (KS #28499)
    Katherine E. Mitra (KS #79151)
    GRAVES GARRETT GREIM LLP
    1100 Main Street, Suite 2700
    Kansas City, Mo64105
    Tel: (816) 256-3181
    edgreim@gravesgarrett.com
    pbrothers@gravesgarrett.com
    mmueller@gravesgarrett.com
    kmitra@gravesgarrett.com

    Jeannie S. Rhee (*admitted pro hac vice*)
    L. Rush Atkinson (*admitted pro hac vice*)
    Kyle Smith (*admitted pro hac vice*)
    Elizabeth N. Brandt (*admitted pro hac vice*)
    DUNN ISAACSON RHEE LLP
    401 Ninth Street, NW
    Washington, D.C. 20004-2637
    Tel: (202) 240-2900
    jrhee@dirllp.com
    ratkinson@dirllp.com
    ksmith@dirllp.com
    ebrandt@dirllp.com

    Christine M. Ray (*admitted pro hac vice*)
    DUNN ISAACSON RHEE LLP
    11 Park Place
    New York, NY 10007
    Tel: (212) 470-1306
    cray@dirllp.com

*Attorneys for Defendant Snap Inc.*

-3-

82551585v2

-4-

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Brian C. Fries*
Brian C. Fries
An Attorney for Defendant

-4-

82551585v2