**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

|  |  |
|---|---|
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>    Plaintiff,<br><br>    v.<br><br>SNAP INC.,<br><br>    Defendant. | Case No. 5:25-cv-04109-DDC-GEB |

**DECLARATION OF L. RUSH ATKINSON IN SUPPORT OF DEFENDANT'S MOTION TO SEAL**

I, L. Rush Atkinson, declare and state as follows:

1.      I am an attorney with the law firm Dunn Isaacson Rhee LLP and represent Defendant Snap Inc. ("Snap") in the above-captioned matter. I submit this declaration in support of Defendant's Motion to Seal. This declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2.      Snap has, in other litigation involving similar allegations, sought to protect from public disclosure the names of its non-executive employees as well as the personal identifying information ("PII") of non-parties. As part of those efforts, Snap has submitted a declaration from company personnel describing the potential risks associated with public disclosure of such information.

3.      For example, in coordinated proceedings pending in the Superior Court of California, County of Los Angeles, as well as in multidistrict litigation pending in the federal district court in the Northern District of California, Snap submitted declarations from Jennifer

Boden, former Vice President, People at Snap, in support of a motion to seal. A true and correct copy of one such declaration is attached hereto as Exhibit A.

4.      As reflected in that declaration, Snap has previously represented to courts that public disclosure of employee names in connection with contentious allegations may increase the risk that those employees could be subjected to harassment or unwanted contact, and that such risks may extend to employees' families or personal safety.

5.      Based on my review of filings and orders in those proceedings, I understand that courts have granted requests to seal or redact such information, including employee names and non-party PII, where appropriate. I offer this understanding to show that the categories of information at issue here are the same types of information that have previously been the subject of sealing requests and relief.

6.      Similarly, based on my review of materials in this action and in consultation with Snap, I understand that there is good cause to redact PII of non-parties, including names and other identifying information, where such information is not relevant to the issues before the Court and its disclosure would implicate privacy interests.

7.      The materials at issue here are consistent with the categories of information that Snap has previously sought to protect in other litigation—namely, the identities of employees and the PII of non-parties—and raise similar privacy and safety considerations.

8.      In connection with the Motion to Seal, Snap is submitting courtesy copies of the relevant materials with highlighting to identify the portions of the documents that Snap seeks to seal. The highlighting is provided solely to assist the Court in locating the specific material at issue and reflects Snap's proposed redactions.

-2-

-3-

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22 day of April, 2026, at Seattle, Washington.

_____

L. Rush Atkinson

# EXHIBIT A

JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

ROSE L. EHLER (State Bar No. 296523)
Rose.Ehler@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for SNAP INC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | CASE NO.: 4:22-md-03047-YGR-PHK |
| This Document Relates to: | Honorable Yvonne Gonzalez Rogers |
| ALL ACTIONS | **DECLARATION OF JENNIFER BODEN IN SUPPORT OF SNAP INC.'S OMNIBUS MOTION TO SEAL (PLAINTIFFS' OMNIBUS OPPOSITION BRIEF AND NON-EXHIBIT MATERIALS)** |

I, Jennifer Boden, declare and state as follows:

1.      I am Vice President, People at Snap Inc. ("Snap").  I have worked at Snap for a total of more than four years.  I make this declaration based on personal knowledge.  I submit this Declaration in support of Snap's Omnibus Motion to Seal (Plaintiffs' Omnibus Opposition Brief and Non-Exhibit Materials).  If called as a witness, I could and would testify competently to the facts stated herein.

Case No. 4:22-md-03047-YGR

DECLARATION OF JENNIFER BODEN IN SUPPORT OF SNAP INC.'S OMNIBUS MOTION TO SEAL (PLAINTIFFS' OMNIBUS OPPOSITION BRIEF AND NON-EXHIBIT MATERIALS)

2.      Based on my experience, Snap employees whose names become publicly associated with contentious social issues are at heightened risk of harassment, including online threats and suspicious phone calls, text messages, or emails.  This risk is substantially greater when an employee is linked to such issues, compared to when the individual is publicly identified only as working at Snap or even as a member of a particular Snap team.

3.      Once an employee's name is publicly disclosed, individuals intent on causing harm can often locate the employee's home address and personal contact information online.  As a result, Snap has, on occasion, been required to implement security measures to protect the safety of its employees and their family members.

4.      In my experience, the allegations in the complaints in this case—including claims that Snap has harmed the mental health of minors—are the type that could expose Snap employees to harassment or threats if their names were publicly associated with them.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 9th day of December, 2025, at London, England.



Signed by:

Jennifer Boden

B8B9418FG836473...

Jennifer Boden

-2-                                        Case No. 4:22-md-03047-YGR

DECLARATION OF JENNIFER BODEN IN SUPPORT OF SNAP INC.'S OMNIBUS MOTION TO SEAL
(PLAINTIFFS' OMNIBUS OPPOSITION BRIEF AND NON-EXHIBIT MATERIALS)