# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General, <br><br> Plaintiff, <br><br> v. <br><br> SNAP INC., <br><br> Defendant. | Case No. 5:25-cv-04109-DDC-GEB |

## DECLARATION OF L. RUSH ATKINSON IN SUPPORT OF DEFENDANT SNAP INC.'S SUR-REPLY TO THE STATE'S MOTION TO REMAND

I, L. Rush Atkinson, hereby declare as follows:

1.      I am an attorney with the firm of Dunn Isaacson Rhee LLP and represent Defendant Snap Inc. ("Snap") in the above captioned matter.  I make this declaration in support of Snap's contemporaneously filed Sur-reply to the State's Motion to Remand in order to place before the Court documents referenced in the Sur-reply, which have been produced by Snap in this litigation or are subject to judicial notice as set forth below.

2.      I make this declaration based on my personal knowledge, my review of Snap's records, and information provided to me by employees of Snap who are familiar with its record-keeping practices.

3.      As part of limited jurisdictional discovery, Snap conducted a search for and produced certain documents maintained in the ordinary course of business.

4.      The documents attached to the Sur-reply as Exhibits 2, 3, 4, and 9 are true and accurate copies of email communications and a calendar invitation produced by Snap in this

litigation. Based on my communications with Snap and my review of its records, it is my understanding that these e-mail communications were created, sent, or received by employees of Snap or maintained by Snap in the ordinary course of its regularly conducted business.

5.      It is my understanding that the documents attached as Exhibits 2, 3, 4, and 9 were maintained in Snap's electronic mail system and were kept by Snap in the course of regularly conducted business activity.  It is my understanding that Exhibits 2, 3, 4, and 9 were made at or near the time of the events they describe by, or from information transmitted by, persons with knowledge of those events.

6.      The documents attached to the Sur-reply as Exhibits 5, 6, 7, 8, and 10 are true and accurate copies of documents produced by Snap in this litigation.  Based on my communications with Snap and my review of its records, it is my understanding that these exhibits are documents maintained by Snap in the ordinary course of its regularly conducted business.

7.      It is my further understanding that the documents attached to the Sur-reply as Exhibits 5, 6, 7, 8, and 10 were created at or near the time of the events they describe by, or from information transmitted by, persons with knowledge of those events, and that it is the regular practice of Snap to maintain such records.

8.      The documents attached to the Sur-reply as Exhibits 12, 13, and 14 are true and accurate copies of documents produced by Snap in this litigation.  Based on my communications with Snap and my review of its records, it is my understanding that these exhibits are documents created for the purpose of limited jurisdictional discovery in this case by, or from information transmitted by, persons with knowledge of or access to records of the events and subject matters they describe.

9.      The document attached as Exhibit 11 is a true and correct copy of a page on Snap's publicly accessible Business Help Center website, entitled "Placement Options," which was produced by Snap in this litigation, is available at http://businesshelp.snapchat.com/s/article/placements?language=en_US, and was last accessed on March 6, 2026.

10.      The document attached as Exhibit 15 is a true and correct copy of a page on Snap's publicly accessible Business Help Center website, entitled "Brand Suitability," which was produced by Snap in this litigation, is available at https://businesshelp.snapchat.com/s/article/brand-suitability?langauage=en_US, and was last accessed on March 6, 2026.

11.      The document attached as Exhibit 16 is a true and correct copy of a page on Snap's publicly accessible Business Help Center website, entitled "How Pricing Works," which is available at https://businesshelp.snapchat.com/s/article/auction-pricing?language=en_US, and was last accessed on April 24, 2026.

12.      The document attached as Exhibit 17 is a true and correct copy of a page on Snap's publicly accessible Business Help Center website, entitled "How the Snap Auction Works," which is available at https://businesshelp.snapchat.com/s/article/snap-auction-overview?language=en_US, and was last accessed on April 24, 2026.

13.      The document attached as Exhibit 18 is a true and correct copy of a page on Snap's publicly accessible Business Help Center website, entitled "Auto-Bidding," which is available at https://businesshelp.snapchat.com/s/article/auto-bidding?language=en_US, and was last accessed on April 24, 2026.

14.     This declaration is made for the purpose of authenticating the exhibits attached to Snap's Sur-reply under Federal Rule of Evidence 901 and, where applicable, to establish that such documents qualify as records of a regularly conducted business activity under Federal Rule of Evidence 803(6).

Executed on April 24, 2026 in Washington, District of Columbia.

_____

L. Rush Atkinson