# EXHIBIT 10

| QUESTION REWRITE | ANSWER | ANSWER SUBTEXT REWRITE | CTA |
|---|---|---|---|
| TRUE or FALSE: Only older children are at risk of online exploitation. | FALSE | **FALSE:** Online predators target vulnerable kids regardless of age. | To learn more, visit know2protect.gov |
| TRUE or FALSE? Online child sexual exploitation and abuse only occurs in certain communities. | FALSE | **FALSE:** Online child sexual exploitation and abuse can occur in any community: regardless of race, gender or how much money a person has. | To learn more, visit know2protect.gov |
| TRUE or FALSE? You shouldn't share anything that you wouldn't want everyone to see. | TRUE | **TRUE:** Once a photo, video or text leaves your device, you lose control of that data. | To learn more, visit know2protect.gov |
| TRUE or FALSE? If you suspect a friend is being sexually abused or exploited online, you should let them handle it on their own. | FALSE | **FALSE:** Encourage them to talk to a trusted adult and notify the police. | To learn more, visit know2protect.gov |
| TRUE or FALSE? You should report someone who asks or pressures you or your friends to take inappropriate pictures online. | TRUE | **TRUE:** Pressuring anyone for pictures is never okay. Online child sexual exploitation and abuse is a serious crime and should always be reported to a trusted adult and law enforcement. | To learn more, visit know2protect.gov |
| TRUE or FALSE? Online predators are usually strangers. | FALSE | **FALSE:** An online predator can be anyone: a family member, an acquaintance in-person or online, or a complete stranger. | To learn more, visit know2protect.gov |
| TRUE or FALSE? If someone online asks you to do something that makes you feel nervous, you should tell a trusted adult | TRUE | **TRUE:** It is NOT your fault. If someone asks you to do something that doesn't feel right, tell a trusted adult immediately. | To learn more, visit know2protect.gov |
| TRUE or FALSE? Reporting online abuse won't make a difference. | FALSE | **FALSE:** Reporting online abuse is crucial in stopping criminals and is the best way to protect yourself, your friends and others from being abused | To learn more, visit know2protect.gov |
| TRUE or FALSE? Messages, photos and videos that have been shared can last forever, even if deleted. | TRUE | **TRUE:** Online predators can save messages, images and videos that they receive and use them to exploit children and teens. | To learn more, visit know2protect.gov |
| TRUE or FALSE? You should never leave a game to chat with someone you don't know on a different platform. | TRUE | **TRUE:** Online predators often coerce children and teens to move to a difference messaging app or platform where exploitation and abuse can occur. | To learn more, visit know2protect.gov |