# EXHIBIT 11

**≜ PageVault**

| | |
|---|---|
| Document title: | Placement Options |
| Capture URL: | https://businesshelp.snapchat.com/s/article/placements?language=en_US#:~:text=Automatic%20Placement,Placement%20is%20recommended%20for%20scale |
| Page loaded at (UTC): | Fri, 06 Mar 2026 16:46:26 GMT |
| Capture timestamp (UTC): | Fri, 06 Mar 2026 16:47:11 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 4 |
| Capture ID: | uwNyKrxdJEfUs4JziGUgHv |
| Display Name: | noelle.smith |

PDF REFERENCE #:    oWn4Crce1FBv8mP1G36h5E

CONFIDENTIAL

SNAP-KSAG-00015124

Home    Spectacles    Download    Store    Stories    Map    Lens Studio    Kit    Snapcodes    Support    **Login**    **Snapchat Ads**

## Business Help Center

How can we help?

Campaign Setup > Create a Campaign > Ad and Ad Set Creation

> Getting Started

> Account Management

> Ad Creation

∨ **Campaign Setup**

  Housing, Employment, and Credit Ads

  How to Access the Brand Suitability Inventory Filter

  Brand Suitability

  Automatic Campaigns

  ∨ **Create a Campaign**

    Campaign Creation Guide

    > Campaign Creation

    > Available Campaign Objectives

    > Split Testing

    > Campaign Spend Caps & Budgets

    ∨ **Ad and Ad Set Creation**

      Build Your Ad Sets

      Set an Ad Set Budget

      How to Use Dayparting

      Set a Bid Amount

      Placement Options

      Sponsored Snaps

      Ad Set Estimates

      Minimum Age for Ads

      Advanced Demographics

      Create an Ad

      Create a New Ad in an Existing Ad Set

      Include an Ad Disclaimer

      About URL Parameters and Macros

      Add URL Macros to Your Ads

      Add URL Macros and Custom Parameters to Dynamic Ads

      Auto-UTMs (Validate Your UTM Parameters) in Ads Manager

      Edit Dynamic Macros

      URL Macros and Custom Parameters FAQs

      Snapchat Click ID

## Placement Options

You have control over where your ads appear on Snapchat with a variety of different placement options. Context and relevance are extremely valuable for those who want to tell their story in an editorial environment. We offer several placement options via the auction:

### Automatic Placement

Run your ads across all of Snapchat, including placements like Publisher Stories, Shows, User Stories, Spotlight, Between Content, and Discover Feed. This gives us the flexibility to improve your results and maximize your reach.

**Please Note**: Automatic Placement is recommended for scale. Removing placements may reduce reach.

### Edit Placement

If you're running Single Image or Video Ads, you'll have the following placement options:



- **Between Content**: Run your ads between Stories and professional content
  - **User Stories**: Run your ads between Friend Stories
  - **Publisher & Creator Stories**: Run your Ads between Publisher Stories and Creator Stories
  - **Spotlight**: Run your ads on Spotlight, between public Snaps from the community
- **Within Content**: Limit your ad delivery to our curated content (Partner Curated Stories, Creator Stories). You may also control the context in which your ads appear by including or excluding specific categories or publishers.
- **Chat Feed:** Run your ads as Sponsored Snaps in the Chat tab of the Snapchat app.
  - Please note that you cannot only target the Chat Feed placement. It must be combined with at least one of **User Stories** or **Publisher & Creator Stories.**
  - Please note that you cannot de-select Chat Feed as a placement in Ads Manager. If your spend meets the eligibility criteria above, your ad set will be

CONFIDENTIAL

SNAP-KSAG-00015125

Auto-UTMs (Validate Your URM Parameters) in Ads Manager

Edit Dynamic Macros

URL Macros and Custom Parameters FAQs

Snapchat Click ID

Review and Publish Your Campaign

Creator Category Bundles

App Playables

› Bulk Location Upload

› Audience & Location Targeting

› Bidding Strategies

› Custom Audiences

› Snap Auction

› Reserved Campaigns

› Campaign Settings

› Manage a Campaign

› Ad Formats

› Catalogs

› Advertiser and Creator Collaborations

› Campaign Performance

› Troubleshooting

› Privacy and Security

ⓦ Contact Us

Chat Feed during your ads as Sponsored Snaps in the Chat tab of the Snapchat app.

○ Please note that you cannot only target the Chat Feed placement. It must be combined with at least one of **User Stories** or **Publisher & Creator Stories.**

○ Please note that you cannot de-select Chat Feed as a placement in Ads Manager. If your spend meets the eligibility criteria above, your ad set will be eligible to deliver into the Chat Feed. This is true for Ad Sets utilizing Automatic Placement as well as Edit Placement.

If you're running Commercials, select **In-Stream**, under Edit Placement. From here, you'll have the following placement options for the Commercial:

- All Shows

- All Shows, excluding News Shows



If you're running Story Ads, you'll have the following placement options:

- Automatic Placement (in Discover Feed, and Between Content)

- Between Content only

- Discover Feed

If you select **Camera** under **Edit Placement**, you can select either or both below options

- AR Lens - Branded augmented reality experiences Snapchatters can play with and send to friends.

AR Filters - Branded creatives Snapchatters can overlay on top of their Snaps.



Please Note:  Lenses can also be used as an attachment to **Single Image or Video Ads** or **Commercials.**

### Related Articles

Report Filters

Add Filter and Breakdown to Table View

How to Access the Brand Suitability Inventory Filter

Brand Suitability

Set Up Filters for Your Product Sets

Scroll to Top

Document title: Placement Options
Capture URL: https://businesshelp.snapchat.com/s/article/placements?…
Capture timestamp (UTC): Fri, 06 Mar 2026 16:47:11 GMT

CONFIDENTIAL

SNAP-KSAG-00015126



If you're running Story Ads, you'll have the following placement options:

- Automatic Placement (in Discover Feed, and Between Content)
- Between Content only
- Discover Feed

If you select **Camera** under **Edit Placement**, you can select either or both below options

- AR Lens - Branded augmented reality experiences Snapchatters can play with and send to friends.

AR Filters - Branded creatives Snapchatters can overlay on top of their Snaps.

Please Note:  Lenses can also be used as an attachment to **Single Image or Video Ads** or **Commercials**.

### Related Articles

Report Filters

Add Filter and Breakdown to Table View

How to Access the Brand Suitability Inventory Filter

Brand Suitability

Set Up Filters for Your Product Sets

Can't find what you're looking for?   Contact Us

| Company | Community | Advertising | Legal |
|---|---|---|---|
| Snap Inc. | Snapchat Support | Snapchat Ads | Other Terms & Policies |
| Careers | Spectacles Support | Advertising Policies | Law Enforcement |
| News | Community Guidelines | Political Ads Library | Cookie Policy |
| Privacy and Safety | | Brand Guidelines | Report Infringement |
| | | Promotions Rules | |

**Snap Inc.**   Privacy Policy   Terms of Service

Language   English (   Scroll to Top

Document title: Placement Options
Capture URL: https://businesshelp.snapchat.com/s/article/placements?…
Capture timestamp (UTC): Fri, 06 Mar 2026 16:47:11 GMT

CONFIDENTIAL

SNAP-KSAG-00015127