# EXHIBIT 12

## Placement Option

○ **Automatic Placement** (Recommended)
Run your ads across all of Snapchat. This gives more flexibility to improve the results of your campaign and maximize your reach.

◉ Edit Placement

    ◉ Content

        ☑ **Between Content**
        Ads watched between stories and professional content

          ☑ User Stories ⓘ

          ☑ Publisher & Creator Stories ⓘ

          ☑ Spotlight ⓘ

        ☑ **Within Content**
        Ads watched within professional, creator & curated content

          ☑ Publisher Stories ⓘ

          **Categories**

          | Include ⌄ | ⌄ |
          |---|---|

          ☑ Creator Stories ⓘ

          **Categories**

          | Include ⌄ | ⌄ |
          |---|---|

        **Discover Feed**
        ☑ Tile ads shown in Discover will open full-screen when tapped. Impressions count when shown in feed, even if not opened

        **Chat Feed**
        ☑ Ads shown in Chat Feed will open full-screen when tapped. Impressions count when shown in feed, even if not opened

    ○ In-Stream

    ○ Camera

CONFIDENTIAL

SNAP-KSAG-00015128



CONFIDENTIAL
SNAP-KSAG-00015129

## Placements ⓘ

### Placement Option

○ **Automatic Placement** (Recommended)
Run your ads across all of Snapchat. This gives more flexibility to improve the results of your campaign and maximize your reach.

● **Edit Placement**

○ Content

● In-Stream

● All Shows

☑ Exclude News Shows

○ Camera

^ **Less**

### Brand Suitability Filter ⓘ

| Full Inventory | Standard Inventory | Limited Inventory |
|---|---|---|
| ▬▬▬▬▬▬▬▬ | ▬▬▬▬▬▬ | ▬▬▬▬▬▬▬ |
| Show ads near content that follows Snap's Community Guidelines. This filter is set as default and maximizes reach. | Show ads near content that may have sensitive themes.<br><br>Exclusions apply ⓘ | Show ads near highly brand suitable content, excluding content with mildly sensitive themes.<br><br>Exclusions apply ⓘ |

**See the list** of what is included and excluded for each filter.

CONFIDENTIAL

SNAP-KSAG-00015130

## Placements ⓘ

### Placement Option

○ **Automatic Placement** (Recommended)
Run your ads across all of Snapchat. This gives more flexibility to improve the results of your campaign and maximize your reach.

● Edit Placement

   ○ Content

   ○ In-Stream

   ● Camera

      ☑ AR Lens ⓘ

      ☐ AR Filters ⓘ

∧ **Less**

**Brand Suitability Filter** ⓘ

| Full Inventory | Standard Inventory | Limited Inventory |
|---|---|---|
| Show ads near content that follows Snap's Community Guidelines. This filter is set as default and maximizes reach. | Show ads near content that may have sensitive themes.<br><br>**Exclusions apply** ⓘ | Show ads near highly brand suitable content, excluding content with mildly sensitive themes.<br><br>**Exclusions apply** ⓘ |

**See the list** of what is included and excluded for each filter.

CONFIDENTIAL

SNAP-KSAG-00015131