# EXHIBIT 15



| | |
|---|---|
| Document title: | Brand Suitability |
| Capture URL: | https://businesshelp.snapchat.com/s/article/brand-suitability?language=en_US |
| Page loaded at (UTC): | Fri, 06 Mar 2026 05:04:58 GMT |
| Capture timestamp (UTC): | Fri, 06 Mar 2026 05:09:06 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 4 |
| Capture ID: | jh86NXs3SCA3tMZDgmzxYY |
| Display Name: | noelle.smith |

PDF REFERENCE #:    5YfRiBsFWihjbC1F41E7xA

CONFIDENTIAL

SNAP-KSAG-00015132

Home   Spectacles   Download   Store   Stories   Map   Lens Studio   Kit   Snapcodes   Support   **Login**   **Snapchat Ads**

**Business Help Center**                    How can we help?

Campaign Setup

> Getting Started
> Account Management
> Ad Creation
∨ **Campaign Setup**
   Housing, Employment, and Credit Ads
   How to Access the Brand Suitability Inventory Filter
   Brand Suitability
   Automatic Campaigns
> Create a Campaign
> Reserved Campaigns
> Campaign Settings
> Manage a Campaign
> Ad Formats
> Catalogs
> Advertiser and Creator Collaborations
> Campaign Performance
> Troubleshooting
> Privacy and Security

ⓒ Contact Us

## Brand Suitability

When creating ad sets in Ads Manager, advertisers have the option to select suitability preferences, including Full, Standard, and Limited tier options.

- Full Inventory: Show ads near content that follows Snap's Community Guidelines. This filter is set as default and maximizes reach.
- Standard Inventory: Show ads near content that may have sensitive themes.
- Limited inventory: Show ads near highly brand suitable content, excluding content with mildly sensitive themes.

**Please Note**: This feature is rolling out to qualifying advertisers gradually and may not be available to you at this time. If you are interested in access to these advertiser controls, please reach out to your Snap representative.

| Content Category | Description | Full | Standard | Li |
|---|---|---|---|---|
| Child Sexual Exploitation | Sexually suggestive subject matter involving minors, news coverage of stories related to child sexual exploitation | Excluded | Excluded | Exclu |
| Adult Sexual Content | Revealing, non-nude body imagery in a non-suggestive context | Included | Included | Includ |
| | Sexual health content, non-suggestive sexual content in the context of news, public interest commentary, or education | Included | Included | Exclu |
| | Sexually suggestive (not explicit) imagery or language | Included | Excluded | Exclu |
| | Depiction of nudity and sexual activity involving adults, sexual solicitation, explicit discussion of sex acts | Excluded | Excluded | Exclu |
| Harassment | Coverage or commentary about harassment that does not endorse it | Included | Included | Exclu |
| | Bullying, verbal abuse, intimidation, sharing non-consensual sexual imagery, and sexual harassment | Excluded | Excluded | Exclu |
| Privacy | Coverage or commentary about invasions of privacy, without endorsement. | Included | Included | Exclu |
| | Disclosure of another person's personally identifiable information, content depicting people without their consent in situations where they have a reasonable expectation of privacy | Excluded | Excluded | Exclu |
| Threats | Coverage or commentary about threats, without endorsement. | Included | Included | Exclu |
| | Blackmail, extortion, threats of violence directed at a specific individual or group of individuals | Excluded | Excluded | Exclu |

---

Document title: Brand Suitability
Capture URL: https://businesshelp.snapchat.com/s/article/brand-suitability?language=en_US
Capture timestamp (UTC): Fri, 06 Mar 2026 05:09:06 GMT

CONFIDENTIAL

SNAP-KSAG-00015133

| | | | | |
|---|---|---|---|---|
| | situations where they have a reasonable expectation of privacy | | | |
| Threats | Coverage or commentary about threats, without endorsement. | Included | Included | Exclud |
| | Blackmail, extortion, threats of violence directed at a specific individual or group of individuals | Excluded | Excluded | Exclud |
| Violent or Disturbing | Violence in the context of national news, education, or public discourse, where there is no graphic imagery of death or mutilation | Included | Included | Exclud |
| | Species that trigger common phobias, cosmetic procedures, body modification, animals in danger or distress in natural settings, without graphic imagery of death or gore | Included | Excluded | Exclud |
| | Graphic or gratuitous violent imagery, glorification of violence | Excluded | Excluded | Exclud |
| Self-Harm and Suicide | Newsworthy coverage or commentary that does not glorify or depict self-harm or suicide | Included | Included | Exclud |
| | Content that depicts or glorifies self-harm or suicide | Excluded | Excluded | Exclud |
| Hate Speech | The use of "reclaimed" slurs by in-group members of the target of the slur; hate speech or symbols in the contexts of counter-speech, news, education, history, fiction | Included | Excluded | Exclud |
| | Content that demeans on the basis of protected class status, contains hate symbols or slurs, or glorifies hate crimes | Excluded | Excluded | Exclud |
| Terrorism and Violent Extremism | Newsworthy coverage or commentary that does not endorse terrorism or depict the moment of death. | Included | Included | Exclud |
| | Endorsement, praise, or depiction of terrorism and violent extremism | Excluded | Excluded | Exclud |
| Regulated Goods and Activities | Incidental depiction of or reference to regulated goods and activities | Included | Included | Includ |
| | Newsworthy coverage or social commentary related to regulated goods and activities, adults using alcohol in moderation | Included | Included | Exclud |
| | Financial advice | Excluded | Excluded | Exclud |
| | Content that promotes or facilitates the sale or abuse of regulated goods and activities | Excluded | Excluded | Exclud |
| Illegal Goods and Activities | Real weapons (guns, knives, swords, etc) in non-violent contexts (e.g. knives for cooking) | Included | Included | Includ |
| | Coverage or commentary related to illegal goods or activities, without endorsement; movies, television shows, video games, or clearly-pretend comedy sketches that reference illegal goods or activities. | Included | Excluded | Exclud |
| | Facilitate or promote illegal activity, depict real modern lethal weapons | Excluded | Excluded | Exclud |
| | Coverage or commentary about dangerous activities that does not | Included | Included | Exclud |

Document title: Brand Suitability
Capture URL: https://businesshelp.snapchat.com/s/article/brand-suitability?language=en_US
Capture timestamp (UTC): Fri, 06 Mar 2026 05:09:06 GMT
CONFIDENTIAL
Page 2 of 3
SNAP-KSAG-00015134

| Category | Description | | | |
|---|---|---|---|---|
| Illegal Goods and Activities | ...tation or commentary... to illegal goods or activities, without endorsement; movies, television shows, video games, or clearly-pretend comedy sketches that reference illegal goods or activities. | Included | Excluded | Exclud |
| | Facilitate or promote illegal activity, depict real modern lethal weapons | Excluded | Excluded | Exclud |
| Dangerous Activities | Coverage or commentary about dangerous activities that does not encourage imitation | Included | Included | Exclud |
| | Encouraging actions or "challenges" with serious safety risks, viral trends to imitate dangerous behavior | Excluded | Excluded | Exclud |
| Fraud and Spam | Coverage or commentary about fraud/spam that does not endorse it | Included | Included | Exclud |
| | Inauthentic behavior, engagement bait, deceptive marketing, intrusive self-promotion | Excluded | Excluded | Exclud |
| Harmful False Information | Newsworthy coverage or commentary that dispels harmful false information | Included | Included | Exclud |
| | Political false or unsubstantiated information, health-related false or unsubstantiated information, impersonations, denial of tragic events, and manipulated media that is false or misleading | Excluded | Excluded | Exclud |
| Commercial | Any promotion of a brand, product, event, or service | Included | Included | Includ |
| News and Commentary | Coverage or commentary on events in the public interest, especially related to government policies; election content and advocacy or issue content | Included | Included | Exclud |

### Related Articles

Report Filters

Add Filter and Breakdown to Table View

Placement Options

How to Apply a Brand Safety Inventory Filter

Manage Ads Table Overview

Can't find what you're looking for?    Contact Us

**Company**
Snap Inc.
Careers
News
Privacy and Safety

**Community**
Snapchat Support
Spectacles Support
Community Guidelines

**Advertising**
Snapchat Ads
Advertising Policies
Political Ads Library
Brand Guidelines
Promotions Rules

**Legal**
Other Terms & Policies
Law Enforcement
Cookie Policy
Report Infringement

Snap Inc.    Privacy Policy    Terms of Service     Language    English (    Scroll to Top

**🔒 PageVault**

| | |
|---|---|
| Document title: | Brand Suitability |
| Capture URL: | https://businesshelp.snapchat.com/s/article/brand-suitability?language=en_US |
| Page loaded at (UTC): | Fri, 06 Mar 2026 05:04:58 GMT |
| Capture timestamp (UTC): | Fri, 06 Mar 2026 05:09:36 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 4 |
| Capture ID: | t8xtQhUav63yNrfnUxozLL |
| Display Name: | noelle.smith |

PDF REFERENCE #:    rmg8KRrhBT6Rka67pcMxDs

CONFIDENTIAL

SNAP-KSAG-00015136

Home    Spectacles    Download    Store    Stories    Map    Lens Studio    Kit    Snapcodes    Support    **Login**    **Snapchat Ads**

**Business Help Center**

How can we help?

Campaign Setup

> Getting Started
> Account Management
> Ad Creation
∨ **Campaign Setup**
  Housing, Employment, and Credit Ads
  How to Access the Brand Suitability Inventory Filter
  Brand Suitability
  Automatic Campaigns
  > Create a Campaign
  > Reserved Campaigns
  > Campaign Settings
  > Manage a Campaign
  > Ad Formats
  > Catalogs
  > Advertiser and Creator Collaborations
> Campaign Performance
> Troubleshooting
> Privacy and Security

ⓠ Contact Us

Suitability

ating ad sets in Ads Manager, advertisers have the option to select preferences, including Full, Standard, and Limited tier options.

ventory: Show ads near content that follows Snap's Community Guidelines. lter is set as default and maximizes reach.
ard Inventory: Show ads near content that may have sensitive themes.
d inventory: Show ads near highly brand suitable content, excluding t with mildly sensitive themes.

ote: This feature is rolling out to qualifying advertisers gradually and may not be to you at this time. If you are interested in access to these advertiser controls, ch out to your Snap representative.

| ent gory | Description | Full | Standard | Limited |
|---|---|---|---|---|
| ual on | Sexually suggestive subject matter involving minors, news coverage of stories related to child sexual exploitation | Excluded | Excluded | Excluded |
| | Revealing, non-nude body imagery in a non-suggestive context | Included | Included | Included |
| ual | Sexual health content, non-suggestive sexual content in the context of news, public interest commentary, or education | Included | Included | Excluded |
| | Sexually suggestive (not explicit) imagery or language | Included | Excluded | Excluded |
| | Depiction of nudity and sexual activity involving adults, sexual solicitation, explicit discussion of sex acts | Excluded | Excluded | Excluded |
| ent | Coverage or commentary about harassment that does not endorse it | Included | Included | Excluded |
| | Bullying, verbal abuse, intimidation, sharing non-consensual sexual imagery, and sexual harassment | Excluded | Excluded | Excluded |
| | Coverage or commentary about invasions of privacy, without endorsement. | Included | Included | Excluded |
| | Disclosure of another person's personally identifiable information, content depicting people without their consent in situations where they have a reasonable expectation of privacy | Excluded | Excluded | Excluded |
| | Coverage or commentary about threats, without endorsement. | Included | Included | Excluded |
| | Blackmail, extortion, threats of violence directed at a specific individual or group of individuals | Excluded | Excluded | Excluded |

Document title: Brand Suitability
Capture URL: https://businesshelp.snapchat.com/s/article/brand-suitability?language=en_US
Capture timestamp (UTC): Fri, 06 Mar 2026 05:09:36 GMT
CONFIDENTIAL

Page 1 of 3

SNAP-KSAG-00015137

reasonable expectation of privacy

| | | | | |
|---|---|---|---|---|
| | Coverage or commentary about threats, without endorsement. | Included | Included | Excluded |
| | Blackmail, extortion, threats of violence directed at a specific individual or group of individuals | Excluded | Excluded | Excluded |
| ...r ...g | Violence in the context of national news, education, or public discourse, where there is no graphic imagery of death or mutilation | Included | Included | Excluded |
| | Species that trigger common phobias, cosmetic procedures, body modification, animals in danger or distress in natural settings, without graphic imagery of death or gore | Included | Excluded | Excluded |
| | Graphic or gratuitous violent imagery, glorification of violence | Excluded | Excluded | Excluded |
| ...n and | Newsworthy coverage or commentary that does not glorify or depict self-harm or suicide | Included | Included | Excluded |
| | Content that depicts or glorifies self-harm or suicide | Excluded | Excluded | Excluded |
| ...ech | The use of "reclaimed" slurs by in-group members of the target of the slur; hate speech or symbols in the contexts of counter-speech, news, education, history, fiction | Included | Excluded | Excluded |
| | Content that demeans on the basis of protected class status, contains hate symbols or slurs, or glorifies hate crimes | Excluded | Excluded | Excluded |
| ...n and ...tremism | Newsworthy coverage or commentary that does not endorse terrorism or depict the moment of death. | Included | Included | Excluded |
| | Endorsement, praise, or depiction of terrorism and violent extremism | Excluded | Excluded | Excluded |
| ...l Goods ...ities | Incidental depiction of or reference to regulated goods and activities | Included | Included | Included |
| | Newsworthy coverage or social commentary related to regulated goods and activities, adults using alcohol in moderation | Included | Included | Excluded |
| | Financial advice | Excluded | Excluded | Excluded |
| | Content that promotes or facilitates the sale or abuse of regulated goods and activities | Excluded | Excluded | Excluded |
| ...ods and | Real weapons (guns, knives, swords, etc) in non-violent contexts (e.g. knives for cooking) | Included | Included | Included |
| | Coverage or commentary related to illegal goods or activities, without endorsement; movies, television shows, video games, or clearly-pretend comedy sketches that reference illegal goods or activities. | Included | Excluded | Excluded |
| | Facilitate or promote illegal activity, depict real modern lethal weapons | Excluded | Excluded | Excluded |
| | Coverage or commentary about dangerous activities that does not... | Included | Included | Excluded |

Scroll to Top

Document title: Brand Suitability
Capture URL: https://businesshelp.snapchat.com/s/article/brand-suitability?language=en_US
Capture timestamp (UTC): Fri, 06 Mar 2026 05:09:36 GMT
Page 2 of 3
CONFIDENTIAL                                                                 SNAP-KSAG-00015138

| | | | |
|---|---|---|---|
| ods and | ...illegal ...tent related to illegal goods or activities, without endorsement; movies, television shows, video games, or clearly-pretend comedy sketches that reference illegal goods or activities. | Included | Excluded | Excluded |
| | Facilitate or promote illegal activity, depict real modern lethal weapons | Excluded | Excluded | Excluded |
| JS | Coverage or commentary about dangerous activities that does not encourage imitation | Included | Included | Excluded |
| | Encouraging actions or "challenges" with serious safety risks, viral trends to imitate dangerous behavior | Excluded | Excluded | Excluded |
| d Spam | Coverage or commentary about fraud/spam that does not endorse it | Included | Included | Excluded |
| | Inauthentic behavior, engagement bait, deceptive marketing, intrusive self-promotion | Excluded | Excluded | Excluded |
| alse on | Newsworthy coverage or commentary that dispels harmful false information | Included | Included | Excluded |
| | Political false or unsubstantiated information, health-related false or unsubstantiated information, impersonations, denial of tragic events, and manipulated media that is false or misleading | Excluded | Excluded | Excluded |
| ial | Any promotion of a brand, product, event, or service | Included | Included | Included |
| ary | Coverage or commentary on events in the public interest, especially related to government policies; election content and advocacy or issue content | Included | Included | Excluded |

### Related Articles

Report Filters

Add Filter and Breakdown to Table View

Placement Options

How to Apply a Brand Safety Inventory Filter

Manage Ads Table Overview

Can't find what you're looking for?     Contact Us

**Company**

Snap Inc.

Careers

News

Privacy and Safety

**Community**

Snapchat Support

Spectacles Support

Community Guidelines

**Advertising**

Snapchat Ads

Advertising Policies

Political Ads Library

Brand Guidelines

Promotions Rules

**Legal**

Other Terms & Policies

Law Enforcement

Cookie Policy

Report Infringement

Snap Inc.    Privacy Policy    Terms of Service    **Language**  English (    Scroll to Top

Document title: Brand Suitability

Capture URL: https://businesshelp.snapchat.com/s/article/brand-suitability?language=en_US

Capture timestamp (UTC): Fri, 06 Mar 2026 05:09:36 GMT

Page 3 of 3

CONFIDENTIAL

SNAP-KSAG-00015139