.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>        Plaintiff,<br><br>        v.<br><br>SNAP INC.,<br><br>        Defendant. | Case No. 5:25-cv-04109-DDC-GEB |

### NOTICE OF PROVISIONAL FILING UNDER SEAL

Defendant Snap Inc. ("Snap"), pursuant to D. Kan. Rule 5.4.2, hereby provides notice that

Snap has provisionally filed the following documents under seal:

| Document Number | Title/Description | Proposal |
|---|---|---|
| [Doc. 51] | Defendant Snap Inc.'s Sur-reply to the State's Motion to Remand | The Sur-reply contains references to and excerpts from emails (and attachments thereto) exchanged between Snap, its partners, federal agencies, and marketing agencies working on behalf of the federal agencies, and other documents produced by Snap concerning the federal agencies' advertising campaigns. These documents were produced by Snap with the "Confidential" designation pursuant to the Court's Protective Order. Snap proposes that this Sur-reply be filed under seal. |

| Document Number | Title/Description | Proposal |
|---|---|---|
| Ex. 2 | 11/13/25 email exchange between Snap, DHS officials, and DHS's marketing agency regarding performance of DHS's Pledge2Protect Snapchat campaign | Snap has designated this document as "Confidential" pursuant to the Court's Protective Order. Snap proposes that this exhibit be filed under seal. |
| Ex. 3 | 1/6/2025 calendar invitation for the FDA & Snapchat's "Bi-Weekly Partnership Call" | Snap has designated this document as "Confidential" pursuant to the Court's Protective Order. Snap proposes that this exhibit be filed under seal. |
| Ex. 4 | 10/2/2024 email exchange between Snap, its partners, and the FDA's marketing agency discussing the FDA's "Don't Pollute Yourself" Lens | Snap has designated this document as "Confidential" pursuant to the Court's Protective Order. Snap proposes that this exhibit be filed under seal. |
| Ex. 5 | Feedback notes for the FDA's "Don't Pollute Yourself" Lens | Snap has designated this document as "Confidential" pursuant to the Court's Protective Order. Snap proposes that this exhibit be filed under seal. |
| Ex. 6 | Storyboard and feedback for the FDA's "The Real Nightmare" Lens | Snap has designated this document as "Confidential" pursuant to the Court's Protective Order. Snap proposes that this exhibit be filed under seal. |
| Ex. 7 | Know2Protect Lens Creative Brief | Snap has designated this document as "Confidential" pursuant to the Court's Protective Order. Snap proposes that this exhibit be filed under seal. |
| Ex. 9 | 10/8/24 email exchange between Snap, its partners, DHS, and DHS's marketing agency regarding DHS's "Know2Protect" Lens | Snap has designated this document as "Confidential" pursuant to the Court's Protective Order. Snap proposes that this exhibit be filed under seal. |

| Document Number | Title/Description | Proposal |
|---|---|---|
| Ex. 13 | Ad placement spreadsheet for DHS's Know2Protect and Pledge2Protect 2024-2025 Snapchat campaigns | Snap has designated this document as "Confidential" pursuant to the Court's Protective Order. Snap proposes that this exhibit be filed under seal. |
| Ex. 14 | Ad placement spreadsheet for the FDA's The Real Cost 2024-2025 Snapchat campaigns | Snap has designated this document as "Confidential" pursuant to the Court's Protective Order. Snap proposes that this exhibit be filed under seal. |

Snap intends to maintain the confidentiality of these documents and will file a timely Motion to Seal and Redact pursuant to D. Kan. Rule 5.4.2 (c).

DATED: April 24, 2026                          Respectfully submitted,


By: /s/ *Brian C. Fries*
　　Brian C. Fries (KS #15889)
　　Carrie E. Josserand (KS #18893)
　　Timothy J. Hadachek (KSD # 79038)
　　LATHROP GPM LLP
　　2345 Grand Boulevard, Suite 2200
　　Kansas City, MO 64108-2618
　　Tel: (816) 292-2000
　　brian.fries@lathropgpm.com
　　carrie.josserand@lathropgpm.com
　　timothy.hadachek@lathropgpm.com

　　Edward D. Greim (KS #21077)
　　Paul E. Brothers (KS #26863)
　　Matthew R. Mueller (KS #28499)
　　Katherine E. Mitra (KS #79151)
　　GRAVES GARRETT GREIM LLP
　　1100 Main Street, Suite 2700
　　Kansas City, Mo64105
　　Tel: (816) 256-3181
　　edgreim@gravesgarrett.com
　　pbrothers@gravesgarrett.com
　　mmueller@gravesgarrett.com
　　kmitra@gravesgarrett.com

　　Jeannie S. Rhee (admitted *pro hac vice*)
　　L. Rush Atkinson (admitted *pro hac vice*)
　　Kyle Smith (admitted *pro hac vice*)
　　Elizabeth N. Brandt (admitted *pro hac vice*)
　　DUNN ISAACSON RHEE LLP
　　401 Ninth Street, NW
　　Washington, D.C. 20004-2637
　　Tel: (202) 240-2900
　　jrhee@dirllp.com
　　ratkinson@dirllp.com
　　ksmith@dirllp.com
　　ebrandt@dirllp.com

　　Christine M. Ray (admitted *pro hac vice*)
　　DUNN ISAACSON RHEE LLP
　　11 Park Place
　　New York, NY 10007
　　Tel:  (212) 470-1306
　　cray@dirllp.com

*Attorneys for Defendant Snap Inc.*

-4-

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Brian C. Fries*
Brian C. Fries
An Attorney for Defendant

82601104v1