# Exhibit 16

**Page Vault**

| | |
|---|---|
| Document title: | How Pricing Works |
| Capture URL: | https://businesshelp.snapchat.com/s/article/auction-pricing?language=en_US |
| Page loaded at (UTC): | Fri, 24 Apr 2026 16:14:30 GMT |
| Capture timestamp (UTC): | Fri, 24 Apr 2026 16:14:51 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/10.80.0 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 2 |
| Capture ID: | qfAbwGdt2N4mjWWjnBgkqi |
| Display Name: | noelle.smith |

PDF REFERENCE #:    mvjVRc5e866VFvVfcJYtju

Login     Snapchat Ads

**Business Help Center**

How can we help?

Campaign Setup > Create a Campaign > Snap Auction

> Getting Started
> Account Management
> Ad Creation
∨ **Campaign Setup**
  Housing, Employment, and Credit Ads
  How to Access the Brand Suitability Inventory Filter
  Brand Suitability
  Automatic Campaigns
  ∨ Create a Campaign
    Campaign Creation Guide
    > Campaign Creation
    > Available Campaign Objectives
    > Split Testing
    > Campaign Spend Caps & Budgets
    > Ad and Ad Set Creation
    > Bulk Location Upload
    > Audience & Location Targeting
    > Bidding Strategies
    > Custom Audiences
    ∨ Snap Auction
      How the Snap Auction Works
      How Pricing Works
      How Goal-Based Bidding Impacts Auction Dynamics
  > Reserved Campaigns
  > Campaign Settings
  > Manage a Campaign
  > Ad Formats
  > Catalogs
  > Advertiser and Creator Collaborations
> Campaign Performance
> Troubleshooting
> Privacy and Security

⑦ Contact Us

## How Pricing Works

There is no set pricing model, as pricing is majorly dependent on Goal-Based Bidding, which means you will be bidding on a specific goal such as Clicks, Impressions, or Shares. Your campaign will be delivered to optimize towards your selected goal at the lowest cost by showing your ad to Snapchatters who are most likely to take the action you choose.

How much you spend overall on the campaign will depend on a few different factors including your bid, bid goal, performance, and budget. Regardless of your bid goal, you will be charged per impression.

**Learn More**:

- Set or Edit a Bid Amount

- How Goal-Based Bidding Impacts Auction Dynamics

**Related Articles**

How the Snap Auction Works                    How Location Targeting Works

How Catalog Diagnostics Works                 How Split Testing Works

Ensighten Tag Management Solution

Can't find what you're looking for?     Contact Us

**Company**
Snap Inc.
Careers
News
Privacy and Safety

**Community**
Snapchat Support
Spectacles Support
Community Guidelines

**Advertising**
Snapchat Ads
Advertising Policies
Political Ads Library
Brand Guidelines
Promotions Rules

**Legal**
Other Terms & Policies
Law Enforcement
Cookie Policy
Report Infringement

Document title: How Pricing Works
Capture URL: https://businesshelp.snapchat.com/s/article/auction-pricing?language=en_US
Capture timestamp (UTC): Fri, 24 Apr 2026 16:14:51 GMT