# Exhibit 17



| | |
|---|---|
| Document title: | How the Snap Auction Works |
| Capture URL: | https://businesshelp.snapchat.com/s/article/snap-auction-overview?language=en_US |
| Page loaded at (UTC): | Fri, 24 Apr 2026 16:10:31 GMT |
| Capture timestamp (UTC): | Fri, 24 Apr 2026 16:11:56 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/10.80.0 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 2 |
| Capture ID: | 4XmF26GpuN6a3zktnKkHBv |
| Display Name: | noelle.smith |

PDF REFERENCE #:    nGgrgWtWwvxdjNi3wNex5v

Home    Spectacles    Download    Store    Stories    Map    Lens Studio    Kit    Snapcodes    Support      Login    Snapchat Ads

🙂 **Business Help Center**    How can we help?

Campaign Setup > Create a Campaign > Snap Auction

> Getting Started
> Account Management
> Ad Creation
∨ **Campaign Setup**
   Housing, Employment, and Credit Ads
   How to Access the Brand Suitability Inventory Filter
   Brand Suitability
   Automatic Campaigns
   ∨ **Create a Campaign**
      Campaign Creation Guide
     > Campaign Creation
     > Available Campaign Objectives
     > Split Testing
     > Campaign Spend Caps & Budgets
     > Ad and Ad Set Creation
     > Bulk Location Upload
     > Audience & Location Targeting
     > Bidding Strategies
     > Custom Audiences
     ∨ **Snap Auction**
        How the Snap Auction Works
        How Pricing Works
        How Goal-Based Bidding Impacts Auction Dynamics
   > Reserved Campaigns
   > Campaign Settings
   > Manage a Campaign
   > Ad Formats
   > Catalogs
   > Advertiser and Creator Collaborations
> Campaign Performance
> Troubleshooting
> Privacy and Security

ⓘ Contact Us

## How the Snap Auction Works

Learn the basics of Snapchat's auction system, including the main responsibilities of the system.

Snap Auction has two primary responsibilities:

- Serving the right ad to the right user
- Determining how much to charge the winning ad

To "serve the right ad to the right user," our auction balances the interests of the advertiser, the consumer, and Snap's advertising platform.

We want to drive positive advertiser value and a healthy advertising platform, while also ensuring consumers continue to have positive experiences on the platform.

To achieve this, auction winners are not solely selected based on the advertiser's monetary bid, but rather, through the inclusion of quality and relevance components. We may make adjustments to advertiser bids or auction dynamics that could impact auction outcomes and prices to help:

- Improve ad quality and relevance
- Test or support for ad types and ad products
- Optimize the auction
- Improve inventory usage, comply with law
- Enforce our terms, policies and other standards including fostering a safe and trustworthy environment on our platform

However, we won't charge you more than your bid to show your ad.

**Learn More**:

- How Pricing Works
- Set or Edit a Bid Amount
- How Goal-Based Bidding Impacts Auction Dynamics

**Related Articles**

How to Promote a Snap in Profile Manager     About the Snap App ID

Sponsored Snaps     About Snap Pixel

Single Image or Video Specifications

Can't find what you're looking for?    Contact Us

**Company**
Snap Inc.
Careers
News
Privacy and Safety

**Community**
Snapchat Support
Spectacles Support
Community Guidelines

**Advertising**
Snapchat Ads
Advertising Policies
Political Ads Library
Brand Guidelines
Promotions Rules

**Legal**
Other Terms & Policies
Law Enforcement
Cookie Policy
Report Infringement

Document title: How the Snap Auction Works
Capture URL: https://businesshelp.snapchat.com/s/article/snap-auction-overview?language=en_US
Capture timestamp (UTC): Fri, 24 Apr 2026 16:11:56 GMT