# Exhibit 18



| | |
|---|---|
| Document title: | Auto-Bidding |
| Capture URL: | https://businesshelp.snapchat.com/s/article/auto-bidding?language=en_US |
| Page loaded at (UTC): | Fri, 24 Apr 2026 16:13:47 GMT |
| Capture timestamp (UTC): | Fri, 24 Apr 2026 16:14:04 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/10.80.0 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 2 |
| Capture ID: | oihXk2kTo9q4WdcRTvq4Zy |
| Display Name: | noelle.smith |

PDF REFERENCE #:    qXhe6KYourujzfTouHfRsM

Home   Spectacles   Download   Store   Stories   Map   Lens Studio   Kit   Snapcodes   Support   Login   Snapchat Ads

**Business Help Center**

How can we help?

Campaign Setup > Create a Campaign > Bidding Strategies

> Getting Started
> Account Management
> Ad Creation
> **Campaign Setup**
  Housing, Employment, and Credit Ads
  How to Access the Brand Suitability Inventory Filter
  Brand Suitability
  Automatic Campaigns
  > **Create a Campaign**
    Campaign Creation Guide
    > Campaign Creation
    > Available Campaign Objectives
    > Split Testing
    > Campaign Spend Caps & Budgets
    > Ad and Ad Set Creation
    > Bulk Location Upload
    > Audience & Location Targeting
    > **Bidding Strategies**
      Bidding Strategies Overview
      What is Goal Based Bidding?
      Auto-Bidding
      Target Cost
      Max Bid
      Suggested Bids
      Learning Phase
      Delivery Optimization Windows
    > Custom Audiences
    > Snap Auction
  > Reserved Campaigns
  > Campaign Settings
  > Manage a Campaign
  > Ad Formats
  > Catalogs
  > Advertiser and Creator Collaborations
> Campaign Performance
> Troubleshooting
> Privacy and Security

② Contact Us

## Auto-Bidding

This bidding strategy allows Snapchat to set the bid on your behalf to get the most goal actions given the budget and target audience.

We recommend using Auto-Bid if your main objective is ensuring full budget delivery and don't have strict cost per action objectives.

*Things to Note*:

- Auto-bid will automatically set bids that are optimized for your campaign goals while staying within your budget. We'll dynamically adjust this bid on approximately a daily basis to make sure your ads stay competitive in the auction.

- We will try to optimize for the most efficient cost per goal such that it is consistent with ads targeted to similar audiences on the platform. However, we cannot guarantee that your campaign will deliver in full due to variables such as the creative interaction rate, current auction dynamics, target audience size, etc.

**Learn More**:

- How Goal-Based Bidding Impacts Auction Dynamics

### Related Articles

| | |
|---|---|
| Bidding Strategies Overview | Set a Bid Amount |
| Auto-UTMs (Validate Your UTM Parameters) in Ads Manager | Auto-Fill FAQs |
| How Goal-Based Bidding Impacts Auction Dynamics | |

Can't find what you're looking for?    Contact Us

**Company**     **Community**     **Advertising**     **Legal**