# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **STATE OF KANSAS,** *ex rel.* **KRIS W. KOBACH, Attorney General,** <br><br> Plaintiff(s), <br><br> v. <br><br> **SNAP INC.,** <br><br> Defendant(s). | ) ) ) ) ) ) CASE NO.  5:25-CV-04109-DDC-GEB ) ) ) ) ) ) ) |

### ATTORNEY GENERAL'S RESPONSE TO SNAP'S MOTION TO SEAL

After Plaintiff State of Kansas, *ex rel.* Kris W. Kobach, Attorney General of the State of Kansas, (the "Attorney General") provisionally filed his reply in support of his motion to remand and supporting exhibits under seal, Defendant Snap Inc. ("Snap") moved to redact portions of the Attorney General's reply and Exhibits 1 through 6 and 8 through 18 and to seal Exhibit 7 in its entirety, DE50. The Attorney General respectfully submits that he does not oppose the relief requested in Snap's motion.

Dated: April 27, 2026

David H. Thompson*
Brian W. Barnes*
Megan M. Wold*
Jack Tucker*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com

Respectfully submitted,

/s/ *Paul Shipp*
Paul Shipp (KS #20263)
Assistant Attorney General
Office of the Attorney General
Public Protection Division
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
Tel: 785-296-3751
Fax: 785-291-3699
paul.shipp@ag.ks.gov

bbarnes@cooperkirk.com
mwold@cooperkirk.com
jtucker@cooperkirk.com

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of Kansas by using the District Court's CM/ECF system on April 27, 2026. Participants in the case are registered CM/ECF users, and service will be accomplished by the District Court's CM/ECF system.

Dated: April 27, 2026                                    /s/ *Paul Shipp*
                                                          Paul Shipp
                                                          *Attorney for Plaintiff*