.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

STATE OF KANSAS, *ex rel.* KRIS W.
KOBACH, Attorney General,

      Plaintiff,

      v.

SNAP INC.,

      Defendant.

Case No. 5:25-cv-04109-DDC-GEB

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE, effective July 13, 2026, Lathrop GPM LLP moved its Kansas

City office to 2323 Grand Boulevard, Suite 800, Kansas City, Missouri 64108.  All other contact

information remains the same.

DATED: July 15, 2026

Respectfully submitted,

By: /s/ *Brian C. Fries*
    Brian C. Fries (KS #15889)
    Carrie E. Josserand (KS #18893)
    Timothy J. Hadachek (KSD #79038)
    LATHROP GPM LLP
    2323 Grand Boulevard, Suite 800
    Kansas City, MO 64108-2618
    Tel: (816) 292-2000
    brian.fries@lathropgpm.com
    carrie.josserand@lathropgpm.com
    timothy.hadachek@lathropgpm.com

    *Attorneys for Defendant Snap Inc.*

1

83085647v1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 15, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Brian C. Fries*
Brian C. Fries
An Attorney for Defendant Snap Inc.

83085647v1