**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,** | ) <br> ) <br> ) |
| **Plaintiff(s),** | ) <br> ) |
| | ) **CASE NO.   5:25-CV-04109-DDC-GEB** |
| | ) |
| **v.** | ) <br> ) |
| **SNAP INC.,** | ) <br> ) |
| | ) |
| **Defendant(s).** | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

COMES NOW Jack W. Tucker and, pursuant to D. Kan. Rule 83.5.5(b), hereby gives notice of his withdrawal as counsel of record for Plaintiff in the above-captioned action.

Plaintiff will continue to be represented in this action by listed counsel, who have entered an appearance and remain counsel of record for Plaintiff. Plaintiff will not be left without counsel.

Dated: July 17, 2026                                Respectfully submitted,

/s/ *Paul Shipp*
Paul Shipp (KS #20263)
Assistant Attorney General
Office of the Attorney General
Public Protection Division
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
Tel: 785-296-3751
Fax: 785-291-3699
paul.shipp@ag.ks.gov

*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of Kansas by using the CM/ECF system on July 17, 2026. Participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.


Dated: July 17, 2026                              /s/ *Paul Shipp*
                                                  Paul Shipp
                                                  *Attorney for Plaintiff*