# EXHIBIT 1

**From:** [redacted]
**Sent:** 1/23/2023 12:50:07 PM
**To:** [redacted]
**CC:** Jacqueline Beauchere [redacted]
**Subject:** Re: Human Trafficking PSA/Follow-Up

Hi [redacted]

Unfortunately, we are not able to manage the ad campaign on behalf of HSI -- apologies for the inconvenience!

Best,
[redacted]

On Mon, Jan 23, 2023 at 9:30 AM [redacted] wrote:

> [redacted]
>
> Good morning,
>
> I hope you had a great weekend! [redacted]
>
> Sent with BlackBerry Work
> (www.blackberry.com)
>
> ---
>
> **From:** [redacted]
> **Date:** Friday, Jan 13, 2023 at 5:18 PM
> **To:** [redacted]
> **Cc:** Jacqueline Beauchere [redacted]
> **Subject:** Re: Human Trafficking PSA/Follow-Up
>
> [redacted]
>
> Hi [redacted],
>
> [redacted]
>
> [redacted]
>
> Best,
> [redacted]
>
> On Thu, Jan 12, 2023 at 2:30 PM [redacted] wrote:
>
> > Hi [redacted],

Thanks so much for the update – that is great news! [redacted] Once you sign up for the account, could you let me know the username?

I think trimming down one of those videos for the ad would work well. [redacted]

Best,
[redacted]

On Mon, Jan 9, 2023 at 11:25 AM [redacted] wrote:

Good Morning [redacted] & Jacqueline,

Happy New Year!

Great News! [redacted]

I was informed that a 30 seconds clip was request and the HT series below is what I had in mind:

Youth Human Trafficking Scenario Animated Series

National Human Trafficking Text Line

HSI Tip Line: 1-866-347-2423

Please let me know if we should schedule another call to discuss or if there's anything else that I need to be aware of before I create the page. I was not present at the previous meetings, so I want to make sure I'm not missing anything.

Thank you! I look forward to hearing back.

Kind Regards,

[redacted]

**From:** [redacted]
**Sent:** Friday, December 9, 2022 11:55 AM
**To:** [redacted]
**Cc:** Jacqueline Beauchere [redacted]
**Subject:** Re: Human Trafficking PSA/Follow-Up

[redacted]

Hi [redacted],

Thanks so much for the update! We're hopeful we can make something work, so please let us know how things progress on your end. We are also always happy to answer any questions.

Best,
[redacted]

On Fri, Dec 9, 2022 at 11:16 AM [redacted] wrote:

Good Morning!

[redacted] & Jacqueline:

I hope you all are keeping well? [redacted]

I will be sure to keep you informed.

Thank you.

Kind Regards,

[redacted] DBA
[redacted]

[redacted]

On Thu, Aug 18, 2022 at 4:04 PM [redacted] wrote:

Hi [redacted],

It was great speaking with you a couple weeks ago! Thank you for your time.

[redacted]

Let me know your thoughts, thank you!

Best,
[redacted]

On Thu, Jun 23, 2022 at 12:08 PM [redacted] wrote:

Thank you!

On Thu, Jun 23, 2022 at 12:07 PM [redacted] wrote:

Absolutely! I added [redacted] to the meeting.

Thanks very much.

Kind Regards,

[redacted]

**From:** [redacted]
**Sent:** Thursday, June 23, 2022 11:51 AM
**To:** Jacqueline Beauchere [redacted]
**Cc:** [redacted]
**Subject:** Re: Human Trafficking PSA/Follow-Up

[redacted]

Thank you, both. Adding [redacted] who will cover for policy partnerships [redacted], thank you for coordinating -- could you please kindly add [redacted] so she can join?

Thanks very much.

On Thu, Jun 23, 2022 at 6:09 AM Jacqueline Beauchere [redacted] wrote:

> Thank you, [redacted], and accepted.
>
> The date and time do not work for [redacted] in the end, but I will see if another colleague may be available. Otherwise, I am happy to start the process.
>
> Regards,
>
> Jacqueline
>
> On Thu, Jun 23, 2022 at 1:00 AM [redacted] wrote:
>
> > Hi Jacqueline—Thank you for confirming your availability!
> >
> > The MS Teams invite was sent to you, we look forward to meeting with you to explore avenues for future collaboration.
> >
> > Thank you, again! Have a good evening.
> >
> > Kind Regards,
> >
> > [redacted]

[redacted]

**From:** Jacqueline Beauchere [redacted]
**Sent:** Wednesday, June 22, 2022 7:44 PM
**To:** [redacted]
**Cc:** Rachel Hochhauser [redacted]>; [redacted]
**Subject:** Re: Human Trafficking PSA/Follow-Up

[redacted]

Thank you again for your patience, [redacted]. Timing is certainly a challenge!

I am currently holding August 9 from 11:00 ET until 11:45 ET on our calendars.

Please feel free to send a confirmed meeting request.

Regards,
Jacqueline

On Wed, Jun 22, 2022 at 5:23 PM [redacted] wrote:

> Hi Jacqueline,
>
> Thanks very much for your prompt response. We appreciate your time. Our availability is as follows:
>
> July 27th & 28th, 1pm-4pm ET
> Aug 2nd, 3rd, 9th &10th, 11am-2pm ET
>
> Please let me know if any of those dates will work. We can adjust to a date that is functional for you and your team, as well. Just let us know.
>
> Thanks very much!
>
> Kind Regards,
> [redacted]

[redacted]

[redacted]

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Jacqueline Beauchere [redacted]
**Date:** Wednesday, Jun 22, 2022, 6:01 PM
**To:** [redacted]
**Cc:** Rachel Hochhauser [redacted]
**Subject:** Re: Human Trafficking PSA/Follow-Up

[redacted]

Many thanks for getting back to us, [redacted]

As luck would have it, you've picked the very dates that we will be traveling to and attending an internal organizational meeting.

Might you have some alternate dates that you can propose?

Apologies for the back-and-forth, but this may take a bit of time, given the time of year.

Appreciate your patience and thanks again,
Jacqueline

On Wed, Jun 22, 2022 at 8:12 AM [redacted] wrote:

> Greetings Jaqueline & [redacted]
>
> It's nice to "meet" you. As of now, we are available for a meeting on July 19th, 20th & 21st —11am - 2pm ET

Please let me know if any of those dates/times will work for you.

Thanks very much.

Kind Regards,
[redacted] DBA
[redacted]

[redacted]

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Jacqueline Beauchere [redacted]
**Date:** Monday, Jun 20, 2022, 4:35 AM
**To:** Rachel Hochhauser [redacted]
**Cc:** [redacted]
**Subject:** Re: Human Trafficking PSA/Follow-Up

[redacted]

Many thanks, Rachel, and hello, [redacted]. Pleasure to "meet" you.

Happy to start coordinating as to when we can all speak. (I apologize in advance for my potential limited availability, while on business travel largely through the end of the month.)

Kindly propose some dates and times that work for you all, and [redacted] and I can work off of your availability.

Look forward to connecting.

Regards,

Jacqueline

On Fri, Jun 17, 2022 at 9:22 AM Rachel Hochhauser [redacted] wrote:

Hi [redacted],

I am pleased to introduce you to two members of our Global Policy Team, Jacqueline Beauchere, Global Head of Platform Safety, and [redacted] Head of Policy Partnerships and Social Impact. Jacqueline and [redacted] are best situated to [redacted]

I will leave it to you all to coordinate from here and please let me know if I can be of further assistance.

Kind regards,

Rachel

On Fri, Jun 10, 2022 at 12:45 PM [redacted] wrote:

[redacted]

Thank you for the follow up. We are currently discussing the issue internally to determine the appropriate way to proceed. We hope to have an update soon. Myself or Rachel will touch base with you and your team sometime next week.

Have a great weekend.

Regards,

[redacted]

On Fri, Jun 10, 2022 at 9:24 AM [redacted] wrote:

[redacted] and Rachel,

Thank you both once again [redacted]

[redacted]

In light of this, we were hoping to get the ball rolling on planning/coordinating and tailoring this announcement.

Could you kindly let us know who on the team we would communicate with to arrange this? I recall you mentioning that it would be outside of our current line of communication.

I have CC'ed [redacted] our Mission Support Specialist, for coordination.

Thank you,

[redacted]

[redacted] | [redacted]

[redacted]

[redacted] | [redacted]

[redacted]

--

[redacted] | Head of Law Enforcement Outreach | Snap Inc.

[redacted]

--

[redacted]

Public Policy | Head of Policy Partnerships + Social Impact

[redacted]

--

[redacted]

Public Policy | Head of Policy Partnerships + Social Impact

[redacted]