# EXHIBIT 2

**From:** [redacted]
**Sent:** Thur 7/18/2024 9:29:24 AM (UTC-07:00)
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: K2P x Snap Lens Kickoff!
**Attachment:** [redacted]

Hi Snap team!

[redacted]

Let us know if you have questions.

Thanks!

[redacted]

---

**From:** [redacted]
**Sent:** Tuesday, July 16, 2024 5:48 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** [EXT] Re: K2P x Snap Lens Kickoff!

Hi K2P Team,

It was so great to see you all last week, as always!

[redacted]
They are super excited to be working on this project and wanted to confirm the following:

- [redacted] I know that's short notice, so we can even extend to Thursday or Friday EOD at the latest. [redacted]

- [redacted]

Once we have those, I can introduce you to the production team to streamline the approval process.
[redacted]

Please reach out with any questions you have in the meantime!

All the best,
[redacted]

On Tue, Apr 23, 2024 at 12:04 PM [redacted] wrote:
Thank you [redacted] will be in direct contact [redacted]

[redacted]
Know2Protect, Campaign Support
Know2Protect | Homeland Security (dhs.gov)
[redacted]

---

**From:** [redacted]
**Sent:** Tuesday, April 23, 2024 2:57 PM
**To:** [redacted]
**Subject:** K2P x Snap Lens Kickoff!

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi team!

It was lovely to see you all, thanks for taking the time to connect. [redacted]
Please let us know if you have any questions in the meantime.

All the best,
[redacted]
--
[redacted]
Global Public Policy + Partnerships
Snap Inc.

--

[redacted] | Global Public Policy & Partnerships

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

[redacted] refers to a [redacted] member firm, one of its related entities, or [redacted]. Each [redacted] member firm is a separate legal entity and a member of [redacted] does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1