# EXHIBIT 3

---

**From:** [redacted]
**Sent:** Tue 10/8/2024 6:48:58 AM (UTC-07:00)
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: FINAL APPROVAL: K2P x [redacted] - Snap Lens Production
**Attachment:** [EXT] [redacted]

Good Morning [redacted]

Thanks!

[redacted]

---

**From:** [redacted]
**Sent:** Tuesday, October 8, 2024 8:46 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** [EXT] RE: FINAL APPROVAL: K2P x [redacted] - Snap Lens Production

Hey [redacted]

[redacted], [redacted]

Thanks!

[redacted]

Know2Protect
Homeland Security Investigations
U.S. Department of Homeland Security
Know2Protect | Homeland Security (dhs.gov)

know2protect™
Together We Can Stop Online Child Exploitation

---

**From:** [redacted]
**Sent:** Tuesday, October 8, 2024 9:31 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: FINAL APPROVAL: K2P x [redacted] - Snap Lens Production

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you

recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

---

**From:** [redacted]
**Sent:** Thursday, October 3, 2024 1:03 PM
**To:** [redacted]
**Subject:** FW: FINAL APPROVAL: K2P x [redacted] - Snap Lens Production

---

**From:** [redacted]
**Sent:** Friday, August 23, 2024 2:21 PM
**To:** [redacted]; [redacted]
**Cc:** [redacted]
**Subject:** FINAL APPROVAL: K2P x [redacted] - Snap Lens Production

Hi [redacted]!

I downloaded the documents from the email below and attached them. [redacted] I can let [redacted] know that we are good to go so that we can have the lens **go live on Monday** if it all looks good to you!

Thanks,

[redacted]

---

**From:** [redacted]
**Sent:** Thursday, August 22, 2024 7:45 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** [EXT] Re: K2P x [redacted] - Snap Lens Production

Hi Team,
We are happy to share the final round of the lens build! [redacted]

[redacted]

We will also need access to your lens account to upload the build. Could you please add me ([redacted]) as a lens creator? Also, how would you like to name the lens? The name can only be 18 characters long and cannot include any special characters.

**PROJECT RESOURCES**
Snapchat AR Lens
Demo Video
Feedback doc (attached PDF)

**TIMELINE**

| Snap Policy - Know2Protect Lens<br>Project Timeline | | |
|---|---|---|
| **Due Date** | **Deliverable** | **Ownership** |
| | **Storyboard** | |
| Thu, Aug 22 | Final Lens Submitted | [redacted] |
| ***Mon, Aug 26*** | ***Client Approval***<br>*No creative changes can be accepted at this point to preserve launch d*[redacted] | |
| | **Trafficking** | |
| Tue, Aug 27 | Approved Lens Uploaded to Ad Account | |
| Wed, Aug 28 | Live Date | |
| | **Note: Delayed assets and/or feedback may result in timeline changes* | |

Best,
[redacted]
*Creative Project Manager*

[redacted]

On Wed, Aug 21, 2024 at 3:29 PM [redacted]> wrote:
Hi [redacted] & team,

The final build will be ready for your review by tomorrow.

Best,
[redacted]
*Creative Project Manager*

[redacted]

On Wed, Aug 21, 2024 at 2:31 PM [redacted] wrote:
Hi [redacted]

You can proceed with incorporating [redacted] feedback into the next build.

Thanks!

[redacted]

---

**From:** [redacted]
**Sent:** Wednesday, August 21, 2024 1:26 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** [EXT] Re: K2P x [redacted] - Snap Lens Production

Hi team,

[redacted]

[redacted]

[redacted] If you could let us know by the end of the day, that would help us stay on track with the release date.

**TIMELINE**

| Snap Policy - Know2Protect Lens<br>Project Timeline | | |
|---|---|---|
| **Due Date** | **Deliverable** | **Ownership** |
| | **Storyboard** | |
| ***Tue, Aug 20*** | ***R2 Feedback from Client*** | [redacted] |
| Thu, Aug 22 | Final Lens Submitted | |
| Mon, Aug 26 | Client Approval<br>*No creative changes can be accepted at this point to preserve launch date* | |
| | **Trafficking** | |
| Tue, Aug 27 | Approved Lens Uploaded to Ad Account | |
| Wed, Aug 28 | Live Date | |
| | **Note: Delayed assets and/or feedback may result in timeline changes* | |

Best,
[redacted]
*Creative Project Manager*
[redacted]

On Mon, Aug 19, 2024 at 9:28 AM [redacted]> wrote:
Hi [redacted]

[redacted]

[redacted]

Please let us know if you have any other feedback.

We will also need access to your lens account to upload the build. Could you please add me ([redacted] as a lens creator? Also, how would you like to name the lens? The name can only be 18 characters long and cannot include any special characters.

Best,
[redacted]
*Creative Project Manager*

[redacted]

On Mon, Aug 19, 2024 at 7:50 AM [redacted] wrote:

Hi [redacted]

[redacted]

Thanks again for your work on this,

[redacted]

---

**From:** [redacted]
**Date:** Saturday, August 17, 2024 at 2:26 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** [EXT] Re: K2P x [redacted] - Snap Lens Production

Hi Team,

We are happy to share the second round of the lens build! [redacted]

[redacted]

Please let us know if you are aligned with these changes. If you could share your feedback by 8/20, it would help us stay on the current timeline.

**PROJECT RESOURCES**

Snapchat AR Lens

Demo Video

Feedback doc (attached PDF)

**TIMELINE**

| Snap Policy - Know2Protect Lens<br>Project Timeline | | |
|---|---|---|
| **Due Date** | **Deliverable** | **Ownership** |
| | **Storyboard** | |
| ***Tue, Aug 20*** | ***R2 Feedback from Client*** | [redacted] |
| Thu, Aug 22 | Final Lens Submitted | |
| Mon, Aug 26 | Client Approval<br>*No creative changes can be accepted at this point to preserve the launch date* | |

| Trafficking | | |
|---|---|---|
| Tue, Aug 27 | Approved Lens Uploaded to Ad Account | [redacted] |
| Wed, Aug 28 | Live Date | |
| **Note: Delayed assets and/or feedback may result in timeline changes* | | |

Best,
[redacted]
Creative Project Manager
[redacted]

On Tue, Aug 13, 2024 at 11:25 AM [redacted] wrote:
I was using the iphone 15 to view the filter.

[redacted]

---

**From:** [redacted]
**Date:** Tuesday, August 13, 2024 at 2:23 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** [EXT] Re: K2P x [redacted] - Snap Lens Production

Hi [redacted]

[redacted]

Best,
[redacted]
Creative Project Manager
**Error! Filename not specified.**
[redacted]

On Tue, Aug 13, 2024 at 10:33 AM [redacted] wrote:
Hi [redacted] & team,

Thank you for your detailed feedback! 😀 We're happy to hear that you like the lens overall. We'll review it and let you know if we have any questions.

Best,
[redacted]
*Creative Project Manager*
***Error! Filename not specified.***
[redacted]

On Tue, Aug 13, 2024 at 10:29 AM [redacted] wrote:
Hello [redacted]

Thank you for providing the initial version of the Snapchat filter. [redacted]

Please let us know if you have any questions regarding our feedback and we look forward to seeing the next iteration.

Thanks again,
[redacted]

---

**From:** [redacted]
**Date:** Saturday, August 10, 2024 at 12:25 AM
**To:** [redacted]
**Cc:** [redacted]

[redacted]>, Jillian [redacted]
**Subject:** [EXT] Re: K2P x [redacted] - Snap Lens Production

Hi Team,

We are happy to share the first round of the lens build! If you could share your feedback by 8/13, it would help us stay on the current timeline.

**PROJECT RESOURCES**

Snapchat AR Lens
Demo Video
Feedback doc (attached PDF)

**TIMELINE**

| Snap Policy - Know2Protect Lens Project Timeline | | |
|---|---|---|
| **Due Date** | **Deliverable** | **Ownership** |
| | **Lens Production** | |
| Fri, Aug 9 | R1 Lens Submitted | [redacted] |
| ***Tue, Aug 13*** | ***R1 Feedback from Client*** | |
| Fri, Aug 16 | R2 Lens Submitted | |
| Tue, Aug 20 | R2 Feedback from Client | |
| Thu, Aug 22 | Final Lens Submitted | |
| Mon, Aug 26 | Client Approval<br>*No creative changes can be accepted at this point to preserve* | |

| | | |
|---|---|---|
| | *launch date* | |
| **Trafficking** | | |
| Tue, Aug 27 | Approved Lens Uploaded to Ad Account | [redacted] |
| Wed, Aug 28 | Live Date | |
| **Note: Delayed assets and/or feedback may result in timeline changes* | | |

Best,
[redacted]
Creative Project Manager
**Error! Filename not specified.**
[redacted]

On Fri, Aug 2, 2024 at 1:03 PM [redacted] wrote:

Yes, agree, [redacted].. thanks, all!

[redacted]
Know2Protect, Campaign Director
www.know2protect.gov
Cell: [redacted]

know2protect™
Together We Can Stop Online Child Exploitation

---

**From:** [redacted]
**Sent:** Friday, August 2, 2024 3:19 PM
**To:** [redacted]
**Cc:** [redacted]

**Subject:** RE: K2P x [redacted] - Snap Lens Production

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Ok thank you [redacted]

**From:** [redacted]
**Sent:** Friday, August 2, 2024 2:01 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** [EXT] Re: K2P x [redacted] - Snap Lens Production

Hi [redacted]

[redacted] We will review them and let you know if we have any questions.

[redacted]

[redacted]

Best,
[redacted]
*Creative Project Manager*

[redacted]

On Fri, Aug 2, 2024 at 11:40 AM [redacted] wrote:

Hi [redacted]

[redacted]

Thanks!

[redacted]

---

**From:** [redacted]
**Sent:** Friday, August 2, 2024 10:02 AM
**To:** [redacted]
**Cc:** [redacted]
<production@subtropicstudios[redacted]
**Subject:** RE: K2P x [redacted] - Snap Lens Production

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

[redacted]

We think this looks great and are happy to move forward with this design. Please be on the

lookout [redacted]

Thank you,
[redacted]

---

**From:** [redacted]
**Date:** Thursday, August 1, 2024 at 2:29 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** [EXT] Re: K2P x [redacted] - Snap Lens Production

Hi [redacted] and team,

[redacted]

**PROJECT RESOURCES**
STORYBOARD, PDF copy attached.
Feedback doc, PDF copy attached.

Best,
[redacted]
*Creative Project Manager*

[redacted]

On Wed, Jul 31, 2024 at 9:08 AM [redacted] <[redacted]> wrote:
Hi [redacted]

Regarding the links and attachments, yes, that is correct. We attached a copy of each document as a file as well.

Best,
[redacted]
*Creative Project Manager*

[redacted]

On Wed, Jul 31, 2024 at 6:41 AM [redacted] wrote:

Hi [redacted]

[redacted] We are unable to access the link due to firewall restrictions.

Thanks,

[redacted]

---

**From:** [redacted]
**Sent:** Tuesday, July 30, 2024 8:11 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: K2P x [redacted] - Snap Lens Production

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted] & team,

[redacted]

I am also sharing a feedback document where I will keep all the project notes in one place. Considering the feedback on the storyboard was light, we suggest moving forward with the production phase and incorporating the changes into the first build. Please let us know

if you are aligned with this approach. Lastly, I updated the timeline slightly to account for the extra days taken for the storyboard review.

**PROJECT RESOURCES**

Feedback doc

**UPDATED TIMELINE**

| Snap Policy - Know2Protect Lens<br>Project Timeline | | |
|---|---|---|
| **Due Date** | **Deliverable** | **Ownership** |
| | **Storyboard** | |
| ~~Wed, Jul 24~~ | ~~Storyboard + Updated T&F Due~~ | [redacted] |
| ~~Tue, Jul 30~~ | ~~Feedback from Client~~ | [redacted] |
| | **Lens Production** | [redacted] |
| Tue, Jul 30 | Production Kick-off | [redacted] |
| Fri, Aug 9 | R1 Lens Submitted | [redacted] |
| Tue, Aug 13 | R1 Feedback from Client | [redacted] |
| Fri, Aug 16 | R2 Lens Submitted | [redacted] |
| Tue, Aug 20 | R2 Feedback from Client | [redacted] |
| Thu, Aug 22 | Final Lens Submitted | [redacted] |
| Mon, Aug 26 | Client Approval<br>*No creative changes can be accepted at this point to preserve launch date* | [redacted] |
| | **Trafficking** | [redacted] |
| Tue, Aug 27 | Approved Lens Uploaded to Ad Account | [redacted] |
| Wed, Aug 28 | Live Date | [redacted] |

**Note: Delayed assets and/or feedback may result in timeline changes*

Best,
[redacted]
*Creative Project Manager*

[redacted]

On Tue, Jul 30, 2024 at 11:17 AM [redacted] wrote:
Hi [redacted]

Thank you for your detailed feedback. We will review and update the storyboard accordingly. We will let you know if we have any questions.

Best,
[redacted]
*Creative Project Manager*

[redacted]

On Tue, Jul 30, 2024 at 10:45 AM [redacted] wrote:
[redacted]

Thank you for sharing the storyboard with us! It looks great! We have a few minor edits to the design listed below:

[redacted]

Please let me know if you have any questions.

Thank you!

[redacted]

---

[redacted] (she/her)
Studio Sr Lead | Creative Director

[redacted]
Government & Public Services
Advertising, Marketing and Commerce
[redacted]

---

**From:** [redacted]
**Date:** Wednesday, July 24, 2024 at 8:57 PM
**To:** [redacted]m>
**Cc:** [redacted]y@[redacted]
**Subject:** [EXT] Re: K2P x [redacted] - Snap Lens Production

Hi Team,

[redacted]

[redacted] We're looking forward to your thoughts!

Thank you!

___

[redacted] **(he/him)**
Creative Lead

On Wed, Jul 24, 2024 at 2:26 PM [redacted] wrote:
Hi Team,

It's very nice to meet you digitally!

[redacted] If you could share your feedback/approval by 7/26, we can maintain the current timeline.

**PROJECT RESOURCES**
STORYBOARD (Google Drive) or PDF (attached).

**TIMELINE**

| **Snap Policy - Know2Protect Lens Project Timeline** | | |
|---|---|---|
| **Due Date** | **Deliverable** | **Ownership** |
| | **Storyboard** | |
| ~~**Wed, Jul 24**~~ | ~~R1 Storyboard + Updated T&F Due~~ | [redacted] |
| **Fri, Jul 26** | Storyboard + T&F Question Approval | |
| | **Lens Production** | |
| **Fri, Jul 26** | Production Kick-off | |
| **Wed, Aug 7** | R1 Lens Submitted | |
| **Fri, Aug 9** | R1 Feedback from Client | |
| **Wed, Aug 14** | R2 Lens Submitted | |
| **Fri, Aug 16** | R2 Feedback from Client | |
| **Tue, Aug 20** | Final Lens Submitted | |
| **Thu, Aug 22** | Client Approval<br>*No creative changes can be accepted at this point to preserve launch date* | |

| Trafficking | | |
|---|---|---|
| **Fri, Aug 23** | Approved Lens Uploaded to Ad Account | [redacted] |
| **Mon, Aug 26** | Live Date | |
| **Note: Delayed assets and/or feedback may result in timeline changes* | | |

Best,
[redacted]
Creative Project Manager
[redacted]

On Tue, Jul 23, 2024 at 6:57 AM [redacted] wrote:

Thanks [redacted] Including our Federal team for visibility with this schedule. We are excited to see the storyboards!!

**From:** [redacted]
**Sent:** Monday, July 22, 2024 12:48 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: K2P x [redacted] - Snap Lens Production

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

*Thanks for the intro,* [redacted]

Hi K2P Team!

I hope everyone's week is off to a great start. We're excited to partner with you on this project!

Our team has gotten a start on creating storyboards for the lens to be delivered by **EOD EST this Wednesday**. [redacted]

[redacted] For everyone's visibility, I've attached the timeline to this email.

I'm also adding in the dapper @[redacted] to manage this project from the [redacted] side. He and I will partner as the bridge between our teams as we work through deliveries and revisions. If you have any questions, please always feel free to reach out.

Thank you!

**Production Timeline**

| Snap Policy - Know2Protect Lens<br>Project Timeline | | |
|---|---|---|
| **Due Date** | **Deliverable** | **Ownership** |
| | **Storyboard** | |
| **Wed, Jul 24** | R1 Storyboard + Updated T&F Due | [redacted] |
| **Fri, Jul 26** | Storyboard + T&F Question Approval | [redacted] |
| | **Lens Production** | [redacted] |
| **Fri, Jul 26** | Production Kick-off | [redacted] |
| **Wed, Aug 7** | R1 Lens Submitted | [redacted] |
| **Fri, Aug 9** | R1 Feedback from Client | [redacted] |
| **Wed, Aug 14** | R2 Lens Submitted | [redacted] |
| **Fri, Aug 16** | R2 Feedback from Client | [redacted] |
| **Tue, Aug 20** | Final Lens Submitted | [redacted] |
| **Thu, Aug 22** | Client Approval<br>*No creative changes can be accepted at this point to preserve launch date* | [redacted] |
| | **Trafficking** | [redacted] |
| **Fri, Aug 23** | Approved Lens Uploaded to Ad Account | [redacted] |

| | | |
|---|---|---|
| | | |
| **Mon, Aug 26** | Live Date | [redacted] |
| **Note: Delayed assets and/or feedback may result in timeline changes* | | |

--

[redacted] **(he/him)**
Creative Lead

On Mon, Jul 22, 2024 at 7:33 AM [redacted] wrote:

Hello K2P team!

Happy Monday! I wanted to introduce [redacted], our wonderful partner at [redacted] who will be helping us build your Lens. [redacted]

We're excited for both of your fantastic teams to be in touch :)

All the best,
[redacted]
--
[redacted]
Global Public Policy & Partnerships
👻: [redacted]

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

[redacted] refers to a [redacted] member firm, one of its related entities, or [redacted] Each [redacted] member firm is a separate legal entity and a member of [redacted] does not provide services to clients. Please see [redacted] to learn more.

v.E.1