# EXHIBIT 4

**From:** [redacted]
**Sent:** Fri 8/1/2025 6:31:04 AM (UTC-07:00)
**To:** [redacted]
**Cc:** [redacted] Jacqueline Beauchere [redacted]
**Subject:** Re: Pledge2Protect --Bitmoji + Sticker // Status Update
**Attachment:** 31811171-242631594_79-s5 (1).png
**Attachment:** 36182751-242631594_79-s5 (1).png
**Attachment:** 38783781-242631594_79-s5.png
**Attachment:** 38783781-242631594_79-s5 (1) (1).png
**Attachment:** 36182751-242631594_79-s5.png

Good morning, [redacted] and team -
Happy Friday! I have an update for you. First and foremost, thank you so much for your patience. We have Bitmoji mockups for you to use for marketing purposes and I've attached them here.

[redacted]

It would likely look something like this! I will send more updates when I have them, but I just touched base with the team and they told me they're almost done. I know this is a bit different from our original plan, so please do let me know what you think in the meantime.

Many, many thanks,

[redacted]

On Wed, Jul 30, 2025 at 5:39 PM [redacted]

Amazing, thank you for the update, [redacted] We ***so*** appreciate you and your leadership for leaning in here. We think it's going to be a phenomenal way to showcase the partnership we have! We'll continue to keep our fingers crossed …

[redacted]

**From:** [redacted]
**Sent:** Wednesday, July 30, 2025 5:24 PM
**To:** [redacted]
**Cc:** [redacted] Jacqueline Beauchere [redacted]
**Subject:** Re: Pledge2Protect --Bitmoji + Sticker // Status Update

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

+ Jacqueline and [redacted] for vis!

----------

[redacted]
Global Public Policy & Partnerships, Snap Inc.
**e:** [redacted] | **snapchat:** [redacted]

On Wed, Jul 30, 2025 at 5:17 PM [redacted] wrote:

Hi [redacted] Thank you so much for checking in. We are working on it — our VP of Policy escalated it to [redacted] and I am standing by for their responses. I will have more details for you tomorrow.

Thank you so much for your patience and I will follow up here has soon more details! I'm sorry I don't have more news to share right now.

All the best,

[redacted]

----------

[redacted]
Global Public Policy & Partnerships, Snap Inc.
**e:** [redacted] **snapchat:** [redacted]

On Wed, Jul 30, 2025 at 5:08 PM [redacted] wrote:

Hi [redacted]

[redacted] Our fingers are crossed!

Thanks for any update you can provide!

[redacted]

[redacted]

---

**From:** [redacted]
**Sent:** Monday, July 28, 2025 12:35 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Pledge2Protect --Bitmoji + Sticker // Status Update

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted]

Thank you for bumping this. I am waiting to hear back from our cross-functional teams

regarding their ability to implement within our timeline, as we are still going back and forth. Once I have their confirmation, I will get back to you as soon as possible.

Thank you for your patience and please let me know if you have any questions.

Best,

[redacted]

On Mon, Jul 28, 2025 at 12:33 PM [redacted] wrote:

Hi [redacted] I hope you had a great weekend.

Pushing this thread back up: [redacted]

Thanks again for all your help with this!

Best,

[redacted]

---

**From:** [redacted]
**Sent:** Thursday, July 24, 2025 3:10 PM
**To:** [redacted]
**Cc:** [redacted]

[redacted]
**Subject:** Re: Pledge2Protect --Bitmoji + Sticker // Status Update

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

I will send it over! Thank you!

On Thu, Jul 24, 2025 at 2:58 PM [redacted] wrote:

Hi [redacted]

Would we be able to use this design instead of the one you attached. I provided both a transparent png as well as the vector file.

[redacted]

Thank you

---

**From:** [redacted]
**Date:** Thursday, July 24, 2025 at 2:20 PM
**To:** [redacted]
**Cc:** [redacted] Alec Goldberg [redacted]
**Subject:** [EXT] Re: Pledge2Protect --Bitmoji + Sticker // Status Update

Hi [redacted]

[redacted]

Thanks!

On Thu, Jul 24, 2025 at 1:45 PM [redacted] wrote:

Thanks, [redacted]

[redacted]

**From:** [redacted]
**Sent:** Thursday, July 24, 2025 1:14 PM
**To:** [redacted]
**Cc:** [redacted] Alec Goldberg [redacted]

[redacted]

**Subject:** Re: Pledge2Protect --Bitmoji + Sticker // Status Update

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

I see it - LOL. I'll pass along those assets when we have them.

Thanks,

[redacted]

On Thu, Jul 24, 2025 at 1:09 PM [redacted] wrote:

Yes! And … that kinda looks like me! Haha …

That's exactly what we're looking to achieve.

[redacted]

[redacted]

**From:** [redacted]
**Sent:** Thursday, July 24, 2025 12:49 PM
**To:** [redacted]
**Cc:** [redacted] Alec Goldberg
[redacted]
**Subject:** Re: Pledge2Protect --Bitmoji + Sticker // Status Update

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted] - ideally, [redacted]

[redacted]

On Thu, Jul 24, 2025 at 12:38 PM [redacted] wrote:

Hello [redacted]

It's great to hear from you, I also can't believe we're so close. [redacted] I'll send you the mockup they sent me as soon as I'm back at my computer. [redacted]

Let me know if you have any thoughts or questions!

Many thanks,

[redacted]

----------

[redacted]
Global Public Policy & Partnerships, Snap Inc.
**e:** [redacted] | **snapchat:** [redacted]

On Thu, Jul 24, 2025 at 12:32 PM [redacted] wrote:

Hi [redacted]

Looping in @Alec Goldberg here as well!

Warmly,
[redacted]

[redacted]

Account Manager | Snap Inc.

On Thu, Jul 24, 2025 at 12:27 PM [redacted] wrote:

Hello [redacted] and [redacted]

Hope this note finds you both well. [redacted] Hard to believe we kick off Pledge2Protect in just over a week! Appreciate you both. Sorry for the time crunch on our side!

Best,

[redacted]

[redacted]

**From:** [redacted]
**Sent:** Thursday, July 17, 2025 4:39 PM
**To:** [redacted]
**Cc:** [redacted])
[redacted]
**Subject:** Re: Hello! Catch-up re: K2P Assets

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Same. I also asked about Bitmoji, so I hope to have updates for you on both fronts soon. Enjoy the rest of your week!

On Thu, Jul 17, 2025 at 4:36 PM [redacted] wrote:

Awesome! We are super excited about this.

[redacted]

**From:** [redacted]

**Sent:** Thursday, July 17, 2025 4:35 PM
**To:** [redacted]
**Cc:** [redacted])
[redacted]
**Subject:** Re: Hello! Catch-up re: K2P Assets

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted]

Thank you for reaching out. I hope you're doing well! I just got back from two weeks on the road (although, still not in DC, I'm working!). Alas, I appreciate the nudge!

[redacted]
However, I just followed up with the creative team regarding the materials you sent over. I'll be sure to provide an update as soon as I have more information.

Thanks,

[redacted]

On Thu, Jul 17, 2025 at 2:33 PM [redacted] wrote:

Hi [redacted]

[redacted]

[redacted] as well that have been approved by [redacted]

Please let me know if you have any questions.

Thanks!

[redacted]

---

**From:** [redacted]
**Sent:** Tuesday, July 1, 2025 10:00 AM
**To:** [redacted]
**Cc:** [redacted])
[redacted]
**Subject:** RE: Hello! Catch-up re: K2P Assets

Thank you for the connection, [redacted]

[redacted] please let us know when you have an answer [redacted]

[redacted]

[redacted]

**From:** [redacted]
**Sent:** Monday, June 30, 2025 6:30 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Hello! Catch-up re: K2P Assets

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted]

I feel the same! Thank you for taking the time to chat today and for your understanding and patience as we navigate alternative routes to get this Lens off the ground.

[redacted]

[redacted]

[redacted]

[redacted] I hope you all have a lovely rest of your week and beat the heat!

All the best,

[redacted]

On Mon, Jun 30, 2025 at 3:07 PM [redacted] wrote:

Hi [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Including our team [redacted] and [redacted] on this email thread for awareness.

Thanks!

[redacted]

---

**From:** [redacted]
**Sent:** Monday, June 30, 2025 11:07 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Hello! Catch-up re: K2P Assets

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thank you! Talk soon.

-----------

[redacted]
Global Public Policy & Partnerships, Snap Inc.
**e:** [redacted] | **snapchat:** [redacted]

On Mon, Jun 30, 2025 at 10:50 AM [redacted] wrote:

I'll send a Teams invite now!

[redacted]

---

**From:** [redacted]
**Sent:** Monday, June 30, 2025 10:43 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Hello! Catch-up re: K2P Assets

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted]

Great! Thank you so much. 1PM works for me. Do you want to send a Teams hold or are you okay with a Google Meets calendar invite?

Thanks,

[redacted]

----------

[redacted]
Global Public Policy & Partnerships, Snap Inc.
**e:** [redacted] | **snapchat:** [redacted]

On Mon, Jun 30, 2025 at 10:29 AM [redacted] wrote:

Hello [redacted]

Yes, we're free to connect either from 11:30-12pm or 1-2pm today. Thanks for reaching out and we look forward to connecting!

Best,

[redacted]

[redacted]

**From:** [redacted]
**Sent:** Monday, June 30, 2025 10:17 AM
**To:** [redacted]
**Subject:** Hello! Catch-up re: K2P Assets

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted]

I hope you're well! I know it's been a minute since we've last caught up. I wanted to provide a quick update around upcoming K2P assets.

Do you have some time for a brief call today? I'm available before noon and between 1-2 PM EST. Please let me know if those times don't work, I'd be happy to adjust to your schedule.

Many thanks,

[redacted]

--

[redacted]

[redacted]

[redacted]

--

----------

[redacted]
Global Public Policy & Partnerships, Snap Inc.
**e:** [redacted] | **snapchat:** [redacted]

--

----------

[redacted]
Global Public Policy & Partnerships, Snap Inc.
**e:** [redacted] | **snapchat:** [redacted]

--

----------

[redacted]
Global Public Policy & Partnerships, Snap Inc.
**e:** [redacted] | **snapchat:** [redacted]

--

----------

[redacted]
Global Public Policy & Partnerships, Snap Inc.

--
----------
[redacted]
Global Public Policy & Partnerships, Snap Inc.
**e:** [redacted] | **snapchat:** [redacted]