# EXHIBIT 5

---

**From:** Jacqueline Beauchere [redacted]
**Sent:** Mon 9/23/2024 12:51:27 PM (UTC-07:00)
**To:** [redacted]
**Cc:** [redacted]
**Subject:** INPUT NEEDED: Wave 2 K2P x Snap research

Hello, [redacted]. Hope you are both well and that you've had an enjoyable summer.
Hard to believe it's almost October!
We wanted to touch base ahead of the second installment (to be fielded in October) of the three-part research project Snap agreed to lead, per our MOU.

We have the ability to add five or six questions [redacted]

[redacted] For example, here are some general thoughts ...

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Again, just some prompts to get the creative juices flowing. :) If you could get back to us by the **end of this week** with your preferred language, it would be appreciated.

I would suggest a call, but I am off on travel again in a week and I don't want that to be a hindrance. (We'll be seeing [redacted] soon in NYC!)

Thank you in advance,
Jacqueline

***Jacqueline F. Beauchere***
*Global Head of Platform Safety*
*Snap Inc.*