# EXHIBIT 6

**From:** [redacted]
**Sent:** Fri 9/27/2024 7:56:53 AM (UTC-07:00)
**To:** Jacqueline Beauchere [redacted]
**Cc:** [redacted]
**Subject:** RE: INPUT NEEDED: Wave 2 K2P x Snap research
**Attachment:** [redacted]

Good morning! Edits, comments are attached. [redacted] also did a review.

Slides will be coming at the end of the day.

Happy Friday!
[redacted]

---

**From:** Jacqueline Beauchere [redacted]
**Sent:** Thursday, September 26, 2024 5:12 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: INPUT NEEDED: Wave 2 K2P x Snap research

Great! That's two things he I will get from [redacted] tomorrow:

Research questions + editable version of the INHOPE deck!

Thank you, [redacted] Look forward to seeing you soon!

On Thu, Sep 26, 2024 at 4:06 PM [redacted]> wrote:

Hooray! It will be a great reunion for all of us at InHope :)

Quick update – the team and I took your draft questions and added to them. They are with [redacted] for her review. I will be out of the office tomorrow, but [redacted] will send over before EOD.

Thanks again for this opportunity to collaborate!

Best,
[redacted]

[redacted]
Know2Protect, Campaign Director
www.know2protect.gov
Cell: [redacted]

know2protect™
Together We Can Stop Online Child Exploitation

**From:** Jacqueline Beauchere [redacted]
**Sent:** Monday, September 23, 2024 6:34 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: INPUT NEEDED: Wave 2 K2P x Snap research

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Excellent! We will all be at INHOPE! [redacted] too!

Thanks for the reply and look forward to receiving your input by the end of the week.

Bests,
JB

On Mon, Sep 23, 2024 at 5:21 PM [redacted] wrote:

Hello Jacqueline,
Thanks so much for reaching out! Let me huddle up with the team and we'll provide some suggested questions for you all to consider. We're so grateful for this research!

I will be back in touch no later than the end of this week. [redacted] I'll pull you into what we develop so you can weigh in as well.

Safe travels, Jacqueline! And, I will be attending the InHope Conference in NYC as well. I look forward to seeing you and [redacted]

Best,
[redacted]

[redacted]
Know2Protect, Campaign Director
www.know2protect.gov
Cell: [redacted]

know2protect™
Together We Can Stop Online Child Exploitation

**From:** Jacqueline Beauchere [redacted]
**Sent:** Monday, September 23, 2024 3:51 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** INPUT NEEDED: Wave 2 K2P x Snap research

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hello, [redacted]. Hope you are both well and that you've had an enjoyable summer. Hard to believe it's almost October!

We wanted to touch base ahead of the second installment (to be fielded in October) of the three-part research project Snap agreed to lead, per our MOU.

We have the ability to add five or six questions [redacted]

[redacted] For example, here are some general thoughts ...

[redacted]

Again, just some prompts to get the creative juices flowing. :) If you could get back to us by the **end of this week** with your preferred language, it would be appreciated.

I would suggest a call, but I am off on travel again in a week and I don't want that to be a hindrance. (We'll be seeing [redacted] soon in NYC!)

Thank you in advance,
Jacqueline

***Jacqueline F. Beauchere***
*Global Head of Platform Safety*
*Snap Inc.*