# EXHIBIT 9

**From:** [redacted]
**Sent:** Mon 10/28/2024 12:02:28 PM (UTC-07:00)
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Afternoon All,
So happy to hear the approval is in! Confirming the lens is loaded into the folder and available for publishing!




Best,

--
[redacted] | Creative Project Manager

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)



On Mon, Oct 28, 2024 at 12:00 PM [redacted] wrote:

> 😻😻😻😻 So glad we're finally approved! The lens is looking excellent and we can't wait to see it go live.

On Mon, Oct 28, 2024 at 2:07 PM [redacted] wrote:

Hi [redacted]

Great news – the lens is approved! We can't thank this group enough for all of the work that has gone into this over the last 6+ months and are so excited for it to launch.

Can you push the lens to our ad account in the next day? We're hoping to go live for 11/1.

Best,

[redacted]

---

**From:** [redacted]
**Date:** Tuesday, October 22, 2024 at 11:09 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Sounds great! Let me know if there's any movement this week, if not we'll talk Monday!

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

On Tue, Oct 22, 2024 at 7:41 AM [redacted] wrote:

Thanks, [redacted] Our fingers are crossed for an approval as well.

If there is any feedback, we'll know EOD tomorrow. Otherwise, we should have the final approval after it goes through all parties on 10/28.

[redacted]

---

**From:** [redacted]
**Date:** Tuesday, October 22, 2024 at 10:17 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Morning [redacted] and Team,

Please find the updated final link below - looking forward to potential approval here!

**Final Link:**

https://www.snapchat.com/unlock/?type=SNAPCODE&uuid=d86c8e8354f54ade925ef5464611f737&metadata=01

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Mon, Oct 21, 2024 at 1:01 PM [redacted] wrote:

Thank you! We'll look out for an update tomorrow.

---

**From:** [redacted]
**Date:** Monday, October 21, 2024 at 12:10 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted]

Thank you for confirming - we will share the updated lens tomorrow!

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Fri, Oct 18, 2024 at 1:32 PM [redacted] wrote:

Hi [redacted]

We just heard from the clients and they have no additional feedback to what I shared last Friday:

[redacted]

Let us know when these last edits will be ready! Thanks-

[redacted]

---

**From:** [redacted]
**Date:** Friday, October 18, 2024 at 9:04 AM
**To:** [redacted]

**Cc:** [redacted]-
[redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Morning All and Happy Friday!

Bumping this thread in case of any client confirmed feedback notes.

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Fri, Oct 11, 2024 at 10:54 AM [redacted] wrote:

Hi [redacted]

Happy Friday! Let's hold off on any updates until all feedback is confirmed. From there we can review and advise!

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Fri, Oct 11, 2024 at 10:46 AM [redacted] wrote:

Hey [redacted]

Just a head's up: the creative team is loving the changes! [redacted]

I wanted to provide the agency team note in case the team is available to start on that change. Otherwise, we will come back to you with any other final notes next Friday.

[redacted]

---

**From:** [redacted]
**Date:** Wednesday, October 9, 2024 at 12:19 PM
**To:** [redacted]
**Cc:** [redacted]

[redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hey [redacted]

Confirming receipt, we are sharing this with the creative team and if all set, then with the clients for approval.

We will get back to you with any initial questions.

[redacted]

---

**From:** [redacted]
**Date:** Wednesday, October 9, 2024 at 10:59 AM
**To:** [redacted]
[redacted]apchat.com>, Madi Howells <mhowells@snapchat.com>, snap <snap@qreal.io>
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Morning All,

I hope everyones been well! Sharing the updated final lens link here. [redacted] Please see the link below and advise on any approval or feedback (fingers crossed).

**Final Lens Link:**

https://www.snapchat.com/unlock/?type=SNAPCODE&uuid=d4a9e7258c5d4075a0fd94f0a24c3c7a&metadata=01

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Thu, Oct 3, 2024 at 2:14 PM [redacted] wrote:

Confirming receipt here [redacted] this file works thank you!

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Thu, Oct 3, 2024 at 1:39 PM [redacted] wrote:

Hi [redacted]

Thanks for the timing update and context on the drivers. The video file is pretty large but let me know if this link works to download the video only: https://we.tl/t-mSw2lQTX7l

Let us know if there are any other questions that come up in the revisions – we sincerely appreciate your team's patience with this!

[redacted]

---

**From:** [redacted]
**Date:** Thursday, October 3, 2024 at 11:32 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Morning Everyone,

Thank you again for your time yesterday. I've spoken with production today and we're working on the edits, we plan to share **next week Wednesday** by the latest. This is because the file is currently at a large size and [redacted]

As for the SFX update - the video shared is coming through as a picture on the presentation. Could y'all just attach it to an email so we can get to working on that as well?

Thanks!

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Wed, Oct 2, 2024 at 3:33 PM [redacted] wrote:

Hey [redacted]

Quick follow up – you can download a few slides below consolidating all of the feedback + a screen recording and timestamp of the SFX.

LINK: https://we.tl/t-wkjOa1TA6T

Let us know if you think Friday is doable or if it's more likely Monday.

[redacted]

---

**From:** [redacted]
**Date:** Wednesday, October 2, 2024 at 5:34 PM
**To:** [redacted]

**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hey [redacted]

Thanks for jumping on just now. Recapping the key notes we discussed:

[redacted]

Best,

[redacted]

---

**From:** [redacted]
**Date:** Wednesday, October 2, 2024 at 9:21 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Thank you!

---

**From:** [redacted]

**Date:** Tuesday, October 1, 2024 at 9:03 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

No problem - pasting the meeting link below.

[redacted]
Wednesday, October 2 · 1:30 – 2:00pm
Time zone: America/Los_Angeles
Google Meet joining info
Video call link: [redacted]
Or dial: (US) +[redacted]
More phone numbers: [redacted]

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Tue, Oct 1, 2024 at 3:44 PM [redacted] wrote:

Hi [redacted]

Apologies, I received word that the Creative lead now can no longer make that time. Would tomorrow 4:30-5pm work by chance?

[redacted]

---

**From:** [redacted]
**Date:** Tuesday, October 1, 2024 at 11:54 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted]

[redacted] and I are free tomorrow at the 1:30-2PM EST slot you mentioned!

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Tue, Oct 1, 2024 at 6:34 AM [redacted] wrote:

Hi [redacted]

Thanks for the update. [redacted]. I've attached the feedback notes, but thinking it may be best to hop on a brief call to have your team + the creative folks connect.

We are available:

- Today: 11:30-12
- Tomorrow: 1:30-2
- Thursday: 9:30-10, 11-12, 3:30-4

Let us know what works best and I can send through an invite.

[redacted]

---

**From:** [redacted]
**Date:** Monday, September 30, 2024 at 11:27 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Morning All,

Reaching out a little early with the updated link, please see below and advise on any further FB or approval.

**Updated Final Link:**

https://www.snapchat.com/unlock/?type=SNAPCODE&uuid=5dfcd3e6c24748de9b5a7d20151269ea&metadata=01

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted])
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Fri, Sep 27, 2024 at 6:51 AM [redacted] wrote:

Morning [redacted]

Confirming receipt here, we'll have the updated link next week Tuesday, 10/1.

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

Error! Filename not specified.

On Thu, Sep 26, 2024 at 2:54 PM [redacted] wrote:

Hi [redacted]

Please see these slides that the creative team has put together to elaborate on the feedback/add clarity: https://we.tl/t-fcJSbiXEAY

They have also offered to hop on a call to discuss if that would be helpful. Let us know, and when you think the revisions would be ready for review if we are now off track.

[redacted]

---

**From:** [redacted]
**Date:** Tuesday, September 24, 2024 at 11:29 AM
**To:** [redacted]
**Cc:** [redacted]

**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hey [redacted]

Thanks for flagging, we're discussing with the team and will come back with clarification!

[redacted]

**From:** [redacted]
**Date:** Tuesday, September 24, 2024 at 11:07 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted]

[redacted]

Let me know your thoughts on how to proceed.

**Error! Filename not specified.**

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Mon, Sep 23, 2024 at 11:06 AM [redacted] wrote:

Awesome, thank you!

---

**From:** [redacted]
**Date:** Monday, September 23, 2024 at 1:33 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted]

Confirming receipt here! These requests should be feasible and we can have an updated link over this Friday 9/27.

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Mon, Sep 23, 2024 at 10:22 AM [redacted] wrote:

Hey [redacted] and team,

Hope you had a nice weekend. We're feeling great about the changes made last week, but had some last feedback we're hoping to have implemented before the clients provide final signoff. See attached.

Let us know when you think you could implement these changes by. Thank you!

[redacted]

---

**From:** [redacted]
**Date:** Friday, September 20, 2024 at 9:38 AM
**To:** [redacted]
**Cc:** [redacted]

[redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Morning [redacted]

Sounds great - looking forward to it!

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Fri, Sep 20, 2024 at 6:31 [redacted] wrote:

Hey [redacted]

Thank you! We're expecting final feedback or approval on the lens by the 26th.

[redacted]

**From:** [redacted]
**Date:** Thursday, September 19, 2024 at 12:01 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted] and Team,

As mentioned, please find the updated final link below! Let us know if we have that approval or if there's any further feedback.

**Don't Pollute Yourself:**

https://www.snapchat.com/unlock/?type=SNAPCODE&uuid=a3ad25f64f10489184de148c2fee4bf6&metadata=01

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Mon, Sep 16, 2024 at 12:00 PM [redacted] wrote:

Thanks, [redacted] We'll look out for the update on Thursday.

---

**From:** [redacted]
**Date:** Monday, September 16, 2024 at 12:07 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted]

Feedback looks clear - we can have the updates over on Thursday. That work for you?

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Mon, Sep 16, 2024 at 9:42 AM [redacted] wrote:

Hey [redacted] and team,

Hope everyone had a nice weekend. The agency teams are feeling good about the latest lens, but have some stylistic creative feedback that would need to be incorporated before we push for final client signoff. See attached for this feedback.

Let us know if you have any questions on the notes. When do you expect the revisions would be ready?

Thanks,

[redacted]

---

**From:** [redacted]
**Date:** Thursday, September 12, 2024 at 2:54 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Sounds Great!

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Thu, Sep 12, 2024 at 2:43 PM [redacted] wrote:

Thanks, [redacted] I'm hoping we can have any last consolidated notes or approval by EOW next week.

[redacted]

---

**From:** [redacted]
**Date:** Thursday, September 12, 2024 at 10:47 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Morning [redacted] and All,

Reaching out a day early to share the final lens link! Please find said link below and advise if there's approval or any minimal feedback before our target live date of 9/14.

**Final Lens Link:**

https://www.snapchat.com/unlock/?type=SNAPCODE&uuid=ac63d44914f64af28170698083d0f514&metadata=01

**Timeline:**

~~**Final Link: 9/13**~~
Live: 9/14

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Thu, Sep 5, 2024 at 3:42 PM [redacted] wrote:

Hi [redacted]

Thanks for the timing update, we'll look out for the revised lens on the 13th.

[redacted]

**From:** [redacted]
**Date:** Thursday, September 5, 2024 at 10:10 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted]

Thank you for your patience. Based on the feedback, here is the adjusted timeline:

R2 FB: 9/3
Final Link: 9/13
Live: 9/14

Best,

[redacted]

On Tue, Sep 3, 2024 at 9:00 PM [redacted] wrote:

Hi [redacted]

Stepping in for [redacted] while he is OOO. Thank you for the feedback! I will pass this along to the production team and I'll send an updated timeline tomorrow.

Best,

[redacted]

On Tue, Sep 3, 2024 at 8:51 PM [redacted] wrote:

Hi [redacted] and Team,

Please see the attached feedback and updated supers. Let us know if you have any questions on the feedback and the expected turnaround timing.

Thank you!

[redacted]

**--Error! Filename not specified.**

[redacted] (She/Her)

Manager

[redacted]

[redacted]

**Error! Filename not specified.Error! Filename not specified.**

---

**From:** [redacted]
**Sent:** Wednesday, August 28, 2024 7:10 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Morning [redacted]

Confirming receipt here, we'll stand by for the feedback on 9/3, thanks!

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**Error! Filename not specified.**

On Tue, Aug 27, 2024 at 2:34 PM [redacted] wrote:

Hi [redacted]

The client just requested an extension on feedback. They're leadership feedback this round so they need more time. They will provide feedback EOD next Tuesday 9/3.

[redacted]

Get Outlook for iOS

---

**From:** [redacted]
**Sent:** Monday, August 26, 2024 2:05:56 PM
**To:** [redacted]

**Cc:** [redacted]

**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Our pleasure [redacted] thanks!

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Mon, Aug 26, 2024 at 12:45 PM [redacted] wrote:

Hi [redacted]

Thank you for all the work that went into these updates. I have shared the Lens, and we are tracking to get feedback on Wednesday. I will confirm the timing once I hear back from the client.

[redacted]

---

**From:** [redacted]
**Sent:** Monday, August 26, 2024 9:45 AM
**To:** [redacted]
**Cc:** [redacted]

[redacted]

**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Morning All,

Sharing the latest lens link here, please see below. Per the timeline, we have the feedback marked as EOD Wednesday 8/28. Please let me know if y'all have any questions and we look forward to your feedback!

**R2 Lens Link:**

https://www.snapchat.com/unlock/?type=SNAPCODE&uuid=d0839e08a27447118dcde7d41d59047a&metadata=01

**Timeline:**

~~R2: 8/26~~
R2 FB: 8/28
Final Link: 9/3
Live: 9/4( as 9/2 is a US holiday)

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Tue, Aug 20, 2024 at 8:15 AM [redacted] wrote:

I appreciate you following up! The timing you laid out works for us. I will be available to circulate the lens for internal and client reviews while our offices are closed next week. Timing is approved.

[redacted]

---

**From:** [redacted]
**Sent:** Tuesday, August 20, 2024 7:39 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi team,

Kindly wanted to ping here if there is any update for us about the timeline.

Kind regards,

[redacted] | Operation Manager
(she/her)

[redacted]

[redacted]
New York | Ankara | **Izmir** (GMT+03:00)
[redacted]

**Error! Filename not specified.**

On Sat, Aug 17, 2024 at 1:32 AM [redacted] wrote:

[redacted]

Thank you for building out the updated timeline for us. The launch date is not firm and we are totally okay to push this out. My only flag is that [redacted] offices are closed Aug 26-30 for employee appreciation week. Let me connect with some teammates on Monday to see how we can get R2 shared with internal and client teams along with R2 feedback back in your hands on the 28th. It shouldn't be a problem, but I want to ensure we have a plan in place.

Have a great weekend,

[redacted]

**--Error! Filename not specified.**

[redacted] (She/Her)

Manager

[redacted]

[redacted]

**Error! Filename not specified.Error! Filename not specified.**

**From:** [redacted]

**Sent:** Friday, August 16, 2024 10:04 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted] and team,

Stepping in for [redacted] he is OOO. Thank y'all for the detailed feedback!

Is there flexibility in the live date? As this feedback came in eight days later then scheduled, we propose the following timeline adjustment to fix all desired points:

R2: 8/26
R2 FB: 8/28
Final Link: 9/3
Live: 9/4( as 9/2 is a US holiday)

If the original live date is firm, then we will be able to adjust all elements except the following:

[redacted]

[redacted]

[redacted]

Please let me know how y'all would like to proceed.

Have a great weekend!

Best,

[redacted]

On Fri, Aug 16, 2024 at 3:33 AM [redacted] wrote:

Hi [redacted]

I appreciate your patience while we consolidated all the feedback. Please take a look at the attached PDF and let me know if you have any questions or need to connect to discuss.

Best,

[redacted]

**--Error! Filename not specified.**

[redacted] (She/Her)

[redacted]

[redacted]

**Error! Filename not specified.Error! Filename not specified.**

---

**From:** [redacted]
**Sent:** Friday, August 9, 2024 8:41 AM
**To:** [redacted]

[redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Heard - enjoy the weekend y'all!

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Fri, Aug 9, 2024 at 7:37 AM [redacted] wrote:

Hey [redacted]

We just heard from clients that they need a little more time reviewing, and will get back to us early next week. We'll share a status update on Tuesday.

[redacted]

**From:** [redacted]
**Date:** Friday, August 9, 2024 at 10:33 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Morning [redacted] and Team,

Bumping this thread per your note on expected feedback today. Happy Friday!

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

On Thu, Aug 1, 2024 at 11:26 AM [redacted] wrote:

Thanks for the heads up [redacted] so long as the client doesn't mind a later target live date then that's no issue.

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

On Thu, Aug 1, 2024 at 11:21 [redacted] wrote:

Hey [redacted]

Thank you! Similarly to the Next Legends lens, the clients' new review and approval process will kick in here so we're now expecting feedback to more likely be provided by EOD 8/9.

Best,

[redacted]

---

**From:** [redacted]
**Date:** Thursday, August 1, 2024 at 1:09 PM
**To:** [redacted]
**Cc:** [redacted]

[redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Afternoon Everyone,

Reaching out to share the R1 lens link, please see below.
Feedback is dated for EOD 8/7.

**R1 Lens Link:**

https://www.snapchat.com/unlock/?type=SNAPCODE&uuid=e08b881b4f42441d86442d225444515f&metadata=01

**Timeline:**

R1 FB: 8/7
R2: 8/14
R2 FB: 8/20
Final Link: 8/22
Live: 8/23

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Fri, Jul 19, 2024 at 10:37 AM [redacted] wrote:

Thanks [redacted]

All set for now!

**Timeline:**

R1: 8/1
R1 FB: 8/7
R2: 8/14
R2 FB: 8/20
Final Link: 8/22
Live: 8/23

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Fri, Jul 19, 2024 at 9:05 AM [redacted] wrote:

Hi [redacted]

[redacted] Let us know if you need anything else!_

Best,

[redacted]

---

**From:** [redacted]
**Sent:** Wednesday, July 17, 2024 1:00 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted]

Confirming access as shown below. For the lens name, yes users will see it. It's both front and back-end facing.

**Error! Filename not specified.**

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Wed, Jul 17, 2024 at 8:26 AM [redacted] wrote:

Hi [redacted]

The team should have access now. Please see below for the account information:

**Ad Account:** FDA – Vaping

**Lens Folder:** Ad Account: FDA - Vaping (Auto-generated from backfill)

For the lens name, is this something that users can see as well?

Let us know if you need anything else!

Best,

[redacted]

**From:** [redacted]
**Sent:** Wednesday, July 17, 2024 11:13 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

The understanding is appreciated [redacted] thank you.

As mentioned we'll plan for 8/1 but if capacity allows we'll try and get it over to y'all sooner! As we work toward R1, could you please advise on the below? It'd be great to establish Lens Folder access and confirm the Lens Name.

*The **Lens Folder** is the location where we will upload the finalized and approved lens. It's from there your team/the client can publish said lens. In order for us to do this,* [redacted] *will need **Member access** to the relative Ad Account/Organization. Additionally,* [redacted] *will need **Lens Creator** access to the Lens Folder. Once these actions are completed/confirmed, please advise on both the Ad Account/Organization name and Lens Folder name so we can confirm access from our end.*

*The **Lens Name** is a front and back-end facing title for the lens. It's presented in the upper-left corner of the screen and is followed by "By, Account Name". The proceeding lens title can only be 18 characters long (**including spaces**) and cannot contain most special characters (!, @, #, $).*

Please work on these two items as available and confirm once identified/finished. Let me know if there's any questions!

Best,

On Wed, Jul 17, 2024 at 8:07 AM [redacted] wrote:

Hey [redacted]

I had said 7/29 because I think that's what we had been tracking towards previously, but understand there's a lot of moving pieces!

----

[redacted]

---

**From:** J[redacted]
**Date:** Wednesday, July 17, 2024 at 10:42 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted]

[redacted]

However, if that changes or if we are able to share a few days early we will! Is there a particular reason 7/29 is preferred over 8/1?

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

On Tue, Jul 16, 2024 at 1:48 PM [redacted]> wrote:

Hey [redacted]

Thank you for sharing this timeline. As the team gets started, let us know if there's any way to bump it up to 7/29 if possible. Thank you!

----

[redacted]

[redacted]

[redacted]

[redacted]

---

**From:** [redacted]
**Date:** Tuesday, July 16, 2024 at 4:22 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted]

Thanks so much for sharing the feedback, confirming receipt! Please see below for timeline and let me know if this works.

**Timeline:**

R1: 8/1

R1 FB: 8/7

R2: 8/14

R2 FB: 8/20

Final Link: 8/22

Live: 8/23

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Mon, Jul 15, 2024 at 2:42 PM [redacted] wrote:

Hey [redacted]

Please find the complete feedback doc attached. Thank you and please let us know when we can expect the R1 build!

----**Error! Filename not specified.**

[redacted]

[redacted]

[redacted]

[redacted]

---

**From:** [redacted]
**Date:** Monday, July 15, 2024 at 10:35 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted]

[redacted] I'll stand by and wait for any further feedback shared by EOD per your note.

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Mon, Jul 15, 2024 at 6:29 AM Phelps, [redacted] wrote:

Hey [redacted]

[redacted]

[redacted] We will try to follow up by eod with any additional feedback. Thank you!

----**Error! Filename not specified.**

[redacted]

[redacted]

[redacted]

[redacted]

---

**From:** [redacted]
**Date:** Monday, July 15, 2024 at 9:03 AM
**To:** [redacted]

[redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Morning [redacted] and Team,

I hope y'alls weekend went well! Kindly following up here to see what we are thinking on moving forward with 1 or 2 lenses on build phase.

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Wed, Jul 10, 2024 at 7:11 AM [redacted] wrote:

Hi [redacted]

Ideally we'd ask the client to choose before-hand as it's our 3rd+ go around on the production process for the build phase. Of course we want to ensure the clients are fully satisfied and comfortable with the lens in the end.

It's possible to build out both options but we'll ask for an extended timeline to do so. Likely about an extra week or so for the R1 of the lens. So instead of 12 days for R1, it'd be 19.

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Wed, Jul 10, 2024 at 6:48 AM [redacted] wrote:

Thank you for sharing!

Is it possible to build out both versions for the build so we can see how it comes to live? Or are we only able to move forward with one option?

----Error! Filename not specified.

[redacted]

---

**From:** [redacted]
**Date:** Wednesday, July 10, 2024 at 9:46 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Morning [redacted]

[redacted]

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

Error! Filename not specified.

On Tue, Jul 9, 2024 at 3:02 PM [redacted] wrote:

Hey [redacted]

Confirming we're still tracking to have feedback by EOD 7/12. But we did have a question, did the team have a POV on which version they would recommend [redacted]

----**Error! Filename not specified.**

[redacted]

**From:** [redacted]
**Date:** Monday, July 8, 2024 at 11:45 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Morning [redacted] and Team,

I hope you've all had a great weekend!

Please find the updated storyboard link below and timeline. We have this Friday (7/12) marked as the feedback/approval date. Let me know if you have any questions and we look forward to your feedback!

**SB Deck (slides 1-10):**

https://docs.google.com/presentation/d/1Y0ZvBM-SKXfZqmIjqhLyY5vpGxSnvttT063Mf4oUC3g/edit#slide=id.g2ead8e0ab41_2_0

**Timeline:**

SB2: ~~7/8~~
SB2 FB: 7/12
****Feedback into build

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Wed, Jul 3, 2024 at 7:05 AM [redacted] wrote:

Morning [redacted]

No problem, we'll proceed with the below:

**Timeline:**

SB2: 7/8
SB2 FB: 7/12
****Feedback into build

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Wed, Jul 3, 2024 at 6:46 AM [redacted] wrote:

Hey [redacted]

Confirming we are OOO on 7/5. Is it possible to get the storyboards 7/8 AM?

----**Error! Filename not specified.**

[redacted]

---

**From:** [redacted]
**Date:** Tuesday, July 2, 2024 at 2:06 PM
**To:** [redacted]
**Cc:** [redacted]

[redacted]

**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted]

Confirming receipt here thank you, no questions for now! Can you advise if we should expect OOO's on the later half of this week? If so, I'd propose that we share the new storyboards next Monday, 7/8.

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Mon, Jul 1, 2024 at 2:15 PM [redacted] wrote:

Hey [redacted]

Sending through the feedback on the storyboards. Please

note, the team is hoping in the next round we can see a few different variations. Let us know if you have any questions!

----**Error! Filename not specified.**

[redacted]

[redacted]

[redacted]

[redacted]

---

**From:** [redacted]
**Date:** Monday, July 1, 2024 at 11:09 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted]

Thanks for the update here, we'll keep an eye out! Please let me know if I can help field any of their questions.

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Mon, Jul 1, 2024 at 7:44 AM [redacted] wrote:

Hey [redacted]

The clients had a few questions for us on the storyboards so we're working today on answering those questions. Hoping to have something over to you tomorrow if not sooner!

----**Error! Filename not specified.**

[redacted]

**From:** [redacted]
**Date:** Monday, July 1, 2024 at 9:10 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Morning [redacted] and Team,

Kindly following up if the client was able to provide their feedback last Friday.

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Wed, Jun 26, 2024 at 1:52 PM [redacted] wrote:

Hi [redacted]

Confirming receipt here thank you! We'll standby for the client feedback before making any changes in case anything clashes. Furthermore, here's an updated timeline below. We can supply the SB2 iteration next week Monday if we get the feedback 6/28 Friday!

**Timeline:**

SB1 FB: 6/28
SB2: 7/1
SB2 FB: 7/5
****Feedback into build

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Wed, Jun 26, 2024 at 12:39 PM [redacted] wrote:

Hey [redacted]

Confirming receipt. The clients asked for an extra day to review so we should have feedback over by EOD 6/28. When can we expect the revised storyboards?

Attached is the internal teams feedback. This feedback is subject to change depending on the clients feedback but sharing over in advance for awareness if it's helpful.

----**Error! Filename not specified.**

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

---

**From:** [redacted]
**Date:** Friday, June 21, 2024 at 11:27 AM
**To:** [redacted]
**Cc:** [redacted]

[redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Happy Friday Everyone,

Reaching out today to share the newest storyboard deck link! As always, this is a running document so please focus on slides 1-9. Furthermore, per the request of 4-day feedback timing, we'll standy by for approval or feedback notes on EOD, 6/27.

Let me know if you have any questions and we look forward to hearing from you soon!

**SB Deck:** (Slides 1-9)

https://docs.google.com/presentation/d/1Y0ZvBM-SKXfZqmIjqhLyY5vpGxSnvttT063Mf4oUC3g/edit#slide=id.g273fd2c8cfd_0_85

**Timeline:**

~~SB1: 6/21~~SB1 FB: 6/27 SB2: 6/28 SB2 FB: 7/5
****Feedback into build

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Fri, Jun 14, 2024 at 11:01 AM [redacted] wrote:

Afternoon All,

As we haven't received confirmation on the timeline I wanted to resurface an updated timeline. Please let me know if this works! Our production team is out on holiday in the early half of the week from 16-19.

**Timeline:**

SB1: 6/21

SB1 FB: 6/25

SB2: 6/26

SB2 FB: 6/28

****Feedback into build

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Tue, Jun 11, 2024 at 12:05 PM [redacted] wrote:

Absolutely [redacted] - always happy to help.

The appreciation is shared for y'alls team's perseverance on working through these creative concepts with the client!

Please see the suggested timeline below for moving forward, i've included some longer feedback time turn-arounds in aim to allow time for any live reviews or delayed client feedback.

**FDA - Don't Pollute Yourself TL**
~~Approval: 6/11~~
**SB1: 6/14**
SB1 FB: 6/20
SB2: 6/24
SB2 FB: 6/26
***Feedback into build

Build KO: 6/27
R1: 7/15
R1 FB: 7/18
R2: 7/25
R2 FB: 7/30
Finalize: 8/1
Live: 8/5

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Tue, Jun 11, 2024 at 6:53 AM [redacted] wrote:

Hey [redacted]

[redacted]
Attached, please find the concept. We'd like the storyboards to follow the same flow as the attached.

Please let us know if you have any questions and when we can expect the R1 storyboards. Thank you!

----**Error! Filename not specified.**

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

---

**From:** [redacted]
**Date:** Tuesday, May 28, 2024 at 5:08 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted]

Thanks so much for keeping us in the loop, as always we were happy to help with any questions. We'll continue to stand by for any updates.

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Tue, May 28, 2024 at 1:33 PM [redacted] wrote:

Hi [redacted]

Hope you had a nice MDW. We wanted to provide an update that we received initial client feedback on the revised concepts. The [redacted] team is revising per client feedback, with the goal of us having a client approved concept direction to share back with you late next week.

Thanks for your patience,

[redacted]

---

**From:** [redacted]
**Date:** Monday, May 20, 2024 at 10:24 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself

Storyboard Discussion

Hi [redacted]

Glad to hear some feedback was received! We'll stand by until the revised concepts have some further direction.

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Fri, May 17, 2024 at 3:01 PM [redacted] wrote:

Hey [redacted]

We received some feedback from the clients on the revised concepts and will be working on revising next week. We will follow up by EOW with timing. Have a great weekend!

----**Error! Filename not specified.**

[redacted]

[redacted]

[redacted]

[redacted]

---

**From:** [redacted]
**Date:** Friday, May 17, 2024 at 10:04 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hey [redacted]

We probably won't hear from the clients until EOD. We'll keep you posted. Thank you!

----**Error! Filename not specified.**

[redacted]

[redacted]

[redacted]

[redacted]

---

**From:** [redacted]
**Date:** Friday, May 17, 2024 at 10:02 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted] and team,

Kindly bumping this thread as we're at EOW - please let me know if there's any creative selections from the client side.

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Wed, May 15, 2024 at 6:44 AM [redacted] wrote:

Hi [redacted]

Thanks for the update! Looking forward to hearing what direction the client wants to take.

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Tue, May 14, 2024 at 4:06 PM [redacted]

[redacted] wrote:

Hey [redacted]

Waned to share an update that we will be walking the clients through the revised concepts tomorrow and are hoping to have any direction to you by EOW. Thank you!

----**Error! Filename not specified.**

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

**From:** [redacted]
**Date:** Tuesday, May 7, 2024 at 2:57 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hey [redacted]

Thank you for confirming! We're planning to share the new idea with out clients next week so we will keep you updated on next steps!

----Error! Filename not specified.

[redacted]

[redacted]

[redacted]

[redacted]

---

**From:** [redacted]
**Date:** Tuesday, May 7, 2024 at 2:43 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Afternoon [redacted] and Team,

[redacted]

[redacted]

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Mon, May 6, 2024 at 2:46 PM [redacted] wrote:

Hey [redacted]

Thank you so much for sending through! Attached is the deck we walked through today, let us know if you have any questions!

----**Error! Filename not specified.**

[redacted]

---

**From:** [redacted]
**Date:** Monday, May 6, 2024 at 3:54 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Afternoon Everyone,

Thanks so much for y'alls time today! It was great getting to see these new concepts and I appreciate y'all running it by us before moving forward.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

When available, please share the deck from today so I can give the finalized review with any additional notes.

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

Error! Filename not specified.

On Thu, May 2, 2024 at 12:05 PM J[redacted] wrote:

Hi [redacted]

Assuming EST 2pm-2:30pm on 5/6 would work best for us!

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

Error! Filename not specified.

On Thu, May 2, 2024 at 11:15 AM [redacted] wrote:

Hey [redacted]

Our team will have the revised lens concept ready on 5/6. Do any of the below times

work for you to go through them together? We're hoping to get an idea of what's possible from a UX perspective, and any feedback you and the team may have. Let us know which times below work for you:

5/6

- 2:00pm-3:00pm

5/7

- 4:30pm-5:00pm

----**Error! Filename not specified.**

[redacted]

---

**From:** [redacted]
**Date:** Tuesday, April 30, 2024 at 2:25 PM
**To:** [redacted]
**Cc:** [redacted]

[redacted]

**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted]

Thanks so much for the updates! I'll stand by for those avails and we can discuss when ready.

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Tue, Apr 30, 2024 at 11:22 AM [redacted]

[redacted] wrote:

Hey [redacted]

Sorry for the delay, I've been OOO. Our creative team is working on finalizing some thought starters on how to adapt the concept to address the client feedback. I think the team is hoping to connect with you and the team early next week to get any thoughts. Will confirming avails by EOW. Thank you!

----**Error! Filename not specified.**

[redacted]

[redacted]

[redacted]

[redacted]

---

**From:** [redacted]
**Date:** Friday, April 26, 2024 at 10:11 AM
**To:** [redacted]
**Cc:** [redacted]

[redacted]

**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted] and Team,

Kindly bumping this thread for visibility, please let us know if there's anything we can do to help here.

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Wed, Apr 17, 2024 at 9:43 AM [redacted] wrote:

> Absolutely no problem [redacted] sorry to hear of the back-and-forth.

Please let us know if we can assist with anything during the meantime!

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Wed, Apr 17, 2024 at 9:41 AM [redacted] wrote:

Hey [redacted]

Apologies, but we're still having some back and forth with our clients on the storyline/visuals of the lens. We will be working with them to get a more clear direction over the next week and will have any final changes to you then. Thank you so much for your patience!

----**Error! Filename not specified.**

[redacted]

[redacted]

[redacted]

[redacted]

**From:** [redacted]
**Date:** Monday, April 15, 2024 at 12:39 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Morning [redacted] and Team,

Reaching out to share the updated lens links - please see below! We're providing two options (Filled v. Outlined) in case of legibility concerns. Please let us know any approval, selection of further feedback by EOD 4/17. Additionally, we'll still need the lens name and lens

folder items cleared for publishing too.

**Lens Links:**

- Outlined: https://www.snapchat.com/lens/5aba588dac324cbd8fb4c33d398ee0ec?type=SNAPCODE&metadata=01
- Filled: https://www.snapchat.com/lens/edf423b936564f5bac93048de4fcaace?type=SNAPCODE&metadata=01

**FDA Timeline:**
~~R2: 4/15~~
**R2 Feedback: 4/17**
Finalized Link: 4/18
***Can submit any minor feedback for overnight adjustments
**Live: 4/19**

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Mon, Apr 8, 2024 at 8:25 AM [redacted] wrote:

Hi [redacted]

As always, we'll try to deliver earlier than outlined! Unfortunately our production team is a bit lighter than normal due to Ramadan. I'll provide updates as production proceeds.

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Mon, Apr 8, 2024 at 6:59 AM [redacted] wrote:

Hey [redacted]

If there's any way to move up the

timeline for the next build to give our team a little more time to get the lens set up in Ads manager that would be great! If not, we will do our best to make this timeline work. Let me know what's doable, thank you!

----**Error! Filename not specified.**

[redacted]

---

**From:** [redacted]
**Date:** Monday, April 8, 2024 at 9:57 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Morning [redacted] and Team,

Following your notes around feedback and live date timing I wanted to suggest the timeline below. This would still allow us to go live the Friday of 4/19 proceeding the target live of 4/22. Please let me know your thoughts and if we're good to move forward with this.

Lastly, I'm resurfacing the lens folder and lens name instructions at the bottom so we can have that prepared for publishing. That'd be a great item to work on this week if possible.

**FDA Timeline:**
**R2: 4/8 -> 4/15**
R2 Feedback: 4/17
Finalized Link: 4/18
***Can submit any minor feedback for overnight adjustments
**Live: 4/19**

**Finalization Items:**

The **Lens Folder** is the location where we will upload the finalized and approved lens. It's from there your team/the client can publish said lens. In order for us to do this, [redacted] will need **Member access** to the relative Ad Account/Organization. Additionally, [redacted] will need **Lens Creator** access to the

Lens Folder. Once these actions are completed/confirmed, please advise on both the Ad Account/Organization name and Lens Folder name so we can confirm access from our end.

The **Lens Name** is a front and back-end facing title for the lens. It's presented in the upper-left corner of the screen and is followed by "By, Account Name". The proceeding lens title can only be 18 characters long (**including spaces**) and cannot contain most special characters (!, @, #, $).

Please work on these two items as available and confirm once identified/finished. Let me know if there's any questions!

Best,

On Fri, Apr 5, 2024 at 1:27 PM [redacted] wrote:

Ideally, we'd like to be live with the lens for 4/22 but there is flexibility. Let us know what timing looks like on your end and we'll relay to the clients.

----**Error! Filename not specified.**

[redacted]

[redacted]

[redacted]

[redacted]

**From:** [redacted]
**Date:** Friday, April 5, 2024 at 4:22 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hey [redacted]

Thanks for sharing this ahead of delivery, we'll definitely have to adjust the timeline as there unfortunately won't be enough time to deliver this by Monday. Could you please advise on the current target live date for this campaign? Resurfacing the old

working timeline below.

**FDA Timeline:**
~~R1 Feedback: 4/3~~
**R2: 4/8**
R2 Feedback: 4/10
Final: 4/15

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Fri, Apr 5, 2024 at 10:32 AM [redacted] wrote:

Hey [redacted]

[redacted]

[redacted] thank you!

----**Error! Filename not specified.**

[redacted]

---

**From:** [redacted]
**Date:** Thursday, April 4, 2024 at 1:07 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted]

Confirming receipt here thanks so much!

Per the timeline, we plan on delivering the R2 link by next monday, 4/8 at the latest. In the meantime, I want to bump the finalization items again as we'll need that for publishing. Please see the below and feel free to ask any questions for guidance as necessary.

**FDA Timeline:**
~~R1 Feedback: 4/3~~
**R2: 4/8**
R2 Feedback: 4/10
Final: 4/15

The **Lens Folder** is the location where we will upload the finalized and approved lens. It's from there your team/the client can publish said lens. In order for us to do this, [redacted] will need **Member access** to the relative Ad Account/Organization. Additionally, [redacted] will need **Lens Creator** access to the Lens Folder. Once these actions are completed/confirmed, please advise on both the Ad Account/Organization name and Lens Folder name so we can confirm access from our end.

The **Lens Name** is a front and back-end facing title for the lens.

It's presented in the upper-left corner of the screen and is followed by "By, Account Name". The proceeding lens title can only be 18 characters long (**including spaces**) and cannot contain most special characters (!, @, #, $).

Best,

On Wed, Apr 3, 2024 at 3:55 PM [redacted] wrote:

Hey [redacted]

Our feedback can be found in the attached deck. We're still waiting on confirmation for a few other notes from the clients and will follow up with that as soon as we have it.

[redacted] Thank you!

----**Error! Filename not specified.**

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

**From:** [redacted]
**Date:** Tuesday, April 2, 2024 at 11:26 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted]

Thanks for the update! Supplying a refreshed timeline below to follow that.

**FDA Timeline:**
**R1 Feedback: 4/3**
R2: 4/8
R2 Feedback: 4/10
Final: 4/15

Best,

--

[redacted] | Creative Project Manager

[redacted]

[redacted]

**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Tue, Apr 2, 2024 at 8:14 AM [redacted] wrote:

Hey [redacted]

Aiming to have feedback over to you EOD tomorrow!

----**Error! Filename not specified.**

[redacted]

**From:** [redacted]
**Date:** Tuesday, April 2, 2024 at 11:10 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Morning All,

Kindly following up as we're hoping for that lens feedback today. Please let me know if there's any updates.

Best,

--

[redacted] | Creative Project

Manager

[redacted]

[redacted]
**New York** | Ankara | Izmir (GMT+03:00)

**Error! Filename not specified.**

On Fri, Mar 29, 2024 at 9:27 [redacted] wrote:

Thanks, [redacted] Confirming receipt, we are routing for feedback.

---

**From:** [redacted]
**Date:** Friday, March 29, 2024 at 12:11 PM
**To:** F[redacted]
**Cc:** [redacted]

[redacted]

**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Hi [redacted] and Team,

As mentioned, we are delivering the R1 lens link today! Please find it below and advise on any feedback or approval by EOD Tuesday, 4/2. Additionally, I wanted to resurface the Lens Name and Lens Folder finalization items. It's good to get these done ahead of time so publishing is a bit easier. Please find those details below the timeline.

**R1 Lens Link:**

https://www.snapchat.com/unlock/?type=SNAPCODE&uuid=5a24557436604a6bafb4610304e8f7c2&metadata=01

**FDA Timeline:**
~~R1: 3/29~~
**R1 Feedback: 4/2**
R2: 4/5
R2 Feedback: 4/9
Final: 4/12

The **Lens Folder** is the location where we will upload the finalized and approved lens. It's

from there your team/the client can publish said lens. In order for us to do this, [redacted] will need **Member access** to the relative Ad Account/Organization. Additionally, [redacted] will need **Lens Creator** access to the Lens Folder. Once these actions are completed/confirmed, please advise on both the Ad Account/Organization name and Lens Folder name so we can confirm access from our end.

The **Lens Name** is a front and back-end facing title for the lens. It's presented in the upper-left corner of the screen and is followed by "By, Account Name". The proceeding lens title can only be 18 characters long (**including spaces**) and cannot contain most special characters (!, @, #, $).

Best,

On Thu, Mar 28, 2024 at 12:55 AM [redacted] wrote:

Hi [redacted]

Correct, confirming that we will deliver our link tomorrow :)

Kind regards,

[redacted] | Operation Manager
*(she/her)*

[redacted]

[redacted]
New York | Ankara | **Izmir**
(GMT+03:00)
[redacted]

**Error! Filename not specified.**

On Thu, Mar 28, 2024 at 12:27 AM '[redacted] wrote:

Hey [redacted]

Can you confirm we're still tracking to get the lens build on 3/29?

----**Error! Filename not specified.**

[redacted]

[redacted]

[redacted]

[redacted]

**From:** [redacted]
**Date:** Wednesday, March 20, 2024 at 12:28 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Don't Pollute Yourself Storyboard Discussion

Confirming receipt - thanks [redacted] Looks like we're paying attention to the copy beneath the visuals and the flow in addition to the notes outlined in your email.

Best,

--

[redacted] | Creative Project Manager

[redacted]

This message contains information which may be confidential and privileged. Unless you are the intended recipient (or authorized to receive this message for the intended recipient), you may not use, copy, disseminate or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much.

--

[redacted] | Technical Lead
*(he/him)*

[redacted]

[redacted]
New York | Ankara | **Izmir** (GMT+03:00)

**Error! Filename not specified.**

--

[redacted] | Technical Lead
*(he/him)*

[redacted]

[redacted]
New York | Ankara | **Izmir** (GMT+03:00)

**Error! Filename not specified.**

--

[redacted] | Technical Lead
*(he/him)*

[redacted]

[redacted]
New York | Ankara | **Izmir** (GMT+03:00)

**Error! Filename not specified.**