# EXHIBIT 10

---

**From:** [redacted]
**Sent:** Fri 3/21/2025 9:50:04 PM (UTC)
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

Hey [redacted]
Confirming this has been handed off to the team and [redacted] in the next update! have a great weekend!

--
[redacted]

On Fri, Mar 21, 2025 at 5:21 PM [redacted] wrote:

Hi [redacted]

Thank you for the explanation! After connecting internally, [redacted]

Let me know if you have any questions or concerns.

Best,

[redacted]

---

**From:** [redacted]
**Date:** Friday, March 21, 2025 at 2:25 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

Hey [redacted],

[redacted]

[redacted]

Best,
--

[redacted]

On Fri, Mar 21, 2025 at 12:46 PM [redacted] wrote:

Hi [redacted]

Appreciate the update! [redacted]

---

**From:** [redacted]
**Date:** Thursday, March 20, 2025 at 6:52 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

Hey [redacted]
Thank you so much for the feedback! [redacted] Also, we will need until EOD Monday to address the rest of the notes. Let us know if that works for you, and we'll get started on these notes now!

Best,

--

[redacted]

On Thu, Mar 20, 2025 at 6:00 PM [redacted] wrote:

Hi [redacted]

Following up with feedback as well as elements + fonts needed for building the boards. Please see the link below:

LINK: [redacted]

Please let me know if you have any questions or issues accessing the files. Also, can you please let me know when we can expect the revised boards?

Thank you!

[redacted]

---

**From:** [redacted]
**Date:** Monday, March 17, 2025 at 7:22 PM
**To:** [redacted]
**Cc:** [redacted]

[redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

[redacted]

Sounds great! Thank you!

--

[redacted]

On Mon, Mar 17, 2025 at 7:16 PM [redacted] wrote:

Confirming receipt, thank you!

We will review the revised boards internally and follow up with feedback.

---

**From:** [redacted]
**Date:** Monday, March 17, 2025 at 5:55 PM

**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

Hey [redacted]

We have the next round of updates ready and linked for you below! Also, attaching an updated timeline here for your convenience!

Feedback Doc

Slide Presentation

Best,
--

[redacted]

On Mon, Mar 17, 2025 at 4:51 PM [redacted] wrote:

Hey [redacted]

We are tracking eod today!

--

[redacted]

On Mon, Mar 17, 2025 at 4:47 PM [redacted] wrote:

Hi [redacted]

Hope you had a nice weekend!

Wanted to check in and see if we are still on track to have revised boards by EOD today. Let me know if there are any concerns with this timing

Thank you!

[redacted]

---

**From:** [redacted]
**Date:** Friday, March 14, 2025 at 12:23 PM
**To:** [redacted]

**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

[redacted]

This is great! Thank you! Have a great weekend!

--

[redacted]

On Fri, Mar 14, 2025 at 12:12 PM [redacted] wrote:

See attached files for the logo.

Let me know if you need anything else!

**From:** [redacted]
**Date:** Friday, March 14, 2025 at 11:59 AM
**To:** [redacted]
**Cc:** [redacted]

Hey [redacted]

We can have these changes made for you Monday eod! As for the logo's the link unfortunately needs login credentials, can you possibly share here directly?

Thank you!
--

[redacted]

On Fri, Mar 14, 2025 at 10:21 AM [redacted] wrote:

Hi [redacted]

Happy Friday!

Please find consolidated feedback in the deck attached. Can you please let us know when we might be able to have revisions ready to share back?

Let me know if there are any questions.

Best,

[redacted]

---

**From:** [redacted]
**Date:** Thursday, March 13, 2025 at 11:47 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

[redacted]

Sounds great! Thank you!

--

[redacted]

[redacted]

[redacted]

[redacted]

On Thu, Mar 13, 2025 at 9:32 AM [redacted] wrote:

Hi [redacted]

Confirming receipt, thank you!

We will review these boards internally and reach out with any questions.

---

**From:** [redacted]
**Date:** Wednesday, March 12, 2025 at 9:49 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

Hey Team,

We have R1 of storyboards ready and linked for you below! Let us know if you have any questions and we look forward to feedback!

Feedback Doc

Slide Presentation

Best,
--

[redacted]

Project Manager

[redacted]

On Wed, Mar 12, 2025 at 4:56 PM [redacted] wrote:

Sounds good, thank you for the update!

---

**From:** [redacted]
**Date:** Wednesday, March 12, 2025 at 3:41 PM
**To:** [redacted]
**Cc:** [redacted]

[redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

Hey [redacted]

We are tracking eod/pst today!

Best,
--

[redacted]

[redacted]

[redacted]

[redacted]

On Wed, Mar 12, 2025 at 3:30 PM [redacted] wrote:

Hi team,

Wanted to check in and see when we can expect to have the storyboards shared for review. Let me know if you have any questions.

Thank you!

[redacted]

---

**From:** [redacted]
**Date:** Friday, March 7, 2025 at 5:33 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

[redacted]

You bet! Have a great weekend!

Best,
--

[redacted]

On Fri, Mar 7, 2025 at 5:11 PM [redacted] wrote:

Confirming receipt, thank you!

---

**From:** [redacted]
**Date:** Friday, March 7, 2025 at 3:44 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

[redacted]

Perfect, thank you for confirming! Our team can have R1 of storyboards for you on Wednesday 3/12! Attaching an updated timeline here for you and the rest of the team! Let us know if you have any questions in the meantime!

Best,
--

[redacted]

[redacted]

[redacted]

[redacted]

On Fri, Mar 7, 2025 at 1:53 PM [redacted] wrote:

Hi [redacted]

We are planning to have the 3 looks/concepts within 1 lens.

---

**From:** [redacted]
**Date:** Friday, March 7, 2025 at 1:45 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

Hey [redacted]
Thanks so much for this information, this has been handed off to our team!! To ensure we're all aligned, are we planning to do the three looks/concepts within one lens, or will they be three separate experiences? Let us know your thoughts!

Best,
--

[redacted]

[redacted]

On Fri, Mar 7, 2025 at 1:31 PM [redacted] wrote:

Hi team,

Happy to share we have the green light to move forward with developing storyboards for the following 3 concepts. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Would you be able to let us know how much time you think you will need to develop these boards? Once shared, I can work it into our timeline and reshare here. Please let us know if you have any questions as you review and begin to develop storyboards.

Thank you,

[redacted]

---

**From:** [redacted]
**Date:** Wednesday, March 5, 2025 at 2:14 PM
**To:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

Got it! We usually go with 3 options so as not to provide *too many* choices, but we are technically able to add more if needed. Is the client interested in including a specific number?

On Wed, Mar 5, 2025 at 10:40 AM [redacted] wrote:

Yes, sorry for any confusion!

---

**From:** [redacted]
**Date:** Wednesday, March 5, 2025 at 12:36 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

[redacted].

On Wed, Mar 5, 2025 at 9:48 AM [redacted] wrote:

Hi [redacted]

Great, thank you for sharing this its super helpful.

Question, seeing that we have several options that we are looking to move forward with, how many options are we able to include in this lens?

---

**From:** [redacted]

**Date:** Wednesday, March 5, 2025 at 10:49 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

Hi [redacted],

[redacted]

[redacted]

Let me know if you have any thoughts or questions!

On Tue, Mar 4, 2025 at 11:36 AM [redacted] wrote:

Hi [redacted]

Thank you for confirming!

Snap team, can you please review the attached storyboards and let us know which of the options would be most engaging as well as pass along any best practices you might have available? Let me know if you have any questions.

Best,

[redacted]

---

**From:** [redacted]
**Date:** Monday, March 3, 2025 at 3:49 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

Hey [redacted]

So we took a look at the boards and unfortunately [redacted] but the rest is all doable. However we will lean on Snap for best practices!!

Thanks so much,
--

[redacted]

[redacted]

[redacted]

[redacted]

On Mon, Mar 3, 2025 at 1:52 PM [redacted] wrote:

Hi team,

Hope everyone had a nice weekend! Happy to share The Real Nightmare storyboards from [redacted], please see attached.

[redacted]

Please let us know if you have any questions or concerns.

Thank you!

[redacted]

**From:** [redacted]
**Date:** Wednesday, February 26, 2025 at 3:57 PM
**To:** [redacted]
**Cc:** [redacted]

[redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

[redacted]

Thank you for the update! We look forward to reviewing the boards!

--

[redacted]

[redacted]

[redacted]

[redacted]

On Wed, Feb 26, 2025 at 3:54 PM [redacted] wrote:

Hi team,

Providing an update here – [redacted] is actively working on the revised boards based on our initial feedback we shared with them and they are aiming to have the boards shared with us tomorrow. I will follow up if anything changes. Please let us know if you have any questions in the meantime.

Appreciate your patience!

Best,

[redacted]

**From:** [redacted]
**Date:** Thursday, February 20, 2025 at 12:21 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

[redacted]

No problem at all! Just checking in, thank you for the update and we will standby!

Best,
--

[redacted]

On Thu, Feb 20, 2025 at 12:19 PM [redacted] wrote:

Hi [redacted]

Appreciate the team's patience here. [redacted]
Once received, I will share them here for feedback/alignment.

Please let me know if you have any questions.

Best,

[redacted]

**From:** [redacted]
**Date:** Tuesday, February 18, 2025 at 11:18 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

Hey Team,

Just checking in to see where we stand here!

Best,
--

[redacted]

On Thu, Feb 13, 2025 at 3:42 PM [redacted] wrote:

[redacted]

Sounds great, thank you for the update!

Best,
--

[redacted]

On Thu, Feb 13, 2025 at 1:47 PM [redacted] wrote:

Hi team,

Sorry for the delay here – we shared these options with [redacted] and are waiting for their confirmation on next steps. I will share an update ASAP.

Best,

[redacted]

**From:** [redacted]
**Date:** Thursday, February 13, 2025 at 11:42 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

Hey Team,

Just bumping [redacted] note here! Keep us posted!

Best,
--

[redacted]

[redacted]

[redacted]

[redacted]

On Tue, Feb 11, 2025 at 7:09 PM [redacted]
[redacted] wrote:

Thanks, [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Please let us know which option you all prefer and we will share a timeline to reflect the production process. THappy to answer any additional questions about the production process, Snap POV, etc. Thanks in advance!

On Tue, Feb 11, 2025 at 3:06 PM [redacted] wrote:

Hey Team,

Thanks for the updated boards. Just wanted to share my thoughts regarding the boards below.

[redacted]

Let us know your thoughts

Best

[redacted]

On Tue, Feb 11, 2025 at 2:02 PM [redacted] wrote:

Thank you, [redacted] Confirming receipt of this concept board and appreciate the team for working on them!

I want to loop in the project manager for this project, [redacted], whom you all met during the [redacted]. Everything looks good from a Snap POV, but I'll let her and the [redacted] team chime in on technical feasibility.

We'll share an updated campaign timeline from there and allow for final feedback on the concept before we begin! Please let me know if you have any questions or callouts in the meantime.

On Tue, Feb 11, 2025 at 8:38 AM [redacted] wrote:

Hi [redacted]

Hope you had a nice weekend!

[redacted]

Would you be able to review these and confirm feasibility from a technical standpoint by **EOD Wednesday** and let us know what is possible to create?

Please let me know if you have any questions as you review.

Thank you!

[redacted]

**From:** [redacted]
**Date:** Thursday, February 6, 2025 at 3:32 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

Hey [redacted]

No worries and thanks for the update. We'll be on the lookout for next steps mid-week next week.

Cheers,

[redacted]

On Thu, Feb 6, 2025 at 12:54 PM [redacted] wrote:

Hi [redacted]

Thank you for checking in! [redacted] let us know that their creative team will need some more time on their boards and should have something to share with the [redacted] for review by EOD Monday. Once we align on the boards, we will look to share with your team by mid-week but I will let you know if anything changes.

Let me know if there are any issues with this timing.

Thanks!

**From:** [redacted]
**Date:** Thursday, February 6, 2025 at 8:54 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

Hey team,

Just wanted to check in following last week's call on the Lens storyboards. Any chance you've received an update from [redacted]?

On Tue, Jan 28, 2025 at 9:05 AM [redacted] wrote:

Thank you! I will have this fwded to the rest of the [redacted] team.

**From:** [redacted]
**Date:** Monday, January 27, 2025 at 7:01 PM
**To:** [redacted]

**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

Just sent over an invite for 2PM on Friday. Mind sending an invite to the [redacted] folks and anyone else you want to join? Thank you!

On Mon, Jan 27, 2025 at 6:37 PM [redacted] wrote:

Friday from 2:00 – 3:00pm works for [redacted] and [redacted], do you want us to share the invite?

**From:** [redacted]
**Date:** Monday, January 27, 2025 at 2:50 PM
**To:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

They're free between 12 PM - 3 PM EST on both days. Let me know if anything works in there!

On Mon, Jan 27, 2025 at 2:35 PM [redacted] wrote:

Hi [redacted]

Hope you had a nice weekend as well!

Are you able to share some times that work for a kickoff Thursday/Friday?

**From:** [redacted]
**Date:** Monday, January 27, 2025 at 2:16 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

Hey [redacted]

Hope you had a great weekend! Just wanted to see if [redacted] provided some available times for the kick-off call this week? Let us know when you're able, thank you!

On Fri, Jan 24, 2025 at 4:04 PM [redacted] wrote:

Sounds good, thanks!

On Fri, Jan 24, 2025 at 2:59 PM [redacted] wrote:

Thank you, [redacted]

I am waiting for confirmation from [redacted] on when we they will be available to meet but will follow up ASAP.

**From:** [redacted]
**Date:** Friday, January 24, 2025 at 1:46 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

Also, just sent over the creative service agreement to [redacted] for signature!

On Fri, Jan 24, 2025 at 1:17 PM [redacted] wrote:

Hey [redacted]

The vendor, [redacted] say they're pretty open for a call on Tuesday after 1PM EST. Let me know what time block works best for you and I'll send over an invite.

In the meantime, they've sent over the attached timeline. LMK if you have any edits!

On Thu, Jan 23, 2025 at 2:37 PM [redacted] wrote:

Great! Confirming we've set this in motion and will send over a call invite for next week when we've confirmed our production vendor. Stay tuned here!

On Thu, Jan 23, 2025 at 12:47 PM [redacted] wrote:

Hi [redacted]

Happy to hear!

[redacted]

Best,

[redacted]

**From:** [redacted]
**Date:** Wednesday, January 22, 2025 at 5:53 PM
**To:** [redacted]

**Cc:** [redacted]

**Subject:** Re: FDA "The Real Nightmare" Q2 Snap Lens Production

Hey [redacted]

This is excellent news! We love the concept and are super excited to help bring it to life.

We'll kick off the process internally to have us matched to a production vendor. [redacted] That'll help give us what we need to schedule the call for next week.

Thank you!

On Wed, Jan 22, 2025 at 4:53 PM [redacted] wrote:

Hi Snap team,

Hope all is well!

Excited to share that we have received approval on a snap

lens concept we are looking to launch in Q2! I have attached the approved concept for "The Real Nightmare" for your team to review.

We are hoping to kickoff development ASAP as we are looking to have this ready for a **May 1** launch. If possible, could we look to schedule a kickoff call middle of next week with our teams, the production vendor who will be assisting with this project, and a few [redacted] members to talk through/align on the creative vision? I will follow up with avails once I can.

Please let me know if you have any questions or need anything else to get this kicked off.

Thanks,

[redacted]

This message contains information which may be confidential and privileged. Unless you are the intended recipient (or authorized to receive this message for the intended recipient), you may not use, copy, disseminate or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much.

--

Best,
[redacted]

--

[redacted]

*Los Angeles*

Creative Project Manager | Snap Inc.
[redacted]

--

[redacted]

--

Best,
[redacted]

--

[redacted]

*Los Angeles*

Creative Project Manager | Snap Inc.
[redacted]