# EXHIBIT 11

**From:** [redacted]
**Sent:** Wed 7/9/2025 12:07:17 PM (UTC-07:00)
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: Hello! Catch-up re: K2P Assets
**Attachment:** K2P_SnapLens_July2025.pptx

Hi [redacted]

It was so great meeting with you and Alec. I have attached the storyboard we reviewed yesterday – please note that we are still updating some of the language and the ending call-to-action on the storyboard.

[redacted]

Additionally, we would really appreciate the monthly touchpoints with your team to discuss our Snapchat campaigns. For those meetings can you include our paid media team:

1. @[redacted]
2. @[redacted]

Thank you again!

[redacted]

**From:** [redacted]
**Sent:** Tuesday, July 8, 2025 4:12 PM
**To:** [redacted] Alec Goldberg [redacted]
**Cc:** [redacted]
**Subject:** Re: Hello! Catch-up re: K2P Assets

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted] and [redacted]

It was wonderful meeting you both this afternoon!

[redacted]

Additionally, Alec and I would like to schedule a monthly 30-minute check-in to discuss ongoing campaigns, as well as the latest strategies and product updates here at Snap. Please let us know if this works for you.

We are thrilled to be supporting your work and furthering our partnership on this incredible campaign to protect young people.

Warmly,
[redacted]

[redacted]
Account Manager | Snap Inc.

On Wed, Jul 2, 2025 at 11:26 AM [redacted] wrote:
Awesome, thanks [redacted] Can we also add Alec Goldberg [redacted] to the invite from the Snap team.

Thanks!

Warmly,
[redacted]

[redacted]
Account Manager | Snap Inc.

On Tue, Jul 1, 2025 at 5:38 PM [redacted] wrote:
1 PM ET is perfect. I just sent out an invite.

Thank you!

[redacted]

[redacted]

**From:** [redacted]
**Sent:** Tuesday, July 1, 2025 5:34 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Hello! Catch-up re: K2P Assets

You don't often get email from [redacted]

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted]

[redacted]

Are you available to meet on Tuesday, July 8th at 1 PM ET? Happy to look at calendars and propose another time if that works better for you.

Warmly,
[redacted]

[redacted]
Account Manager | Snap Inc.

On Tue, Jul 1, 2025 at 5:28 PM [redacted] wrote:

Hi [redacted]

[redacted]

It would be great to hop on a call the week of 7/7/2025 to discuss.

Thanks!

[redacted]

[redacted]

**From:** [redacted]
**Sent:** Tuesday, July 1, 2025 5:23 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Hello! Catch-up re: K2P Assets

You don't often get email from [redacted]

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi all,

[redacted] thank you so much for introducing us! [redacted] it's great to meet you!

[redacted]

I realize that there is a lot here, so I'm happy to schedule a call to discuss this

further if that's easier. Please let me know your thoughts and if you have any questions!

Warmly,
[redacted]

[redacted]
Account Manager | Snap Inc.

On Tue, Jul 1, 2025 at 9:59 AM [redacted] wrote:

Thank you for the connection, Jill! [redacted]

[redacted] please let us know when you have an answer re: [redacted]

[redacted]

**From:** [redacted]
**Sent:** Monday, June 30, 2025 6:30 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Hello! Catch-up re: K2P Assets

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted]

I feel the same! Thank you for taking the time to chat today and for your understanding and patience as we navigate alternative routes to get this Lens off the ground.

[redacted]

[redacted]

[redacted]

[redacted]. I hope you all have a lovely rest of your week and beat the heat!

All the best,
[redacted]

On Mon, Jun 30, 2025 at 3:07 PM [redacted] wrote:

Hi [redacted]

[redacted]

Including our team [redacted] and [redacted] on this email thread for awareness.

Thanks!

[redacted]

**From:** [redacted]
**Sent:** Monday, June 30, 2025 11:07 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Hello! Catch-up re: K2P Assets

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thank you! Talk soon.

---------

[redacted]
Global Public Policy & Partnerships, Snap Inc.
**e:** [redacted] | **snapchat:** [redacted]

On Mon, Jun 30, 2025 at 10:50 [redacted] wrote:

I'll send a Teams invite now!

[redacted]

**From:** [redacted]
**Sent:** Monday, June 30, 2025 10:43 AM

**To**[redacted]
**Cc**[redacted]
**Subject:** Re: Hello! Catch-up re: K2P Assets

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted]

Great! Thank you so much. 1PM works for me. Do you want to send a Teams hold or are you okay with a Google Meets calendar invite?

Thanks,
[redacted]

--

[redacted]
Global Public Policy & Partnerships, Snap Inc.
**e**[redacted] | **snapchat:** [redacted]

On Mon, Jun 30, 2025 at 10:29 AM [redacted] wrote:

Hello [redacted]
Yes, we're free to connect either from 11:30-12pm or 1-2pm today. Thanks for reaching out and we look forward to connecting!

Best,
[redacted]

[redacted]

**From:** [redacted]
**Sent:** Monday, June 30, 2025 10:17 AM

**To:** [redacted]
**Subject:** Hello! Catch-up re: K2P Assets

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted]

I hope you're well! I know it's been a minute since we've last caught up. I wanted to provide a quick update around upcoming K2P assets.

Do you have some time for a brief call today? I'm available before noon and between 1-2 PM EST. Please let me know if those times don't work, I'd be happy to adjust to your schedule.

Many thanks,
[redacted]
--
[redacted]
Global Policy & Partnerships
m: [redacted]

--

[redacted]
Global Public Policy & Partnerships, Snap Inc.
**e:** [redacted] | **snapchat:** [redacted]