# EXHIBIT 12

---

**From:** [redacted]
**Sent:** Tue 4/9/2024 10:30:54 AM (UTC-07:00)
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: FW: DHS x Snap - Quick Intro + Advertising Walk Through
**Attachment:** K2P_SnapAds_1.jpg
**Attachment:** K2P_SnapAds_2.jpg

[redacted]
Thanks for taking some time to meet with us. Here are two examples of the ads we are creating. The animated versions will likely be 6 seconds long.

Please let me know if you have any questions.
Thank you,
[redacted]

---

**From** [redacted]
**When:** 12:00 PM - 12:30 PM April 9, 2024
**Subject:** FW: DHS x Snap - Quick Intro + Advertising Walk Through

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

-----Original Appointment-----
**From:** [redacted]
**Sent:** Thursday, April 4, 2024 4:21 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** DHS x Snap - Quick Intro + Advertising Walk Through
**When:** Tuesday, April 9, 2024 12:00 PM-12:30 PM America/New_York.
**Where:**

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Join with Google Meet

**Meeting link**

[redacted]

**Join by phone**

(US) [redacted]
PIN: [redacted]

More phone numbers

**When**

Tuesday Apr 9, 2024 · 12pm – 12:30pm

(Eastern Time - New York)

**Guests**

[redacted]

View all guest info

**Reply** for [redacted]

Yes | No | Maybe

More options

Invitation from Google Calendar

You are receiving this email because you are an attendee on the event. To stop receiving future updates for this event, decline this event.

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

[redacted]

v.E.1