# EXHIBIT 13

---

**From:** [redacted]
**Sent:** Tue 5/27/2025 2:02:35 PM (UTC-07:00)
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: [redacted]

Hey [redacted]

Happy to do so!

Regarding the lens, once you have the design finalized, you can follow the instructions linked here to get the lens added to your Creative Library in Snapchat! Let me know if you have any questions with the process.

Warmly,
[redacted]
e: [redacted]

On Tue, May 27, 2025 at 3:59 PM [redacted] wrote:

> Hi [redacted] Yes, I had a great weekend. I hope you had a great weekend as well. [redacted] We are very grateful for our partnership with Snapchat.
>
> Question: Our creative team is currently working on a new lens. Once we have our design finalized, can we connect with you, or someone else on your team to get the new lens added to Snapchat so we can utilize it?
>
> Thanks,
>
> [redacted]
>
> ---
>
> **From:** [redacted]
> **Date:** Tuesday, May 27, 2025 at 10:58 AM
> **To:** [redacted]

**Cc:** [redacted]
**Subject:** [EXT] Re: [redacted]

Hi [redacted]

I hope you had a wonderful long weekend! [redacted]

[redacted]

[redacted]

Please let me know if you have any questions - [redacted]

Warmly,

[redacted]

[redacted] Account Manager, Snap Inc.

e: [redacted]

On Wed, May 21, 2025 at 11:44 AM [redacted] wrote:

Hi [redacted] I hope you're having a great week. [redacted]

[redacted]

[redacted]

[redacted]

Thanks,

[redacted]

[redacted]

---

**From:** [redacted]
**Date:** Thursday, April 3, 2025 at 4:08 PM
**To:** [redacted]
**Subject:** Re: [EXT] [redacted]

Hi [redacted] Things are going well over here. [redacted] it's a pleasure to meet you. [redacted], congratulations. We look forward to working with the both of you.

That's great! [redacted]

Thanks,

[redacted]

---

**From:** [redacted]
**Date:** Wednesday, April 2, 2025 at 2:19 PM
**To:** [redacted]
**Subject:** [EXT] Re: [redacted]

Hi all,

Hope you're doing well! [redacted]

[redacted]

Please let me know if you have any questions!

In addition, I want to introduce you to [redacted] and [redacted] who will be supporting your campaigns in Q2 and beyond. You are in great hands with them!

On Tue, Mar 25, 2025 at 2:23 PM [redacted] wrote:

Hey [redacted]

[redacted]

On Mon, Mar 24, 2025 at 9:38 AM [redacted] wrote:

Hi [redacted] – I hope you had a great weekend. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Thanks.

[redacted]

---

**From:** [redacted]
**Date:** Tuesday, March 18, 2025 at 9:38 AM
**To:** [redacted]
**Subject:** [EXT] RE: [redacted]

Hi [redacted]

Jumping in here. [redacted] We are very appreciative of the work you all have done to help us execute this!

[redacted]

**From:** [redacted]
**Sent:** Tuesday, March 18, 2025 9:35 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: [redacted]

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hey [redacted]

Thanks for the update. [redacted]

Best,

[redacted]

On Mon, Mar 17, 2025 at 1:21 PM [redacted] wrote:

Hi [redacted] – [redacted]

Thank you.

[redacted]

**From:** [redacted]
**Date:** Monday, March 17, 2025 at 1:08 PM

**To:** [redacted]
**Cc:** [redacted]
**Subject:** [EXT] Re: [redacted]

Hi all,

Hope you had a great weekend! [redacted] Thank you!

On Fri, Mar 14, 2025 at 1:12 PM [redacted] wrote:

Hi all,

[redacted]

[redacted]

[redacted]
Thank you!

On Thu, Mar 13, 2025 at 4:27 PM [redacted] wrote:

Hi [redacted] – Apologies, I had my Q2, April dates wrong. Yes, let's move forward with that approach. I updated the April/Q2 dates in the campaign to align to 4/1/25 – 6/30/25. Thank you so much for your help here.

**Campaigns:**

[redacted]

---

**From:** [redacted]
**Date:** Thursday, March 13, 2025 at 3:55 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** [EXT] Re: [redacted]

Hi team — just jumping in here. [redacted]

----------

[redacted]
Global Public Policy & Partnerships, Snap Inc.
**e:** [redacted] | **snapchat:** [redacted]

On Thu, Mar 13, 2025 at 3:42 PM [redacted] wrote:

Hi [redacted] – [redacted]

[redacted]

[redacted]

- ○ [redacted]

---

**From:** [redacted]
**Date:** Thursday, March 13, 2025 at 3:28 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** [EXT] Re: [redacted]

Hey [redacted]

[redacted]

On Thu, Mar 13, 2025 at 3:10 PM [redacted] wrote:

[redacted]

Thanks,

[redacted]

---

**From:** [redacted]
**Date:** Thursday, March 13, 2025 at 2:53 PM
**To:** [redacted]
**Cc:** [redacted]

**Subject:** [EXT] Re: [redacted]

Hey all,

Thanks for the context there. [redacted]? Let me know and we'll have it generated. Thank you!

On Thu, Mar 13, 2025 at 2:34 PM [redacted] wrote:

Thanks [redacted]

[redacted] I should have approval by tomorrow or Monday at the latest.

[redacted]

**From:** [redacted]
**Sent:** Thursday, March 13, 2025 2:30 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: [redacted]

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open

attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted] – Nice to meet you. [redacted]

[redacted]

[redacted]

Thanks,

[redacted]

---

**From:** [redacted]
**Date:** Thursday, March 13, 2025 at 1:38 PM
**To:** [redacted]
**Subject:** [EXT] Re: [redacted]

Hi [redacted]

Hope you're doing well! [redacted]? Thank you!

On Wed, Mar 5, 2025 at 5:34 PM [redacted] wrote:

Hi [redacted]

This is perfect. [redacted]

I'm including our paid media team [redacted] and [redacted] who can execute on our paid strategy.

Thanks!

[redacted]

**From:** [redacted]
**Sent:** Wednesday, March 5, 2025 5:00 PM
**To:** [redacted]
**Subject:** [redacted]

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted]

Hope all is well in your world. I [redacted]

[redacted]

Thanks!

[redacted]

--

[redacted]

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

[redacted]

v.E.1