# EXHIBIT 14

**From:** [redacted]
**Sent:** Tue 1/28/2025 10:51:17 AM (UTC-08:00)
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: TRC Cigs Anger Lens
**Attachment:** record-Snap Creative Approval for FDA Q2 Real Nightmare Lens (Food and Drug Administration).pdf

Hi [redacted]

Confirming that [redacted] has signed the CSA. Attaching the form here as well.

Thanks,
[redacted]

---

**From:** [redacted]
**Sent:** Monday, May 20, 2024 3:46 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Cigs Anger Lens

Thanks just sent it over to [redacted]

On Mon, May 20, 2024 at 3:25 PM [redacted] wrote:

Hi [redacted]

CC'ing [redacted] and [redacted] here for visibility. That email is correct! [redacted] the team is kicking off a new lens for Cigs and ready to start storyboards, warranting the CSA.

Best,

[redacted]

---

**From:** [redacted]
**Date:** Monday, May 20, 2024 at 2:32 PM
**To:** [redacted]
**Subject:** Re: TRC Cigs Anger Lens

Hey [redacted] – quick question: I'm about to send over the CSA for signature and just want

to confirm [redacted]s email is [redacted] I only have the "Reprise" version so just LMK if that's correct, thank you!

On Fri, May 17, 2024 at 1:26 PM [redacted] wrote:

Thanks [redacted]! Shared this over with the production team. We'll start a thread with you and them together shortly!

On Fri, May 17, 2024 at 12:54 PM [redacted] wrote:

Hey [redacted]

In the link below, please find logo files:

- Link: https://www.webcargo.net/l/sJjRAgRURx/

As for the rest of the images, those are just inspiration for the look of the lens. The lens team has flexibility on the design. We can send PSD files if needed but they do not have to be mirror images of what we sent over.

[redacted]

**From:** [redacted]
**Date:** Friday, May 17, 2024 at 10:47 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Cigs Anger Lens

Hey [redacted],

Please see this note from the production team:

*Can we obtain the working files for the logo and all images with messages used in the PowerPoint? While the current assets can be used for our storyboards, we recommend using high-quality images for the lens build.*

*I am also sharing the adjusted timeline with the R1 storyboard delivery by **5/22**. Please let us know if you are aligned with that.*

**The Real Cost I TRC Cigs Anger Lens**

| Project Timeline | | |
|---|---|---|
| **Due Date** | **Deliverable** | **Ownership** |
| 5/16 | Info & Greenlight, Assets | [redacted] |
| 5/17 | Storyboard Kickoff | |
| 5/22 | R1 Storyboard Due by STS | |
| 5/28 | R1 Feedback Due by Client | |
| 5/30 | Final Storyboard Due by STS | |
| 6/4 | Storyboard Approval Due by Client | |
| | | |
| 6/5 | Production Begins | |
| 6/14 | R1 Lens Submitted | |
| 6/20 | R1 Feedback from Client | |
| 6/26 | R2 Lens Submitted | |
| 7/1 | R2 Feedback from Client | |
| 7/3 | Final Lens | |
| 7/9 | Client Approval | |
| 7/10 | Approved Lens Uploaded to Account | |
| 8/1 | Live Date | |
| **Note: Delayed assets and/or feedback may result in timeline changes* | | |

On Thu, May 16, 2024 at 6:39 PM [redacted] wrote:

Got it! I've shared that with the production team. Stay tuned.

On Thu, May 16, 2024 at 5:05 PM [redacted] wrote:

Hey [redacted]

Since the clients approved the storyflow, the next round we are hoping to their sign off on the look and feel of the lens. So how does the anger come to life, aligning on the fonts, etc.

----**Error! Filename not specified.**
[redacted]

**From:** [redacted]
**Date:** Thursday, May 16, 2024 at 5:02 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Cigs Anger Lens

Confirming receipt! I just sent this over to the lens vendor. Do you mind clarifying what you'd like to see in the storyboards from them? This powerpoint is pretty detailed, so I just want to be clear with them on what the client is looking for in the storyboards. Thank you!

On Thu, May 16, 2024 at 4:55 PM [redacted] wrote:

Hey [redacted]

We received approval of the flow of the lens which can be found in the below link:

- Link: https://www.webcargo.net/l/0WcHPRtKgg/

The team added some descriptions of what we're looking to see, but ultimately the lens vendor has creative freedom.

Please let us know if you have any questions or need anything else. Can you confirm we can have the storyboards by EOD 5/21?

----**Error! Filename not specified.**
[redacted]

**From:** [redacted]
**Date:** Thursday, May 9, 2024 at 3:08 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Cigs Anger Lens

Sounds good, thanks! I'll follow up with more soon.

On Thu, May 9, 2024 at 3:04 PM [redacted] wrote:

Hey [redacted]

[redacted]

----**Error! Filename not specified.**

[redacted]

**From:** [redacted]
**Date:** Thursday, May 9, 2024 at 2:53 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: TRC Cigs Anger Lens

Hey [redacted]

Confirming receipt! [redacted]

On Thu, May 9, 2024 at 2:45 PM [redacted] wrote:

Hey [redacted]

As I mentioned, we are planning to go live with a Cigs Snap lens in August. Please find the lens concept attached.

To prevent some of the back and forth we've had on ENDS, the [redacted] creative team will take a stab at building out the storyboards to get client alignment on the flow of the lens. Once the clients align on the flow, we'll pass along the storyboards for the Lens vendor to lean in on the look/feel and how it'll come to life on Snap.

Based on our current timeline, we are planning to have those storyboards over to you all EOD 5/17 and are hoping the lens vendor can provide their adapted storyboards by EOD 5/20.

Wanted to give you a heads up so you could start reaching out to partners. Let us know if you have any questions, happy to discuss on our status next week.
Thank you!

[redacted]

This message contains information which may be confidential and privileged. Unless you are the intended recipient (or authorized to receive this message for the intended recipient), you may not use, copy, disseminate or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much.

--

[redacted]

--

[redacted]