# EXHIBIT 15

**From:** Alec Goldberg [redacted]
**Sent:** Thur 12/18/2025 8:22:22 AM (UTC-08:00)
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Snapchat video ads engagement inquiry

Hi [redacted] Thank you for sharing, this is very helpful! [redacted]

[redacted]

Please let me know if this framework makes sense or if you have any questions!

Thanks,
Alec

On Thu, Dec 18, 2025 at 10:44 AM [redacted] wrote:

Hi Alec,

Thank you for your insightful feedback. In addition to what you shared, we've developed a series of 10 short videos (each about 30 seconds or less), with each video highlighting a separate tip. For additional context, here's the full playlist:

https://www.youtube.com/playlist?list=PLyTgR4PDHXBm-PQ-yXhKMceeG45BHNLiN

Please feel free to take a look when you have a moment.

[redacted] and I have identified 4 key themes across these tips. [redacted]

[redacted]

[redacted]

[redacted]

We'd really appreciate any feedback you might have on this approach. Thanks again for your valuable input!

[redacted]

---

**From:** Alec Goldberg [redacted]
**Date:** Wednesday, December 17, 2025 at 5:07 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** [EXT] Re: Snapchat video ads engagement inquiry

Hi [redacted]- Thanks for reaching out! [redacted]

[redacted]

[redacted]

Hope this helps! Please feel free to reach out with any additional questions. Happy holidays to you both as well!

Thanks again,

Alec

On Wed, Dec 17, 2025 at 3:53 PM [redacted] wrote:

Hi [redacted] and Alec,

Hope you're both well. I [redacted].

[redacted]

Your examples in the latest deck were very helpful. Any additional references would be appreciated. Thanks in advance for the guidance and wishing you both a great holiday break and Happy New Year!

[redacted]

[redacted] | [redacted]

[redacted]

[redacted] | [redacted]

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

[redacted]

v.E.1