# EXHIBIT 16

---

**From:** Alec Goldberg [redacted]
**Sent:** Fri 8/29/2025 7:31:00 AM (UTC-07:00)
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: DHS Paid Campaign Follow-Ups

Hi [redacted]
Happy Friday to you as well! Thank you for reaching out here. I've escalated the ads that are stuck in review internally and hope to have those approved in the next couple of hours. I'll keep you posted as soon as I hear back.

[redacted]

- **Pledge2Protect Website Visits Campaign:**
  [redacted]
- **K2P Paid Funds Campaign:**
  [redacted]

For scheduling a call to review the Events Manager & Audiences tabs in more detail, do you have any availability between 11am-12pm ET or 3pm on Tuesday 9/2? I'm out the remainder of next week beyond that, so if you'd like to schedule something Wednesday-Friday, I'll have [redacted] confirm his avails when he's back in the office on Tuesday. Let us know!

Thanks,
Alec

On Fri, Aug 29, 2025 at 9:35 AM [redacted] wrote:

Happy Friday, Alec & [redacted]

Thank you again for meeting with us recently and sharing such valuable information. I'd appreciate

the opportunity to schedule a separate session to take a deeper dive into the Events Manager and Audiences tab. I've explored these areas on my own but ran into some challenges, so your guidance would be greatly appreciated.

Additionally, I wanted to ask for your insights regarding our recent campaign launches. We initiated a couple of campaigns yesterday, but their delivery status is still showing as "Ad Pending Review." I understand the review process typically takes up to three hours, but it's been longer in this case. Do you have any perspective on how much longer this might take, or if there's anything we should do? Thank you in advance for your help.

[redacted]

[redacted] | [redacted]

[redacted]

[redacted] | [redacted]

---

**From:** Alec Goldberg [redacted]
**Date:** Tuesday, August 26, 2025 at 12:37 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** [EXT] DHS Paid Campaign Follow-Ups

Hi [redacted] & [redacted]

Thanks again for connecting with us earlier! I just wanted to summarize a few follow-ups since I know our conversation got pretty into the weeds 😁:

[redacted]

[redacted]

Please keep [redacted] and I posted on any additional questions as you're getting everything set-up over the next day or so. We're happy to help wherever we can!

Thank you,

Alec

--

**Alec Goldberg**

[redacted] | [redacted]

[redacted] | [redacted]

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

[redacted]

v.E.1