# EXHIBIT 17

---

**From:** [redacted]
**Sent:** Tue 7/29/2025 1:44:57 PM (UTC-07:00)
**To:** Alec Goldberg [redacted]
**Subject:** DHS & Snap Followup
**Attachment:** DHS x Snap Office Hours 07-28-2025.pdf

Hi all,

It was such a great meeting with you this morning, and Alec and I are incredibly excited to be supporting your work on Know2Protect. Following up here with some action items:

[redacted]

We're looking forward to seeing these campaigns launch and please don't hesitate to reach out to us with any questions.

Warmly,
[redacted]

[redacted]
Account Manager | Snap Inc.