# EXHIBIT 18

# DHS <> Snapchat




Tuesday, July 29, 2025

CONFIDENTIAL

NDA ONLY

# Snapchat Bidding Strategies

# Why do bid strategies matter?

An auction occurs every time there is an opportunity to show an ad to a Snapchatter. After the ad enters the auction, it competes with other ads aimed at people with the same target audience.

We want to drive positive advertiser value while also ensuring consumers continue to have positive experiences on the platform.

To achieve this, auction winners are selected based on the advertiser's monetary bid, determined by their bid strategy and bid amount, as well as a quality & relevance component.

The winning ad is the ad that we believe drives the most value to the overall platform.



# Bid Types | Overview

## Auto-Bid

This bidding strategy allows Snapchat to set the bid on your behalf to get the most goal actions given the budget and target audience.

## Target Cost

This bidding strategy tells Snapchat to make our best effort to maximize outcome volume while keeping your average CPA around the target bid.

## Max Bid

This bidding strategy tells Snapchat the maximum amount we can bid for you while we try to achieve the most efficient CPA possible.

# Bid strategies compared

*Maximize event volume* ⟵⟶ *Maximize event profitability*

| | Auto-Bid | Target Cost | Max Bid |
|---|---|---|---|
| **Description** | Snap sets the bid based on auction dynamics to exhaust the budget and deliver the highest volume of advertiser outcomes | Advertisers set a target cost per outcome, and Snap aims to spend as much as possible while delivering average CPA close to the target cost | Advertiser sets a fixed max bid per advertiser outcome |
| **Benefit** | Prioritizes full budget utilization and volume of outcomes, without requiring advertisers to manually update bids as auction dynamics change. | Achieves target cost consistently despite fluctuating auction dynamics and with limited manual bid updates from advertisers. | Delivers advertiser outcomes strictly at or below the max bid |
| **Tradeoff** | As autobid adjusts according to auction dynamics, bids may exceed the advertiser's desired cost per action in order to preserve event volume | Budget utilization may decline if auction pressure increases and the delivery system is unable to find enough conversions at the set target cost bid. | Delivery may be limited if max bid is too low to win auctions within said targeting.<br><br>Advertisers may need frequent bid adjustments to hit CPA goals. |

# Bid strategies compared




Auto bid prioritizes exhausting the budget while CPA will see large fluctuations based on competition and available opportunities

Target Cost prioritizes keeping CPA close to target cost bid while spend will fluctuate based on competition and available opportunities

Max Bid prioritizes keeping CPA strictly below the bid while spend will fluctuate based on competition and available opportunities

# NEW: Updated Target Cost Bid Strategy

[redacted]

[redacted]

SNAPCHAT

# Goal Based Bidding: Landing Page View



# Driving Mid-Funnel Consideration

## LANDING PAGE VIEW




**Landing Page View**is an optimization goal catered to advertisers that are looking for high quality website traffic.

For campaigns focused on driving consideration with KPIs such as session volume, landing page views, or reducing bounce rates, Landing Page View is a performant option.

**Source: Advertiser 3P performance data, 11/17/23 - 12/1/23, $15k total spend*

[redacted]

SNAPCHAT

INTRODUCING

# SPONSORED SNAPS

Your brand has entered the chat.




SNAPS ARE A PURE SHOT OF CONNECTION;
a signal between people who know and care about each other.

[redacted]

SNAPCHAT

And now, no matter what your objectives are…

# Your brand can get results by showing up like a Snapchatter.

Kinda hits different, you know?




© Snap Inc. 2025

SNAPCHAT

# Sponsored Snaps

## What do Ads in Chat look like?




1

Send a Snap directly to the Chat Feed

2

Snapchatters can open the Snap to full-screen media.

3

Snapchatters return to Chat Feed

4

Opening the Snap again leads to 1:1 Chat, with ***optional*** response from advertiser

[redacted]

[redacted]

SNAPCHAT

# SPONSORED SNAPS:
## UPPER FUNNEL GBBs

### ★ <u>WHAT'S NEW</u>:

Sponsored Snaps are expanding availability to two new goal-based bidding options:

1. **Impressions** - Drive incremental & efficient reach (in Beta now!)
2. **Opens** - Drive balance of reach and high-intent engagements (coming Q3 '25)

Advertisers will be able to **target the Chat Feed placement exclusively** enabling custom creatives and placement level testing.







© Snap Inc. 2025



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SNAPCHAT

# SPONSORED SNAPS:
## IMPRESSIONS (Open Beta now)

Impression-bidded Sponsored Snaps will deliver and optimize for Snapchatters **viewing the Chat Cell for 1 second.**

Chat Feed placement will need to be manually selected in Custom Placements. Chat Feed can be targeted exclusively or in combination with other placements.




Billable impression is on the Chat Cell

© Snap Inc. 2025



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SNAPCHAT

# Ads Manager will show a new Chat Feed placement for eligible campaigns:




- ✅ If the ad qualifies for Chat delivery, the placement **must be manually selected** by checking the box as shown
- ✅ Only the Snap Ads & Story Ads formats are eligible to deliver to the Chat Feed
- ✅ Advertisers can target the Chat Feed placement exclusively, or opt in for delivery in Chat as an additional placement.

© Snap Inc. 2025

SNAPCHAT