# EXHIBIT 2

**From:** [redacted]
**Sent:** Thur 11/13/2025 1:32:15 PM (UTC-08:00)
**To:** Jacqueline Beauchere [redacted]
**Subject:** RE: Update on Snap Ad Credits + Pledge2Protect Performance

🙌?

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Jacqueline Beauchere [redacted]
**Date:** Thursday, Nov 13, 2025 at 4:10 PM
**To:** [redacted]
**Subject:** Re: Update on Snap Ad Credits + Pledge2Protect Performance

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

💞💞. You are so welcome!

On Thu, Nov 13, 2025 at 10:05 PM [redacted] wrote:

> Thanks for the kind words, Jacqueline, and all the support Know2Protect has received from you, [redacted] and the rest of the Snap team! We look forward to deepening this collaboration!
>
> [redacted]
>
> Campaign Director
>
> Homeland Security Investigations
>
> DHS Cyber Crimes Center / Know2Protect Campaign
>
> www.know2protect.gov

Cell: [redacted]

Take the **#Pledge2Protect** today to help keep kids safe online!

Learn more at: www.know2protect.gov

PLEDGE2 PROTECT

The Official Call-to-Action for Know2Protect®

---

**From:** Jacqueline Beauchere [redacted]
**Sent:** Thursday, November 13, 2025 3:38 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Update on Snap Ad Credits + Pledge2Protect Performance

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Huge thanks for this incredible detail, [redacted] and team.

MUCH appreciate the quick-turn response -- and of course, congrats on the success of this campaign and its impact! We are honored to support it.

Best regards,

Jacqueline

On Thu, Nov 13, 2025 at 4:17 PM [redacted] wrote:

Hi Jacqueline!

Snapchat continues to be the Know2Protect campaign's most effective platform to engage directly with teens age 13 - 17.

**Background**: In August 2025, we launched Know2Protect's nationwide call-to-action, Pledge2Protect which encouraged parents, trusted adults, teens, and kids to take action and get the resources they need to stay safe online with only one click on know2protect.gov. This call-to-action will run permanently throughout Know2Protect's existence, but we surge promotion of the campaign during the back-to-school months of August and September.

**Snapchat's Direct Impact:** Snapchat outperformed Meta and Google for direct pledges. For context, we ran Pledge2Protect ads using only donated ad credits from Snapchat for the month of August. In September, we added some paid dollars from the campaign on top of the donated ad credits from Snapchat, to increase our reach to teens even further. Below are some highlights on Snaps impact:

1. >From Aug. 1 - Sept. 30, 2025, the campaign ran a Pass the Pledge PSA featuring teen influencer and professional soccer player, Mak Whitham as a Snapchat ad geared towards teens. During this time, this PSA drove **1M+ impressions and 136K+ video views, along with 3K+ site visits.** When visiting the site, **teens stayed on the page for an average of 3 minutes**, indicating strong attention and retention.

2. >From Aug. 1 - Oct. 31, 2025, the Know2Protect campaign received 90,359 pledges for teens. Of those pledges, **62,727 pledges (69%) came directly from our Snapchat ads.**

**Snapchat Ad Examples:** Below, are examples of our Pledge2Protect ads running on Snapchat:




We continue to see great success with Snapchat and are excited about continuing this partnership to reach teens where they are on your platform. Please let us know if we can provide any additional insights.

Thanks!

[redacted]

Know2Protect, Campaign Support

Know2Protect & Project iGuardian Team

Homeland Security Investigations

DHS Cyber Crimes Center / Know2Protect Campaign

www.know2protect.gov

Take the **#Pledge2Protect** today to help keep kids safe online!

Learn more at: www.know2protect.gov

PLEDGE2 PROTECT

The Official Call-to-Action for Know2Protect®

**From:** Jacqueline Beauchere [redacted]
**Sent:** Wednesday, November 12, 2025 2:14 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Update on Snap Ad Credits + Pledge2Protect Performance

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

That would be fantastic, [redacted] and team.

Tysm!!

On Wed, Nov 12, 2025 at 8:05 PM [redacted] wrote:

Hi Jacqueline!

We can absolutely share that data. In short, our partnership with Snap has been the signal most significant force multiplier for Pledge2Protect 😊. I was going to send you all a recap email with this info but we are happy to provide now.

@[redacted] – can you pull these numbers for Jacqueline?

Jacqueline, we should have them to you by COB today or first thing tomorrow morning. Is that okay?

Thanks!

--[redacted]

[redacted]

Campaign Director

Homeland Security Investigations

DHS Cyber Crimes Center / Know2Protect Campaign

www.know2protect.gov

Cell: [redacted]

Take the **#Pledge2Protect** today to help keep kids safe online!

Learn more at: www.know2protect.gov

PLE
PRO

The Official Call-to-Action f

**From:** Jacqueline Beauchere [redacted]
**Sent:** Wednesday, November 12, 2025 1:28 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Update on Snap Ad Credits + Pledge2Protect Performance

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hello, [redacted] and all.

Could I trouble you for an update here? Or, is that data something we won't be able to have given the shutdown?

Much appreciate any reply.

Regards,

Jacqueline

On Wed, Aug 27, 2025 at 11:31 PM [redacted] wrote:

Hi Jacqueline!

Great question … we now have 8,166 teens as of this evening who have taken the pledge! And of that total, 5,179 teens pledges directly came from Snap ad credits …. which is 63% of the total teen pledge count to date.

Let me know if you have any other question!

[redacted]

[redacted]

Campaign Director

Homeland Security Investigations

DHS Cyber Crimes Center / Know2Protect Campaign

www.know2protect.gov

Cell: [redacted]

Take the **#Pledge2Protect** today to help keep kids safe online!

Learn more at: www.know2protect.gov

---

**From:** Jacqueline Beauchere [redacted]
**Sent:** Wednesday, August 27, 2025 4:45 PM
**To:** [redacted]
**Cc:** [redacted]

[redacted]

**Subject:** Re: Update on Snap Ad Credits + Pledge2Protect Performance

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thank you so much for the update, [redacted] and great to see!

You've surpassed your goals, indeed, nearly doubling the entire campaign goal in less than half the amount of time. Amazing!

Can I ask if you can determine how many pledges were taken directly as a result of Snapchat engagement? (It doesn't appear to be the case, but I wanted to confirm).

Thank you again for the update, and we look forward to hearing more in about a month!

Meantime, hope you all enjoy the holiday weekend!

Bests,

Jacqueline

On Wed, Aug 27, 2025 at 3:11 PM [redacted] wrote:

Hello All!

I have some really cool stats to share because of our partnership with Snap.

When we kicked off Pledge2Protect (P2P) earlier this month, we had a goal for 5,000 pledges during the two-month period (P2P is running August through September). Well, momentum is on our side! We saw a *huge surge* in the number of people across the country taking the Pledge2Protect over the weekend (*mostly from teens*!) and we're now totaling **8,742 pledges as of this morning**. At this rate … we could hit 30K pledges by the end of September. 😊

**<u>Audience Metrics</u>**

Here is the age demographic breakdown of pledges for week three – and teens are taking over!!:

1. 7,384 teens took the Pledge2Protect
2. 1,006 parents and trusted adults took the Pledge2Protect
3. 352 kids took the Pledge2Protect

**<u>Snapchat Engagement</u>**

Understanding that parents and trusted adults were leading the audiences with pledges, we optimized are Snap donated ad credits over the weekend and as a result, we increased pledges among the teen demographic (13 – 17) by driving that audience segment to the Teens Pledge Page to take the pledge. From August 1 – August 25, our Pledge2Protect Snapchat ad has brought 23K+ users directly to know2protect.gov to find out how they can take action to keep kids safe online.

**Key Results:**

- **Significant Traffic Surge:** Daily visits to the P2P Teens page rose from an **average of 20–28 to an average of 1,189 visits, representing a surge of over 4,000%.** This increase was driven primarily by our core target audience—teens. The best part is we are seeing an average session duration of **2 minutes and 8 seconds** being spent on the Teens Pledge page.
- **Teen Page Placement:** Due to the increase, the **Pledge2Protect Teens page (3,984 views) has now surpassed the Know the Threats page** (2,208 views) visits.
- **Device Breakdown:** 93% of users accessed the site via mobile devices, with the remainder on desktop and tablet.
- **Creative Performance:** The creative featuring the image of a teen girl consistently outperformed the teen boy image in both impressions and clicks.
- **Privacy Compliance:** Due to privacy settings, city-level origin data was limited.
- **Retargeting:** Once we have built sufficient audience, we will also focus on re-engaging users who have already visited the P2P Teens page by directing them to the "Pass the Pledge" page, further amplifying the call to take the pledge.

Today we released our newest P2P PSA, featuring 15-year-old Mak Whitham – a professional soccer player with the National Women's Soccer League. Next week, we plan to use some of our donated Snap ad credits and a portion of our paid media budget to promote this PSA on Snap!

You can watch it here: Know2Protect® Pledge2Protect Nationwide Call-to-Action - YouTube

We will continue to report out how the Snap ad credits are performing throughout the P2P sub-campaign.

Thank you again for this incredible, force-mulitplying collaboration!

Best,

[redacted]

[redacted]

Campaign Director

Homeland Security Investigations

DHS Cyber Crimes Center / Know2Protect Campaign

www.know2protect.gov

Cell: [redacted]

Take the **#Pledge2Protect** today to help keep kids safe online!

Learn more at: www.know2protect.gov

# PLE
# PRO

## The Official Call-to-Action