# EXHIBIT 3

**From**: Google Calendar [calendar-notification@google.com]
on behalf of [redacted]
**Sent**: 1/6/2025 7:44:52 PM
**To**: [redacted]
**BCC**: NYC - New York-5-216-Lena Horne (3) [Event board, Hangouts]
[redacted]

**Subject**: FDA & Snapchat - Bi-Weekly Partnership Call (Updated Invite)
**Attachments**: edit.url; invite.ics
**Location**: NYC - New York-5-216-Lena Horne (3) [Event board, Hangouts]

**Start**: 1/14/2025 6:30:00 PM
**End**: 1/14/2025 7:00:00 PM
**Show Time As**: Tentative

**Recurrence**: (none)

Hi Team, Happy New Year!

Sending an updated invitation for our bi-weekly calls picking back up next Tuesday.

**When**

Every 2 weeks from 1:30pm to 2pm on Tuesday (Eastern Time - New York)

**Location**

NYC - New York-5-216-Lena Horne (3) [Event board, Hangouts]
**View map**

**Guests**

[redacted]

**Join with Google Meet**

**Meeting link**

[redacted]

**Join by phone**

(US) [redacted]
PIN: [redacted]

More phone numbers

**Attachments**

Notes - FDA & Snapchat...

[redacted]

View all guest info

**RSVP** for [redacted] for all events in this series

| Yes | No | Maybe |
|---|---|---|

More options

Invitation from Google Calendar

You are receiving this email because you are subscribed to calendar notifications. To stop receiving these emails, go to Calendar settings, select this calendar, and change "Other notifications".

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more