# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

SKYLER B. O'HARA
CLERK
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

STEPHANIE MICKELSEN
CHIEF DEPUTY CLERK
E-MAIL: Stephanie_Mickelsen@ksd.uscourts.gov
(913) 735-2235

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

490 U.S.COURTHOUSE
444 NE QUINCY
TOPEKA, KS 66683

Kansas City, Kansas

September 15, 2026

Clerk, U.S. Court of Appeals
for the Tenth Circuit

District Court Case No.: 5:25-cv-04109-DDC-GEB

Circuit Appeal No.: 26-3181

Dear Clerk,

Please be advised that the record is complete for the purposes of appeal.

________ The transcript was filed this date.

________ A transcript is not necessary for this appeal.

___X___ The necessary transcript is already on file in the U.S. District Court.

________ The necessary transcript was ordered previously in Appeal No. _________________.

Sincerely,

SKYLER B. O'HARA, CLERK

By: /s/ Kylee Shrum

Cc: Counsel of Record (**SEE NOTICE OF ELECTRONIC FILING**)