AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Kansas

STATE OF KANSAS, ex rel. KRIS W. KOBACH, AG
*Plaintiff*
v.
SNAP INC.
*Defendant*

Case No. 5:25-cv-04109-DDC-GEB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF KANSAS, ex rel. KRIS W. KOBACH, Attorney General .

Date: 09/18/2026

*Attorney's signature*

Nathaniel J. Castillo, KS #28584
*Printed name and bar number*

Office of the Attorney General Public Protection Division
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
*Address*

Nathaniel.Castillo@ag.ks.gov
*E-mail address*

(785) 296-3751
*Telephone number*

(785) 291-3699
*FAX number*